# Exhibit 1

American Academy of Pediatrics

DEDICATED TO THE HEALTH OF ALL CHILDREN®

Donate

News Release

# AAP Statement In Response to NEC Lawsuit Verdicts

By: Benjamin Hoffman, MD, FAAP, president, American Academy of Pediatrics

**For Release:**
7/27/2024

**Media Contact:**
Susan Stevens Martin
630-626-6131
ssmartin@aap.org

“Necrotizing enterocolitis (NEC) is a serious condition that affects the intestines of babies, mostly preterm infants. According to the National Institutes of Health, NEC is one of the leading causes of illness and death among preterm infants. This condition can be devastating to infants and their families.

“Part of what is so challenging about NEC is that the causes are multifaceted and not completely understood. Our science does not tell us exactly how to prevent it.

“Special formulas designed for preterm infants provide an essential source of nutrition. Using human breast milk to feed preterm infants may reduce the risk of NEC, but it does not eliminate this risk. Donated human milk is also used when the mother’s own milk is not available in sufficient quantities, but there is not enough donated human milk to be used as the only source of nutrition for these infants.  Providing special formula is a routine and necessary part of care of these

preterm infants.

"Recent court cases, however, may jeopardize the availability of these formulas. Only two companies in the U.S. produce formula for premature infants; both are the subject of lawsuits similar to one that recently returned extremely high punitive damages.

"Courtrooms are not the best place to determine clinical recommendations for the care of infants. Feeding decisions should be made by clinicians and families. These need to be individualized in the context of human milk availability, specific patient needs, and individual family preferences.

"We need public policy to expand access to pasteurized human donor milk, including policies that support improved governmental and private financial support for donor milk banks. Meanwhile, more than 300,000 infants are born prematurely every year, and we must take steps to protect the supply of infant formula for those who need it."

##

*The American Academy of Pediatrics is an organization of 67,000 primary care pediatricians, pediatric medical subspecialists and pediatric surgical specialists dedicated to the health, safety and well-being of infants, children, adolescents and young adults.*

© Copyright 2025 American Academy of Pediatrics. All rights reserved.