# Exhibit 2

Case: 1:22-cv-03737 Document #: 56-2 Filed: 08/25/25 Page 2 of 76 PageID #:842

E-FILED
Transaction ID: 5-24-0936
File Date: 3/25/2025 10:15 AM
Cortney Kuntze, Clerk of the Court
APPELLATE COURT 5TH DISTRICT

**No. 5-24-0936**

# In the Appellate Court of Illinois Fifth Judicial District

JASMINE WATSON, individually and
on behalf of the estate of CHANCE DEAN,

*Plaintiffs-Appellees,*

v.

MEAD JOHNSON & COMPANY, LLC, *et al.,*

*Defendants-Appellants.*

On Appeal from the Circuit Court of the 20th Judicial Circuit,
St. Clair County, Illinois,
Case No. 21-L-1032
The Honorable Judge **Patrick R. Foley** presiding

## AMICI CURIAE BRIEF OF THE AMERICAN ACADEMY OF PEDIATRICS AND THE ILLINOIS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS

Hugh C. Griffin (ARDC# 1058770) (*hgriffin@hpslaw.com)*
HALL PRANGLE & SCHOONVELD, LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
Phone: (312) 267-6234 / Fax: (312) 345-9608
Email service: *HPSDocket@hpslaw.com*
***Attorney for Amici Curiae,***
***The American Academy of Pediatrics and***
***The Illinois Chapter of the American Academy of Pediatrics***

No. 5-24-0936

# In the
# Appellate Court of Illinois
# Fifth Judicial District

JASMINE WATSON, individually and
on behalf of the estate of CHANCE DEAN,

*Plaintiffs-Appellees,*

v.

MEAD JOHNSON & COMPANY, LLC, *et al.,*

*Defendants-Appellants.*

On Appeal from the Circuit Court of the 20th Judicial Circuit,
St. Clair County, Illinois,
Case No. 21-L-1032
The Honorable Judge **Patrick R. Foley** presiding

## AMICI CURIAE BRIEF OF
## THE AMERICAN ACADEMY OF PEDIATRICS AND
## THE ILLINOIS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS

# TABLE OF CONTENTS AND STATEMENT OF POINTS AND AUTHORITIES

**INTEREST OF AMICI CURIAE** .................................................................. 1

**ARGUMENT** .................................................................................................. 2

**I. Preterm Infant Formula Is A Critical And Essential Component Of Preterm Infant Care** ............................................................................ 2

**A. Prematurity and NEC** ............................................................................ 2

*AAP Primary Care Framework to Monitor Preterm Infants for Neurodevelopmental Outcomes in Early Childhood* (https://publications.aap.org/ pediatrics/article/ 152/ 1/ e2023062511/ 192156/Primary-Care-Framework-to-Monitor-Preterm- Infants?autologincheck= redirected)........................................................................................... 2, 3

*AAP Statement In Response to NEC Lawsuit Verdicts* (https://www.aap.org/en/news-room/news-releases/aap/2024/aap-statement-in-response-to-nec-lawsuit-verdicts/?ga=2.128813321.460201375. 1911742816.1713708065)......................................................................... 2, 3

*Report of Working Group to Secretary of Health & Human Services* (https://www.nichd.nih.gov/sites/default/files/inline- files /2024.09.16_NEC_WG_report_FINAL.pdf )........................................................ 3

**B. Nutrition to Preterm Infants Is Critical**........................................ 4

*Report of Working Group to Secretary of Health & Human Services* (https://www.nichd.nih.gov/sites/default/files/inline-files /2024.09.16_NEC_WG_report_FINAL.pdf ).............................................. 4, 6, 7

*FDA, CDC, NIH Consensus Statement on Recent Advisory Council Report on Premature Infants and Necrotizing Enterocolitis, HHS 10/3/24 Press Release* (https://public3.pagefreezer.com/browse/HHS.gov/02-01-2025T05:49/https://www.hhs.gov/about/news/2024/10/03/fda-cdc-nih-consensus-statement-recent-advisory-council-report-premature-infants-necrotizing-enterocolitis.html) ........................................................................... 4, 5, 7

*AAP Statement In Response to NEC Lawsuit Verdicts* (https://www.aap.org/en/news-room/news-releases/aap/2024/aap-statement-in-response-to-nec-lawsuit-verdicts/?ga=2.128813321.460201375. 1911742816.1713708065) .......... 5, 7

Pediatric Nutrition Handbook, 9th Edition, Chapter 5: Nutritional Needs of the Preterm Infant .......... 5, 8

*Promoting Human Milk and Breastfeeding for the Very Low Birth Weight Infant* (https://publications.aap.org/ pediatrics/article/148/5/e2021054272 /181366/Promoting-Human-Milk-and-Breastfeeding-for-the) .......... 6

Pediatric Nutrition Handbook, 9th Edition, Chapter 3: Breastfeeding .......... 6

**C. Human Milk, Preterm Formula, and NEC** .......... 8

*FDA, CDC, NIH Consensus Statement on Recent Advisory Council Report on Premature Infants and Necrotizing Enterocolitis, HHS 10/3/24 Press Release* (https://public3.pagefreezer.com/browse/HHS.gov/02-01-2025T05:49/https://www.hhs.gov/about/news/2024/10/03/fda-cdc-nih-consensus-statement-recent-advisory-council-report-premature-infants-necrotizing-enterocolitis.html) .......... 8

*Report of Working Group to Secretary of Health & Human Services* (https://www.nichd.nih.gov/sites/default/files/inline-files /2024.09.16_NEC_WG_report_FINAL.pdf ) .......... 9

Mortality, In-Hospital Morbidity, Care Practices, and 2-Year Outcomes for Extremely Preterm Infants in the US, 2013-2018, JAMA, Vol. 327, No. 3 (1/18/22) (https://jamanetwork.com/journals/jama/fullarticle/2788142) .......... 9

**D. The Crucial Role of Physicians and Other Medical Professionals in Determining the Appropriate Nutrition Products for Each Preterm Infant** .......... 9

21 C.F.R. § 107.50(c)(1) .......... 9

**CONCLUSION** .......... 10

## INTEREST OF AMICI CURIAE

The American Academy of Pediatrics (AAP) is a non-profit organization founded in 1930. AAP's membership consists of approximately 67,000 primary care pediatricians, pediatric medical subspecialists, and pediatric surgical specialists dedicated to the health, safety and well-being of infants, children, adolescents, and young adults.

The Illinois Chapter of the American Academy of Pediatrics (ICAAP) is an organization of over 2,000 pediatricians in Illinois, dedicated to improving the health and well-being of infants, children, and adolescents throughout Illinois. ICAAP advocates on behalf of children, families, and health professionals; develops and provides continuing medical education and resources for pediatric professionals; and collaborates with other organizations on programs and projects that improve the health and well-being of children.

Many of AAP's and ICAAP's members routinely care for premature infants in a hospital neonatal intensive care unit (NICU) and manage their nutritional needs. AAP continuously issues Policy Statements intended to guide the child health care system and/or improve the health of all children. Thus, the AAP and ICAAP have a profound interest in ensuring that vital nutritional products are available for preterm infants, including preterm infant formulas such as Mead-Johnson's Enfamil Premature 24 at issue in the instant case.

AAP and ICAAP are not advocating the legal positions of any party in this appeal. Rather, as "Friends of the Court," AAP and ICAAP believe they can assist the Court's decision of the legal issues with their members' hands-on perspective regarding NEC (necrotizing enterocolitis) in preterm infants, the many factors that bear on a physician's decision to administer preterm infant formula to a preterm infant, and the critical importance of preterm infant formula in the care and nutrition of preterm infants.

## ARGUMENT

### I. Preterm Infant Formula Is A Critical And Essential Component Of Preterm Infant Care.

#### A. Prematurity and NEC.

One in ten infants, or more than 300,000 per year, are born prematurely ("preterm"), *i.e.,* before 37 weeks gestational age. Even with medical advances, preterm infants have a high mortality risk, and preterm birth and its complications are the leading causes of neonatal mortality and morbidity. *AAP Primary Care Framework to Monitor Preterm Infants for Neurodevelopmental Outcomes in Early Childhood,* p. 1 (A 1) ("*AAP 2023 Clinical Report*") (A 1–A 17);[1] *AAP Statement*

---

[1]Available at: https://publications.aap.org/ pediatrics/article/ 152/ 1/ e2023062511/ 192156/Primary-Care-Framework-to-Monitor-Preterm- Infants?autologincheck= redirected (last visited 3/5/25).

*In Response to NEC Lawsuit Verdicts*, p. 2[2] (A 19) ("*AAP 7/27/24 Statement*") (A 18–A 19).

One of the recognized risks for preterm infants, particularly those weighing less than 1500 grams (3.3 pounds), is necrotizing enterocolitis ("NEC") in which the tissue lining of the infant's intestines becomes inflamed. NEC may be fatal, and approximately 356 infants die each year from NEC. *Report of Working Group to Secretary of Health & Human Services*, p. i (Sept. 16, 2024) (A 22)[3] ("*Working Group Report*") (A 20–A 52); *AAP 7/27/24 Statement,* p. 1 (A 18). NEC occurs in 3% - 9% of preterm infants and also occurs rarely in term infants. *AAP 2023 Clinical Report,* p. 7 (A 7).

To date, medical science still has not achieved a full understanding of the causes of NEC. "Part of what is so challenging about NEC is that the causes are multifaceted and not completely understood. Our science does not tell us exactly how to prevent it." *AAP 7/27/24 Statement,* p. 1 (A 18). "The causes of NEC are not well understood . . ." *Working Group Report,* p. 3 (A 28). "The relationship between feeding and development of NEC is unclear." *Working Group Report,* p. iv (A 25).

---

[2] Available at: https://www.aap.org/en/news-room/news-releases/aap/2024/aap-statement-in-response-to-nec-lawsuit-verdicts/?ga=2.128813321.460201375.1911742816.1713708065 (last visited 3/5/25).

[3] Available at: https://www.nichd.nih.gov/sites/default/files/inline-files/2024.09.16_NEC_WG_report_FINAL.pdf (last visited 3/5/25).

**B. Nutrition to Preterm Infants Is Critical.**

One of the most critical goals in caring for preterm infants is ensuring they obtain sufficient nutrition to grow and develop. If they do not receive that nutrition, they will face mortality and morbidity. Nutrition is a critically important part of medical care for preterm infants. (R 3137 V2). Without appropriate growth from nutrition, all the infant's organ systems are affected by prematurity and do not get better. (R 4200-01 V3). "[A]ll infants, including those in the neonatal intensive care unit (NICU), must be fed as soon as medically feasible by whatever means are available. Nutrition is vital for brain and organ development, and prolonged fasting increases risk factors for other serious conditions." *Working Group Report,* p. ii (A 23).

The United States Department of Health and Human Services (HHS) has reported that "[e]nsuring that the youngest and most vulnerable children have access to safe and nutritious sources of food is a top priority for the U.S. Food and Drug Administration, the Centers for Disease Control and Prevention, and the National Institutes of Health." *FDA, CDC, NIH Consensus Statement on Recent Advisory Council Report on Premature Infants and Necrotizing Enterocolitis, HHS 10/3/24 Press Release,* p. 2 (A 54) ("*FDA, CDC, NIH Consensus Statement*") (A 53-55).[4]

[4] Available at: https://public3.pagefreezer.com/browse/HHS.gov/02-01-2025T05:49/https://www.hhs.gov/about/news/2024/10/03/fda-cdc-nih-consensus-statement-recent-advisory-council-report-premature-infants-necrotizing-enterocolitis.html.

"Infant nutrition is critically important for brain and organ development." *Id.* "Preterm infants have complex nutrition needs to support critical growth and development requirements." *Id.*

There are three possible sources of nutrition for a preterm infant: breastfeeding or mother's milk; pasteurized donor human milk obtained from established donor milk banks; and preterm formula from cow's milk currently produced by only two companies in the United States (Mead-Johnson and Abbott Laboratories). *AAP 7/27/24 Statement,* pp. 2-3 (A 18–A 19).[5] "Use of a human milk–based diet is associated with a reduction in the incidence of NEC compared with preterm infant formula intake. This is likely secondary to the immunologic and antimicrobial components in human milk." Pediatric Nutrition Handbook, 9th Edition, Chapter 5: Nutritional Needs of the Preterm Infant, p. 155 ("*Handbook*")[6]. "Thus, VLBW [very low birth weight] infants should receive as much human milk (mother's own or donor human milk) as possible within the period when NEC occurs most often—before 34 weeks postconceptional age." *Id.*

The AAP recommends breastfeeding (mother's milk) if possible for all infants particularly preterm infants, and if mother's milk is unavailable or insufficient, then prioritizing donor milk for preterm infants whose birthweight is

---

[5] There are also fortifiers that can be added to mother's milk and donor milk. (Pl. Ex. 4119) (*Handbook*, Chapter 5, Nutritional Needs of the Preterm Infant, p. 155).

[6] Downloaded from http://publications.aap.org/aapbooks/monograph/chapter-pdf/1764255/ch5.pdf by American Academy of Pediatrics user.

less than 1500 grams. (Def. Ex. MJ-00456, p. 1); (Pl. Ex. 0312, e827); *Working Group Report*, p. ii (A 23). Mother's own milk, appropriately fortified, is the optimal nutrition source for very low birth weight infants (less than 1500 grams). *Promoting Human Milk and Breastfeeding for the Very Low Birth Weight Infant, pp. 1, 13, American Academy of Pediatrics, Clinical Report, 11/01/21.*[7] Growth monitoring is always paramount for infants, and human milk fortification is needed for all infants with VLBW. (Def. Ex. MJ-00456, p.3). "Preterm infants who weigh less than 1500 g [grams] at birth require a human milk fortifier, whether derived from human milk or from cow milk products, to provide adequate nutrients to support growth." *Handbook*, Chapter 3, Breastfeeding, p. 72.[8]

Not all mothers can or should breastfeed. (Pl. Ex. 0312, p. e832). Mothers of preterm infants often have difficulty making sufficient breast milk for the specific nutritional needs of a preterm infant. (R 3097-98, 3141-42 V2) (R 4213 V3).

While donor milk is the next best option for preterm infants, there are limits in donor milk availability in terms of supply, cost, and distribution. (Def. Ex. MJ-00456, pp. 1-2). "Unfortunately, human breast milk, including donor milk, is not always available." *Working Group Report,* p. 4 (A 29). A major limitation in the use of donor human milk is the cost of providing this milk. (Def Ex. MJ-00456, p. 4).

---

[7] Available at: https://publications.aap.org/ pediatrics/article/148/5/e2021054272 /181366/Promoting-Human-Milk-and-Breastfeeding-for-the (last visited 3/5/25).

[8] Downloaded from http://publications.aap.org/aapbooks/monograph/chapter-pdf/ 1764253/ch3.pdf by American Academy of Pediatrics user.

Some hospitals do not offer donor milk. In a 2020 survey of 616 hospitals with neonatal intensive care units (Level III or IV), 13% reported that donor milk was not available for preterm infants with VLBW. (Def. Ex. MJ-01994, p. 1).

In some instances, donor milk does not provide the nutrition the preterm infant needs. In a recent study, 21% of preterm infants receiving donor milk had to be switched to preterm formula due to poor weight gain. *Working Group Report,* p. 22 (A 47).

Given these limitations on the availability and/or efficacy of human milk, preterm formula is an essential option in the NICU for preterm infant health and providing such preterm formula is "a routine and necessary part of the **care** of preterm infants." *AAP 7/27/24 Statement,* p. 1 (A 18) (emphasis in original). "Ensuring that the youngest and most vulnerable individuals have access to safe and nutritionally adequate formula products is a top priority for the Food and Drug Administration (FDA)." (Def Ex. MJ-02927, p. 1). "While mother's milk is the preferred source of nutrition – with pasteurized donor human milk as a next best alternative – preterm infant formulas are a critically important option for premature infants. These formulas can be critical for premature infants for whom parental or donor milk is not an option, or where a supplement to parental or donor milk is necessary for the health of the infant. **For infants where the supply of human milk is insufficient, these formulas are part of the standard of care for premature infants.**" *10/3/24 FDA, CDC, NIH Consensus Statement,* p. 2 (A 54) (emphasis in original).

"Preterm infants have increased energy needs compared to the term infant, requiring calorically dense enteral nutrition. Unfortified human milk and standard infant formula intended for full-term infants are not sufficient for optimal growth of preterm infants. The use of preterm human milk fortifiers and preterm formulas results in a composition of weight gain and bone mineralization closer to that of the reference fetus. Randomized prospective trials of preterm infant formulas, which provide more energy, result in significant improvements in growth and cognitive development compared with standard formulas for term infants. Preterm infants fed standard infant formulas gain a higher percentage of their weight as fat when compared with a fetus of the same maturity. These findings underscore the need for the health care professional to carefully plan and monitor enteral nutrition and growth of preterm infants during hospitalization and after discharge." *Handbook*, Chapter 5, Nutritional Needs of the Preterm Infant, p. 138.

### C. Human Milk, Preterm Formula, and NEC.

The medical community has long recognized that there are lower rates of NEC in infants nourished with human milk rather than preterm formula. The AAP issued a Policy Statement on this point in 2012, citing studies showing 58% and 77% reductions in NEC with human milk. (Pl. Ex. 0312, p. e829). However, "[t]here is no conclusive evidence that preterm infant formula causes NEC." *FDA, CDC, NHS Consensus Statement*, p. 2 (A 54). While the mechanism is not fully understood, studies show that the risk of NEC is lower among infants fed human milk compared to formula, suggesting a possible protective effect of human milk.

"Available evidence supports the hypothesis that it is the absence of human milk – rather than the exposure to formula – that is associated with an increase in the risk of NEC." *Working Group Report*, p. 15 (A 40). Furthermore, even infants who receive only human milk, or even parent's milk, may still develop NEC.[9] *Id.*

### D. The Crucial Role of Physicians and Other Medical Professionals in Determining the Appropriate Nutrition Products for Each Preterm Infant.

Feeding plans in a NICU are typically overseen by teams of neonatologists, nutritionists, dieticians, and lactation consultants. (R 3137-38 V2). In the NICU setting, preterm formula is provided to a preterm infant after the approval and order of a physician. (R 3100 V2) (R 4213-14, 4222 V3). Federal regulations recognize the unique role that physicians play in administering preterm formula, noting that these formulas "are not generally found on retail shelves for general consumer purchase," and "typically are prescribed by a physician, and must be requested from a pharmacist or are distributed directly to institutions such as hospitals, clinics, and State or Federal agencies." 21 C.F.R. § 107.50(c)(1).

---

[9] In a large study from the National Research Network, 8.9% of extremely preterm infants developed NEC and 3.9% needed surgery, despite 91.7% of the infants receiving human milk feeding in the first 28 days of life. (See Mortality, In-Hospital Morbidity, Care Practices, and 2-Year Outcomes for Extremely Preterm Infants in the US, 2013-2018, JAMA, Vol. 327, No. 3, p. 254 (1/18/22)), available at: https://jamanetwork.com/journals/jama/fullarticle/2788142 (last visited 3/5/25).

## CONCLUSION

For all the reasons stated herein, preterm infant formula is a necessary and critical component of preterm infant care that must continue to remain available to AAP's and ICAAP's membership and all hospital NICUs and physicians rendering preterm infant care throughout the country.

Respectfully submitted,

**THE AMERICAN ACADEMY OF PEDIATRICS and THE ILLINOIS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS**

By: *<u>/s/ Hugh C. Griffin</u>*
Hugh C. Griffin, their attorney

Hugh C. Griffin (ARDC# 1058770) (*hgriffin@hpslaw.com)*
HALL PRANGLE & SCHOONVELD, LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
Phone: (312) 267-6234 / Fax: (312) 345-9608
Email service: *HPSDocket@hpslaw.com*
***Attorney for Amici Curiae,***
***The American Academy of Pediatrics and***
***The Illinois Chapter of the American Academy of Pediatrics***

**Supreme Court Rule 341(c) Certification of Compliance**

Pursuant to Supreme Court Rule 341(c), I certify that this Amici Curiae's Brief conforms to the requirements of Rules 341(a), (b) and Rule 345. The length of this brief, excluding the pages containing the Rule 341(d) cover, the Rule 341(h)(1) statement of points and authorities, the Rule 341(c) certificate of compliance, the certificate of service and the matters contained in the Appendix, is **10** pages.

Respectfully submitted,

**THE AMERICAN ACADEMY OF PEDIATRICS and THE ILLINOIS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS**

By: */s/ Hugh C. Griffin*
Hugh C. Griffin, their attorney

Hugh C. Griffin (ARDC# 1058770) (*hgriffin@hpslaw.com*)
HALL PRANGLE & SCHOONVELD, LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
Phone: (312) 267-6234 / Fax: (312) 345-9608
Email service: *HPSDocket@hpslaw.com*
***Attorney for Amici Curiae,***
***The American Academy of Pediatrics and***
***The Illinois Chapter of the American Academy of Pediatrics***

# APPENDIX

**APPENDIX**

**TABLE OF CONTENTS**

*AAP Primary Care Framework to Monitor Preterm Infants for Neurodevelopmental Outcomes in Early Childhood*, American Academy of Pediatrics, PEDIATRICS Volume 152, number 1, July 2023 .......................................................... A 1 – A 17

*AAP Statement In Response to NEC Lawsuit Verdicts*, American Academy of Pediatrics, News Release, July 27, 2024 ................................................ A 18 – A 19

*Report of Working Group to Secretary of Health & Human Services,* Necrotizing Enterocolitis (NEC) in Preterm Infants Working Group of the National Advisory Council of Child Health and Human Development (NACHHD), Report to Secretary, Department of Health and Human Services, September 16, 2024 (without Appendices) ........................................... A 20 – A 52

*FDA, CDC, NIH Consensus Statement on Recent Advisory Council Report on Premature Infants and Necrotizing Enterocolitis*, U.S. Department of Health and Human Services, October 3, 2024 .................................................. A 53 – A 55

CLINICAL REPORT Guidance for the Clinician in Rendering Pediatric Care

American Academy of Pediatrics
DEDICATED TO THE HEALTH OF ALL CHILDREN™

# Primary Care Framework to Monitor Preterm Infants for Neurodevelopmental Outcomes in Early Childhood

Beth Ellen Davis, MD, MPH, FAAP,[a] Mary O'Connor Leppert, MD, FAAP,[b] Kendell German, MD, FAAP,[c] Christoph U. Lehmann, MD, FAAP,[d] Ira Adams-Chapman, MD, MPH, FAAP[e,†]
COUNCIL ON CHILDREN WITH DISABILITIES, COMMITTEE ON FETUS AND NEWBORN

abstract

To support decision-making in the primary care medical home, this clinical report links preterm birth and perinatal complications to early childhood developmental disability risks. It consolidates extensive contemporary outcome research from 2005 onward into an easy-to-use framework and stratifies prematurity and NICU experiences by degree of risk for developmental impairments. This framework informs and prioritizes point-of-care screening and surveillance strategies for pediatricians caring for children born preterm, guides additional assessment and referral for appropriate therapies, and offers opportunities for reassurance (when applicable) in office settings.

[a]Division of Neurodevelopmental Behavioral Pediatrics, Department of Pediatrics, University of Virginia, Charlottesville, Virginia; [b]Department of Pediatrics, Neurology and Developmental Medicine, Kennedy Krieger Institute, Johns Hopkins School of Medicine, Baltimore, Maryland; [c]Division of Neonatology, Department of Pediatrics, University of Washington, Seattle, Washington; [d]Clinical Informatics Center, Department of Pediatrics, Lydia Hill Department of Bioinformatics, School of Medicine and Peter O'Donnell Jr. School of Public Health, UT Southwestern Medical Center, Dallas, Texas; and [e]Department of Pediatrics, Emory University School of Medicine, Children's Healthcare of Atlanta, Atlanta, Georgia

[†]Deceased

All authors participated in conception, design, drafting, and critical revision of the clinical report and approved the final manuscript as submitted.

This document is copyrighted and is property of the American Academy of Pediatrics and its Board of Directors. All authors have filed conflict of interest statements with the American Academy of Pediatrics. Any conflicts have been resolved through a process approved by the Board of Directors. The American Academy of Pediatrics has neither solicited nor accepted any commercial involvement in the development of the content of this publication.

Clinical reports from the American Academy of Pediatrics benefit from expertise and resources of liaisons and internal (AAP) and external reviewers. However, clinical reports from the American Academy of Pediatrics may not reflect the views of the liaisons or the organizations or government agencies that they represent.

**To cite:** Davis BE, Leppert MOC, German K, et al; APP Council on Children With Disabilities, Committee on Fetus and Newborn. Primary Care Framework to Monitor Preterm Infants for Neurodevelopmental Outcomes in Early Childhood. *Pediatrics*. 2023;152(1):e2023062511

## INTRODUCTION

One in 10 infants is born preterm at less than 37 weeks' gestation.[1] Preterm birth and its complications are the leading causes of neonatal mortality and morbidity in the United States.[2] Other perinatal conditions, such as hypoxic-ischemic encephalopathy (HIE), occur more commonly in late preterm and term infants and, as in preterm infants, carry a high burden of neurodevelopmental morbidity.[3] Advances in perinatal and neonatal interventions have resulted in a decrease of overall infant mortality[4,5] with improved survival of extremely preterm infants[6] and late preterm and term infants with HIE.[7] However, early identification of neurodevelopmental morbidity in NICU graduates remains a priority.[8]

In the policy statement "Hospital Discharge of the High-Risk Neonate" (reaffirmed 2018), the American Academy of Pediatrics (AAP) recommends that primary care pediatricians provide longitudinal developmental monitoring of high-risk infants and consider collaborations with

A 1



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511
by guest

multidisciplinary clinics as comprehensive follow-up options for those infants identified at hospital discharge as requiring the care of multiple disciplines.[9,10] Directors of 183 academic and private multidisciplinary high-risk infant follow-up clinics in the United States reported 50% to 80% attendance of infants referred to high-risk clinics; however, no-show rates increased with subsequent follow-up appointments and clinics were mostly attended by children born very or extremely preterm (less than 30–32 weeks' gestation). As a result, the vast majority of children born preterm received management in primary care.[11] Many high-risk neonatal follow-up clinics are located in urban areas, and in 2018 more than half of the surveyed NICU programs in the United States lacked a plan for meeting the needs of families living in rural and underserved areas.[12] Care for children and families living in rural and underserved areas may, however, be changing with the emergence of telehealth access to multidisciplinary pediatric medical subspecialists. Moderate and late preterm (32–36 weeks' gestation) infants who are often not eligible for follow-up clinics constitute the majority of all infants born preterm. Thus, primary care pediatricians care for the majority of infants, children, and youth with a history of preterm birth and almost exclusively follow the 75% of preterm infants who were born between 34 and 36 weeks' gestation and who are at increased risk for neurodevelopmental problems compared with their term counterparts.[13] Of note, the term primary care pediatricians (PCPs) is used throughout this paper but it also recognizes other clinicians who may care for children born preterm, including family physicians and nurse practitioners or physician assistants.

Although a substantial amount of literature addresses severe neurodevelopmental disabilities associated with preterm birth and its complications, such as cerebral palsy, intellectual disability (ID), visual impairment, and hearing loss, extrapolating large studies about the risk and clinical decision-making for individual patients can be challenging.[14] Further, it is difficult to know how to respond to infant risk factors as they relate to less severe developmental disabilities (such as specific learning disability, developmental coordination disorder, speech and language impairment, emotional problems, and neurobehavioral issues). PCPs play a critical role in the longitudinal, timely, and coordinated care needed by high-risk infants during their early childhood years—assessing growth, development, feeding, and behavior; mitigating functional limitations; and determining appropriate medical subspecialty and community level supports.[10,15] Additionally, the role of PCP in assessing and mitigating effects of social determinants of health that may add to perinatal risk factors is receiving increasing recognition.[16] PCPs also follow a growing percentage of high-risk infants who develop without severe disability[17] and whose family and caregivers benefit from reassurance when diminishing risk is evident. This clinical report links preterm birth and its complications to early childhood developmental disability prevalence data and consolidates them into an easy-to-use, point-of-care framework that supports pediatricians with enhanced childhood surveillance and clinical decision-making for infants born preterm. The clinical report focuses on preterm birth and associated perinatal conditions that affect neurodevelopmental outcomes and does not specifically account for other risk factors (eg, prenatal alcohol exposure).

Changes in prenatal and infant care practices have substantially improved preterm infant survival since the mid-1990s, with the introduction of antenatal steroid use to induce lung maturity,[18] surfactant use to improve preterm infant lung function,[19] and hypothermia to address neonatal hypoxic ischemic encephalopathy.[7] Contemporary studies of infants born preterm who benefited from these interventions and others are most relevant for the purposes of developmental risk stratification.[20] As studies often include a wide range of gestational ages, birth weights, neonatal complications, and ages at follow-up, outcomes may include wide ranges of prevalence of developmental disabilities. More recently, use of specific gestational age groups has clarified risk estimations and informed clinician performance.[21]

Low birth weight and decreased gestational age are known to be strong predictors of abnormal developmental outcomes. However, other neonatal complications, including chronic lung disease, severe intraventricular hemorrhage, HIE, and neonatal infections, further increase the risk for adverse sequelae. Neonatal conditions that carry a higher probability of early presentation of severe neurodevelopmental disabilities provide a foundation for risk stratification during infancy, childhood, and early adulthood.[22,23] The developmental consequences associated with high-severity, low-frequency neonatal conditions are manifested as functional limitations (eg, delayed or atypical developmental milestones) in infants and during early childhood, highlighting the important role of the pediatrician in health supervision, developmental screening, and developmental surveillance.[24] Standardized developmental screening, adjusted for a child's corrected age (if under 24 months), is particularly crucial in infants with higher risk of developmental delays. Developmental surveillance is an important process that involves eliciting caregiver concerns, recording milestone attainment, observing behavior, examination, and applying clinical judgment during health supervision visits.[25] With a history of preterm birth, clinicians seek to personalize a child's risk for functional limitations based on the nature of child's prematurity and presence or absence of neonatal complications.

Increased awareness of individual risk optimizes timely developmental surveillance, referral to early intervention (EI) programs and caregiver and family support services,

A 2



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511.pdf
by guest

and clinical decision-making and may decrease the likelihood of medical complications.[10] Further, developmental surveillance in the context of a medical home can mitigate postnatal psychosocial complications (family and caregiver mental health conditions, lead exposure, other social determinants of health, etc) associated with developmental sequelae.[26] Medical care coordination and community-based supports informed by documented perinatal course and linked to primary care developmental screening and surveillance are evidence of a coordinated continuous system of care.[15,24,25] Ultimately, the PCP must weigh the risks related to the pre- and perinatal course, the family's capacity to support the child, and service availability in the local community to optimize recommendations for individual families.

## PREVALENCE OF DEVELOPMENTAL DISABILITIES ASSOCIATED WITH PRETERM BIRTH

Preterm birth and its co-occurring conditions are the most common contributors to a high-risk neonatal course. Infants born preterm, by definition are born before 37 weeks' gestation and are further categorized by gestational groups as late (34–36 weeks) and moderately preterm (32–33 weeks), very preterm (28–31 weeks), and extremely preterm (<28 weeks) infants. Less common high-risk neonatal conditions that result in developmental disabilities include term or preterm infants born with congenital infections (such as cytomegalovirus), fetal exposure to substances such as alcohol or medications, anomalies (such as congenital heart disease, diaphragmatic hernia, or structural brain disorders), or genetic conditions. Late preterm and term HIE (less than 1% of all deliveries) also carry risks for early presentation of developmental disabilities.[7]

This report's framework for assessing risk is informed by the last 2 decades of research on preterm outcomes. The Appendix compiles contemporary outcome studies summarizing the prevalence ranges for severe developmental disabilities associated with prematurity and neonatal complications in developed countries. The Appendix also lists the prevalence of developmental disabilities in the general pediatric population.

In the framework (Fig 1), risk is stratified by how much more prevalent a developmental disability is in a population of children with a history of prematurity or its neonatal complications, in comparison with the risk for the general pediatric population (GPP). Although the degree-of-risk categories defined below are somewhat arbitrary, they are clinically relevant. Conditions that have at least a 10 times greater risk of a disability than the GPP are labeled "VERY HIGH RISK." This group includes risks for conditions that are as high as 40 times greater than the GPP risk. The next lower "HIGH RISK" category reflects risks of disability that are 5 to 9.9 times greater than the risk of the GPP. The range of "MODERATE-LOW RISK" reflects risks 1.1 to 4.9 times the GPP risk. None of the conditions had risks at or less than the GPP risk, so the isolated term of "low risk" was omitted.

- VERY HIGH RISK: disability prevalence is 10 or more times greater than expected in the GPP.
- HIGH RISK: disability prevalence is 5.0 to 9.9 times greater than expected in the GPP.
- MODERATE-LOW RISK: disability prevalence is 1.1 to 4.9 times greater than expected in the GPP.

To put the risk framework into perspective for the reader, we will describe the risk for cerebral palsy (CP) in children with a history of preterm delivery without other neonatal complications. The general pediatric population born at term has a CP prevalence of approximately 0.31%. For a child born extremely preterm (<28 weeks' gestation and a published prevalence of CP between 7.2% to 14% for this patient population), the risk of CP is categorized as VERY HIGH risk, or 23 to 45 times greater risk of CP than the GPP. A very preterm infant (born at 28–31 weeks' gestation with a published prevalence of CP between 6.2% to 8.7% for this patient population) still is categorized as VERY HIGH risk or 20 to 28 times greater risk of CP than the GPP. An infant born at greater than 32 but less than 37 weeks' gestation, for whom the published prevalence of CP is 0.67% to 0.8%, is categorized as MODERATE-LOW risk, or 2 times greater risk of CP than the GPP.

The prevalence of developmental disabilities in the GPP in the United States (Appendix) is described in the 2019 National Health Interview Survey (NHIS), a nationally representative survey of children[27] 3 through 17 years of age. Developmental disabilities for which prevalence were reported included CP (0.31%), ID (1.1% to 2.5%), deafness or severe hearing loss (0.3%), blindness or severe vision impairment (0.16%), and autism spectrum disorder (ASD [1.74%]). The NHIS prevalence for ID did not include children identified with early childhood developmental delay or global developmental delay and, thus, likely underestimates the GPP for ID. For this report, we used a more inclusive GPP prevalence for early childhood cognitive delays of 2.5%.[28] For hearing loss, the NHIS included a broad range of impairments. Thus, we used more specific data for the prevalence of deafness or severe hearing loss[29] for the purposes of risk stratification (Appendix). Unlike other prevalence data, ASD prevalence was not provided by the NHIS; up-to-date data can be obtained through the Centers for Disease Control and Prevention Autism Developmental Disabilities Monitoring Network. The Autism Developmental Disabilities Monitoring Network reports the prevalence of autism by 8 years of age is 23.0 per 1000 children or 1 in 44.[30]

## ESTIMATING INDIVIDUAL DEGREE OF RISK FOR DEVELOPMENTAL DISABILITIES

In Fig 1, PCPs using information from a child's NICU Discharge Summary or other neonatal hospital discharge

A 3



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511.pdf
by guest




**FIGURE 1**
A neurodevelopmental risk stratification framework for infants born prematurely

documentation may proceed down the left side of the framework until their patient's degree of prematurity or presence of a neonatal complication is identified and follow the arrow to degrees of risk (very high, high, moderate-low) for severe developmental disabilities presenting in early childhood. PCPs can then use the color-coded risk-satisfaction information to discuss care plans with family, document clinical decision-making, and/or determine the need for additional subspecialty providers or multidisciplinary care. Figure 1 offers a practical and pragmatic algorithm to risk assessment and supports the PCP in the role of performing early childhood screening,[24] close developmental surveillance at all visits, and targeted assessments for developmental concerns when indicated.[31] The authors consolidated extensive literature (Appendix) into this framework (Fig 1) to facilitate pediatric assessment of developmental risk in patients born preterm. The framework is meant to link degree of risk based on published data to clinician action for individual patients and is not formally validated. Thus, if PCPs suspect developmental delay such as CP, in the absence of significant risk, they should use their judgement to address concerns and consider referral to pediatric neurology or other professionals for comprehensive assessments, as appropriate.

Neurodevelopmental disabilities presenting in early childhood are more likely to be considered severe, to occur at lower frequency, and to be diagnosed by physicians. These early presentations include vision impairment and hearing

A 4



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511.pdf by guest

loss, CP, and significant cognitive adaptive delays (such as global developmental delay). Milder forms of cognitive disabilities may not be identified until school age in some children. Conditions that present later in childhood, often after school entry, are of lower severity and of higher frequency and are more likely to be identified by other professionals, such as teachers and therapists or families and caregivers. Examples of high-frequency, lower-severity "later" presentations include learning disabilities, language impairments, developmental coordination disorder, and concerns about behavior or mental health. The classifications of "severe versus mild," "high- versus lower-frequency," "major versus minor," or "early versus later" are imperfect and occasionally misleading because some more severe presentations are identified later, and disabilities that usually present later may be problematic enough to emerge in early childhood.[14] Further, children born preterm or with neonatal complications who do not present with early severe disabilities may have multiple co-occurring mild disabilities, and although individually these conditions may be less severe, the constellation of co-occurring conditions can be functionally impairing.

A brief review of the nature of prematurity and the neonatal complications associated with preterm birth and their risk relationship to developmental disabilities is presented in the following section, followed by descriptions of primary signs and symptoms in early childhood that suggest risks for severe developmental disabilities, including a guide to specific developmental surveillance considerations based on the age at the time of the office visit (Fig 2).

## AN UPDATE OF PREMATURITY AND NEONATAL COMPLICATIONS ASSOCIATED WITH DEVELOPMENTAL DISABILITIES

### Gestational Age

The degree of prematurity is a strong and consistent risk factor for all neurodevelopmental disabilities, and at lowest gestational ages, there is an inverse relationship between the risk for disability and gestational age.[32] Extreme preterm birth (<28 weeks' gestation) accounts for less than 1% of all deliveries but contributes to the greatest rates of neurodevelopmental disabilities. The risk for severe neurodevelopmental disabilities with neonatal complications such as intraventricular hemorrhage (IVH), periventricular leukomalacia (PVL), retinopathy of prematurity (ROP), bronchopulmonary dysplasia (BPD), and necrotizing enterocolitis (NEC) increases with decreasing gestational age. When present, these diagnoses contribute significant additive risk to gestational-age risks alone.

The framework (Fig 1) indicates very high risks in children born extremely preterm (<28 weeks' gestation) for all developmental disabilities, and the risk remains very high for CP and ID in children born at 28 to 31 weeks' gestation. Infants born at 28 to 31 weeks' gestation continue to carry a very high risk for CP and a high risk for ID and hearing loss but a moderate risk for vision impairments. Moderately and late preterm infants (32–36 weeks' gestation) have a moderate-low risk for ID, CP, hearing loss, and vision impairment compared with the GPP.

### Intraventricular Hemorrhage and Periventricular Leukomalacia

IVH and white matter injury or periventricular leukomalacia (PVL) contribute to increased risk of neurodevelopmental disabilities, with higher grades of injury conferring greater risk. IVH occurs when fragile premature vessels of the germinal matrix rupture perinatally.[33] In Fig 1, grade III to IV IVH confers a very high risk of severe developmental disability, particularly when grade IV IVH, bilateral disease, or need for ventriculoperitoneal shunting is present. The prevalence of CP in infants with a history of grade III to IV IVH is significantly greater than gestational age-matched controls and confers additional risks for ID, hearing loss, and vision impairment.[32–35] Grade I to II IVH is associated with less risk than grade III to IV IVH but still a very high risk (greater than 10 times the GPP) for CP and hearing loss.[33,36] Neuroimaging modalities such as MRI have improved the abilities to detect more subtle white matter injury, leading to a broader range of risk assessments. PVL is a result of hypoperfusion of border zone regions in the brain, resulting in periventricular focal necrosis, cystic formation, or diffuse white matter injury.[3] Cystic periventricular leukomalacia has been associated with a very high risk of CP and ID.[37] However, with the ability to detect more subtle white matter changes, this relationship is likely blunted with less severe white matter injury. Additional neuroimaging findings such as severity of PVL,[38] white matter abnormalities,[37,39] requirement for shunt,[35] ventricular dilation,[40,41] cerebellar injury,[42] and volume loss further increase an infant's risk for adverse neurodevelopmental outcomes. There is some evidence for an association between IVH or white matter injury and sensory impairments and/or later-onset, less severe developmental disabilities, although the attributable risk is difficult to quantify based on the current literature.

### Hypoxic Ischemic Encephalopathy

HIE can occur when there is an interruption of cerebral blood flow in the fetus, the etiology of which can be maternal, placental, or fetal in origin.[43] Various perinatal signs, such as low 5-minute Apgar score, neonatal seizures, and blood acidosis, predict the severity of HIE.[44] HIE of any degree (mild, moderate, or severe) occurs in 1 to 2 per 1000 births.[45] The risk for disability and impaired cognitive development correlates with the severity of HIE. Despite advances in perinatal care, moderate-to-severe HIE in late preterm and term infants remains

A 5



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511.pdf by guest

Enhanced Monitoring for Neurodevelopmental Disabilities

| Corrected Age / Tasks | Initial Visit | 0–9 mo | 9 mo | 9–18 mo | 18 mo | 24 mo | 18–30 mo | 30 mo | 2.5–5 y |
|---|---|---|---|---|---|---|---|---|---|
| Record Review of Past Medical History | Assess for risks associated with prematurity at initial visit | | Screen for General Development using structured, validated screening tools including Motor* | | Screen for Autism Spectrum Disorder, using structured validated tool* Screen for General Developmental Delays using structured, validated screening tools* | Screen for Autism Spectrum Disorder, using structured validated tool* | | Screen for General Developmental Delays using structured, validated screening tools* | Consider semi-annual or annual visits if developmental disability present |
| *Bright Futures/AAP Recommendations | Assess vision by 6 mo (if ROP present) | Explore parent concerns and perform examination | | Explore parent concerns and perform examination | | | Explore parent concerns and perform examination | | Explore parent concerns and perform examination |
| Detect Vision Impairment | | Nystagmus, not tracking objects | | Poor visual attention; nystagmus; lack of reaching or grabbing | | | Strabismus, visual acuity differences | | Check for strabismus, visual acuity differences |
| Detect Hearing Loss | Newborn hearing screen test | Not alerting to sound, not turning to voice | | Not localizing sound or voice; not responding to name | | | Not orienting to sound or voice; speech or language delay | | Check for signs of mild or unilateral hearing loss |
| Detect Cerebral Palsy | Review HINE or GMA interpretation from NICU (if performed) | Asymmetry; persistent fisting if over age 3 mo; lack of reach; early rolling; not sitting by 9 mo | | Asymmetry of hand use; posturing; not sitting by 9 mo; atypical crawl | | | Asymmetry of gait or hand use; not walking by 15–18 mo | | Monitor for coordination, clumsiness, such as not pedaling a trike, atypical pencil grasp, delayed fine motor/adaptive skills |
| Detect Intellectual Disability | | Intellectual disability is difficult to assess unless severe | | Global developmental delays | | | Global developmental delays | | Discuss evaluation for diagnosis of intellectual disability, if appropriate; Assess for mild or borderline delays |
| Detect High-Frequency, Later-Onset Developmental Disabilities | | Difficulty feeding or sleeping | | Speech and language delay; social delay | | | Speech and language delay; social delay | | Monitor for functional impairment due to hyperactivity, anxiety, poor social interaction, developmental coordination disorder, learning disabilities |

**FIGURE 2**
Samples of Enhanced Developmental Surveillance to Consider Between Health Supervision Visits of Children Born Prematurely. NA, not applicable. [a] Bright Futures[10,128] and AAP developmental surveillance and screening[24] recommendations. More frequent screening may provide additional utility.

an important cause of mortality and subsequent long-term neurodevelopmental disability.[46] Therapeutic hypothermia (TH) is recommended in neonates ≥35 weeks' gestation with moderate to severe HIE.[47] Despite continued very high risk for severe developmental disability overall (greater than 10 times that for GPP), TH has been shown to have increased survival with normal neurologic function at 18 months of life in infants with HIE compared with those who do not receive TH intervention.[7] Infants with mild HIE, representing 50% of all HIE, are perceived as low risk for neurodevelopmental disability at this time, and TH is currently not the standard of care.[48] However, up to 25% of infants with mild HIE have recently been studied and have atypical outcomes.[49,50] There is a growing trend to use TH in neonates with mild HIE, although it is unclear whether risks outweigh benefits at this time.[51]

### Bronchopulmonary Dysplasia

In the past, BPD associated with preterm birth was attributed to unintended effects of barotrauma and oxygen toxicity.[52] In current neonatology practice, BPD is attributed to atypical development of the preterm lung, seen almost exclusively in infants with extremely low birth weight.[53] Continued need for oxygen supplementation by the infant at 36 weeks' postmenstrual age (PMA) is most often identified as the marker for chronic lung disease attributable to BPD.

As with other neonatal conditions, mortality attributable to BPD has diminished in the past 2 decades, but its morbidity has increased from 32% in 1993 to 47% in 2012.[32] Children with BPD frequently develop additional chronic co-occurring conditions as they age, including recurrent respiratory illnesses and hospitalizations, growth failure, and increased risk for developmental delay.[54]

In a summary of numerous preschooler outcome studies, "the impact of BPD is similar in magnitude to, and independent of, the impact of significant perinatal brain injury or retinopathy of prematurity."[54] However, risk varies, even within cohorts of infants discharged with BPD; higher risk is associated with increased respiratory supports, such as need for tracheostomy[55] and prolonged duration of mechanical ventilation.[56,57] In outcome studies of school-aged children, BPD also predicts continued risk for other less severe neurodevelopmental disabilities such as poor motor outcomes (both gross and fine motor), postural and coordination problems, and behavioral difficulties.[58] The

A 6



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511.pdf by guest

long-term effects of poor pulmonary function impact exercise capacity, which itself is associated with poorer cognitive and behavioral outcomes.[59]

### Retinopathy of Prematurity

ROP is a disease that affects the immature vasculature in the eye of the preterm infant (like IVH, almost exclusively in infants born before 32 weeks' gestation in the United States).[60] ROP is defined by the anatomic location of disease, referred to as zones (I, II, and III) and the vascular abnormalities identified as stages 1 (mild) to 5 (retinal detachment). When ROP is severe or referred to as type 1 (6% to 13% of total ROP cases), management often progresses to surgical intervention, such as laser therapy, or more recently, bevacizumab injections. More commonly, when ROP is determined to be mild or moderate disease, referred to as type 2 (88% to 94% of total ROP cases), infants are usually monitored until typical maturation occurs.[61]

Severe ROP results in bilateral blindness with no or poor functional vision (less than 20/20 in both eyes) and occurs in 3% to 5% of infants born before 30 weeks' gestation. Severe ROP appears to be part of a "clustering effect"[62] and, when present, predicts significant risk of blindness, bilateral hearing loss, cerebral palsy, ID, and death or severe disability (neurodevelopmental impairment [NDI]) at age 11 years.[63,64] In addition to ROP, infants born preterm, including moderate and late preterm infants, are more commonly at risk for less severe visual impairments, such as strabismus, amblyopia, high refractive errors, cataracts, and effects of cerebral (cortical) visual impairment.[65]

### Necrotizing Enterocolitis

NEC is a perinatal condition with a frequency inversely related to gestational age. It occurs in 3% to 9% of preterm infants and can occur rarely in term infants.[66] When present, it portends at least an additive risk of mortality and neurodevelopmental morbidity in infants with other co-occurring perinatal conditions. In a large national cohort, extremely low birth weight infants with NEC had significantly higher rates of morbidity at 18 to 24 months compared with those without NEC. The need for surgical intervention for NEC identifies the most severely ill infants, with 38% of survivors demonstrating severe developmental disabilities.[67] The presence of surgically treated (versus medically treated) NEC identifies infants with independent risk of mortality and long-term severe NDI, separate from other risk factors related to prematurity and perinatal course.[68–70]

## AN UPDATE OF NEURODEVELOPMENTAL DISABILITIES AND EARLY CHILDHOOD SUPPORT

### Neurodevelopmental Impairment

NDI is a term for severe developmental disabilities associated with preterm birth that most often presents early in infancy or during toddler years. For research purposes, NDI is defined as children at 2 years' corrected age with the composite outcome of a Bayley Scales of Infant Development III cognitive score <70, a Bayley Scales of Infant Development III motor score <70, a Gross Motor Function Classification Scale level ≥2 (with or without moderate or severe cerebral palsy), bilateral blindness, and/or severe hearing loss.[8] NDI is most often experienced by extremely premature infants. As a general rule, the more severe the neurodevelopmental outcome, the earlier in life NDI will present with functional limitations or delayed developmental milestones. For example, children who are diagnosed later in childhood with severe ID usually present in their first year with global developmental delays, whereas features of mild ID may not be apparent until school age, with persistent delays in language, problem solving, and adaptive or daily living skills. Neurodevelopmental outcomes that present later in childhood are often of lower severity and include problems with academic underachievement, speech intelligibility, executive function (eg, attention deficit/hyperactivity disorder), emotional regulation (eg, anxiety), neuromotor skill acquisition (such as developmental coordination disorder), milder neurosensory dysfunction (eg, strabismus, hearing loss), and quality of life.[14,71]

### Cerebral Palsy

CP is caused by disturbances to the developing brain and is defined as a disorder of movement and posture that limits activity.[72,73] The prevalence of CP in the United States is approximately 3.1 in 1000 children.[27] The greatest preponderance of CP in infants born preterm is spastic in nature, and within the spasticity group, three-quarters have bilateral findings.[74] CP has historically been identified between 12 to 24 months of age; however, newer diagnostic tools such as MRI neuroimaging, Prechtl's general movement assessment, and the Hammersmith Infant Neurologic Examination are effective in earlier detection of CP[72] and are being used before discharge from the NICU and in the newborn period to identify infants at risk for motor disabilities. CP is most often suspected by observation of delayed acquisition of gross or fine motor milestones, by asymmetry of function, or by atypical tone or posture. Screening for motor disorders is recommended at 9, 18, 30, and 48 months of age in all children.[24,75] Before 9 months of age, pediatricians can use developmental surveillance to observe infant examinations for any asymmetry, persistent fisting, and/or no reaching, early atypical rolling, and inability to prop

A 7



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511.pdf
by guest

sit, which may be signs of abnormal tone. For children with very high risk of CP, at visits even before the routine 9-month motor screening visit, earlier developmental surveillance of motor disability may be present, including excessive head lag, posturing, persistent primitive reflexes, asymmetry of movement, motor delay, or gross motor milestones that appear to be acquired excessively early or in an unusual sequence, such as rolling by arching back at the age of 1 month. Early milestone acquisition may be driven by unusually strong primitive reflexes or tone abnormalities, which are associated with CP. Atypical infant motor milestones achieved out of sequence can include the ability to roll before achieving prone position on the elbows, or to crawl or stand before sitting, and may signify tone abnormalities. Similarly, atypical tone is suggested by asymmetry in sitting or crawling without reciprocal movement of all 4 limbs.[75]

At the 9-month visit, recommended screening[24] should ensure that children are able to roll to both sides, sit well without support, demonstrate motor symmetry, and grasp and transfer. Children who are at high-risk for CP and are seen by their pediatrician between the routine 9- and 18-month screening visits benefit from sensitive observation and developmental surveillance of gross and fine motor skills (Table 1). For example, handedness is unusual before 18 months of age and may indicate asymmetry of tone and function on the opposite side. Acquisition of grasp is refined in the final months of the first year such that a neat pincer and finger manipulation should be present by 12 months. Similarly, delayed walking or asymmetry in heel strike or persistent toe walking may be indicators of abnormal motor development.

Atypical or delayed motor skills should prompt referral to EI services and, if accessible, to a NICU follow-up clinic or specialty service (such as pediatric neurology) that performs early detection examinations (Table 1). At the 18-month well-child visit, general developmental screening identifies typical motor skills that should be achieved, including ability to sit, stand, walk independently, grasp, and manipulate small objects.

### Intellectual Disability

ID occurs in approximately 1.14% to 2.5% of US children[27,28] and carries lifelong disability of varying severity. Children who are ultimately diagnosed with mild ID reach medical attention because of family/caregiver appraisal of delayed development, delays identified in developmental screening and surveillance, or teacher appraisal of academic delays. Often the presenting concerns are delayed understanding of language, delayed play or interaction, and the paucity of expressive vocabulary. Children with both language and nonverbal problem solving delays or visual motor and play delays are often diagnosed in early childhood with "developmental delay." Developmental delay is the slow acquisition of milestones in any one stream of development, whereas global developmental delay is diagnosed when 2 or more streams (domains) of development are delayed.[28] A description of global developmental delay is often used in children too young for reliable IQ testing and frequently describes children who later receive a diagnosis of ID. Ultimately, the diagnosis of ID requires documentation of IQ with measures below 70 to 75 and similarly low adaptive functions,[76] which can be measured after 3 to 4 years of age and are usually stable after 5 to 7 years of age. It is difficult to assess for ID during infancy. As children age, monitoring and repeated screening for delayed milestone acquisition are most likely to detect manifestations of mild or moderate global delays (Table 1). Recognition of delay should be followed by referral to an EI program, where available, for confirmation and quantification of delay in all developmental domains. Quantification of delay determines eligibility for publicly funded EI services, including child therapies, family/caregiver support, and resource coordination, although eligibility varies across states.[77] Developmental evaluations can occur through Individuals with Disabilities Education Act Part C EI services (if child is under age 36 months) and Part B, ideally between 30 to 36 months, to alleviate any gap in services, if a child is transitioning from EI to publicly funded special education. Referral for audiology assessment is imperative for all children with language delay (though it may be difficult to access in some locations), even if a newborn hearing assessment was performed, to ensure that hearing loss is not the underlying cause of language delays.[78]

### Visual Impairment

Children who are blind or have severe visual impairment are at increased lifetime risk for developmental delays, frequent hospitalization, socioeconomic problems, and death compared with children with sight.[79] As a result of high rates of ROP, in its revised 2018 policy, the AAP recommends that infants born with birth weight ≤1500 g or at <31 weeks' gestational age receive retinal screening examinations to detect ROP during the NICU stay.[80] Children born very preterm, even those without ROP, are 3 to 4 times more likely to have poor visual acuity and nearly 10 times more likely to have strabismus than term-born children. Risks for ocular morbidity decrease but are still higher than the GPP for infants born moderately and late preterm.[81]

Much of the risk for visual impairments in infants born preterm does not occur for 1 to 3 years after NICU stays. As part of comprehensive health supervision, PCPs can provide longitudinal developmental surveillance of red flags for visual impairment, including nystagmus or poor tracking of items close to infant's or child's face, and evidence of strabismus or low vision during the preschool years (Table 1).

A 8



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1568740/peds_2023062511.pdf
by guest

Referral to an ophthalmologic specialist is appropriate if the PCP has concerns or at any time if families or caregivers have concerns about their child's vision.

### Hearing Loss

Hearing loss, defined as bilateral loss >40 dB, occurs in 1% to 2% of screened newborn infants in population studies in North America and European countries.[82] Infants admitted to a NICU have a 6.9 times higher rate of hearing loss than those who do not require NICU care.[83] In 2007, the AAP, as a member of the Joint Committee on Infant Hearing, endorsed a comprehensive early hearing detection and intervention position statement, including the recommendation that all infants who spend more than 5 days in a NICU receive automated auditory brainstem response screening[84] because of their increased risk for hearing loss from bilateral sensorineural or permanent conductive and to include aural neuropathies (which otoacoustic emissions tests cannot detect). One of the best ways to be reassured of intact hearing in infants is to confirm the infant's appropriate performance on a newborn hearing screen.[82] Additionally, the updated 2019 Joint Committee on Infant Hearing and early hearing detection and intervention position statement emphasized the importance of the PCP in reinforcing targeted screening and continuous surveillance for those at-risk, such that all infants have received a newborn screening by 1 month of age, and if the hearing screen is failed, have received assessment by 3 months of age, and if needed, are in EI services by 6 months of age.[85] Any preterm infant who demonstrates delayed auditory and/or communication skills development or for whom a caregiver expresses concern, even if the child passed the newborn hearing screening, should receive an audiologic evaluation.[78]

### Autism Spectrum Disorder

Developmental screening and surveillance for ASD in all children is a priority and should not be missed in children with a history of preterm birth. The overall prevalence of ASD is evolving and yet unrefined, particularly in children who were born late- or moderately preterm (thus, not included in Fig 1 or Appendix). Stronger evidence demonstrates a 7% prevalence of ASD[86] for children born at <32 weeks' gestation, compared with an overall prevalence of 1.7% to 1.9% in the United States.[27,30] The risk of ASD is also higher in children with a diagnosis of cognitive dysfunction, seizures, or CP.[87] The risk for ASD in infants born preterm appears to be most associated with younger gestational ages, lower birth weights, and abnormal neuroimaging.[88-90] Currently, the AAP recommends screening for ASD in all children at 18 to 24 months of age.[24] Screening for ASD should be interpreted carefully in children born at less than 31 weeks' gestation, because rates of positive screens are very high (21% to 41%) in this population when followed to 2 years of age[89,91] and are particularly high in preterm children with motor, cognitive, vision, and hearing deficits.[92] Confounding the diagnosis of ASD in children with a history of preterm birth is a common preterm behavioral phenotype that is characterized by difficulty with attention, emotion, peer relations, and social skills. In the absence of cognitive disability, children who were born extremely preterm were 4 times more likely at 10 years of age to have an elevated Social Responsiveness Scale and demonstrate deficits in attention, language, communication, and emotion.[93] The overall prevalence of the preterm behavioral phenotype in older children who were born preterm is approximately 20%.[94] Positive results on an ASD screener at 18 and 24 months of age, even if the child does not receive a diagnosis of ASD, identifies children with a range of other developmental delays who may benefit from EI services.[95]

## LATER-PRESENTING, HIGH-PREVALENCE, LOWER-SEVERITY DEVELOPMENTAL DISABILITIES

By 24 to 30 months' corrected age, the vast majority of children who have NDI associated with severe developmental disabilities will have been identified with signs of delayed or atypical development, CP,[72] or cognitive impairment. Severe sensory impairments, such as blindness or severe hearing loss, if present, should have been identified in the first year of life. Children should be walking and running with symmetry and strength by 18 to 24 months' corrected age. For optimal outcome, growth and head circumference should be approaching age-matched peers.[96,97] ASD screening at 18 and 24 months[24,98] should guide referral or reassurance. Otherwise, most caregivers are anxiously waiting to be reassured that their child with a history of preterm birth and/or neonatal complications is no longer at risk for severe neurodevelopmental disabilities. PCPs can share growth and developmental progress with caregivers and discuss the receding risks for severe developmental disabilities associated with preterm birth. However, caregivers, educators, and pediatricians need to remain vigilant for high-frequency, lower-severity conditions that present later in preschool years or even at school age.[14,71,99] Although also common in the GPP, significantly more children born preterm who have average IQs experience academic underachievement, language and speech disorders, grade retention, developmental coordination disorder, attention deficit/hyperactivity disorder, visual motor integration problems, other visual impairments, internalizing and externalizing behaviors, and poor social interactions.[14,71,99] ASD, without ID or language delay, may also present later in childhood. Of note, children whose date of birth and "due date" cross school entry dates may be disadvantaged by starting school a full academic year earlier than they would have if born at term.[14] For these children, remembering their

A 9



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511.pdf
by guest

perinatal course and monitoring them more frequently during early childhood is prudent.

Preterm birth and its complications have a potent effect on neurodevelopmental outcomes. Immature brains are vulnerable to injury, inflammation, and infection.[6,8,13,17,22,23,26,71] Underpinning the perinatal process, and even contributing to disparities of prematurity, are longitudinal and transactional processes attributed to social determinants of health experienced during periods of prenatal and postnatal brain growth and development.[100,101] These processes include individual, family, and community factors affecting maternal health and pregnancy, as well as postnatal child experiences with caregivers and the degree to which children are being raised in safe, stable, nurturing, language-rich environments. If children are spared neurodevelopmental impairment associated with effects of perinatal conditions, their overall long-term neurodevelopmental outcome is most strongly associated to early childhood experiences (both positive and negative) and social determinants of health (maternal education, poverty, teenage pregnancy, health disparities attributable to racism, etc).[102]

## RECOMMENDATIONS FOR PEDIATRICIANS AND OTHER CHILD-SERVING PROVIDERS

The risk stratification framework (Fig 1) is designed to provide easy decision-making support to PCPs who, in addition to offering preventive care in alignment with *Bright Futures: Guidelines for Health Supervision of Infants, Children, and Adolescents* (4th Edition) for all children,[10] can provide enhanced monitoring in early childhood for children born preterm.[26] The framework consolidates extensive contemporary developmental outcome data (Appendix) to inform more individualized developmental surveillance and timely referral for additional assessments or interventions when a patient's degree of risk for developmental disability is substantial.

All PCPs who care for children born preterm should have access to a consulting neonatologist and/or multidisciplinary high-risk infant follow-up (HRIF) programs.[15] Maintaining up-to-date contact with a local neonatology service or local HRIF clinic (where available) and being aware of the program's criteria to ensure that eligible children in their practice participate in a HRIF program is advised. For many programs around the country, the HRIF program can reciprocally support pediatricians in their patients' local care coordination as well as provide expertise in clinical management, such as oxygen support, feeding, vaccinations, and specific therapy services.

In addition to maintaining a collaborative relationship with neonatology services and HRIF clinics, PCPs can confidently implement appropriate next steps for ALL children born preterm, which may include:

- Referral to EI services for eligibility of services. Even when children born preterm are medically stable, EI programs often provide additional supports for caregivers, relational and infant mental health, and other social supports.[77]
- Heightened developmental screening[24] and surveillance, as outlined in Fig 2.
- Discussion with family of developmental risks associated with prematurity and reiteration of conversations that likely occurred during NICU stay but may have been difficult to understand or retain at that time.

For children with increasing degrees of risk for developmental disabilities, additional action by the pediatrician may include:

- HRIF referral and resources.
- Timely referral or follow-up to ophthalmology and audiology assessments.
- Caregiver education about episodes that may be signs of a seizure disorder (to optimize referral to pediatric neurology, if suspected).
- Referral to physical therapy (for gross motor, coordination concerns), speech-language pathology (feeding, communication concerns), and/or occupational therapy (fine motor, feeding, regulation concerns) to clarify nature of developmental concerns. If a developmental disorder is suspected, further assessment and subspecialty referral may be warranted (such as developmental and behavioral pediatrics, physical medicine and rehabilitation, CP clinic, neurology).

Collaborative relationships with HRIF teams and community providers, such as EI programs, can assist pediatricians in decision-making support, including (1) provision of timely reassurance that severe neurodevelopmental disabilities associated with preterm birth are not present, when appropriate; and (2) the determination when developmental differences cannot be solely attributed to being "born early" and additional etiologies (ie, genetic, social determinants of health) of neurodevelopmental problems should be considered and addressed. Pediatricians are ideally poised to recognize developmental risk factors other than preterm birth, such as pre- and postnatal psychosocial adversity (foster or kinship care, which are recognized markers of prior childhood adversity) and other social determinants of health (such as housing insecurity, teenage parenthood, family and caregiver mental health conditions, or substance use, poverty, food insecurity, families new to the United States, etc) and can provide additional wrap-around care coordination for caregivers, such as financial supports, cultural navigation, transportation, etc.

### Summary

The PCP's role in health supervision of infants born preterm entails an enhanced awareness of increased developmental risk factors, consideration of additional mitigators of developmental impairment, including effects of family relational

A 10



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511.pdf
by guest

health[103] and social determinants of health, and when indicated, confident timely reassurance of the absence of adverse neurodevelopmental outcomes. In keeping with the tenets of family-centered care and the medical home, the use of ongoing developmental surveillance, coordinated care, shared decision-making, strengths-based guidance, and advocacy for appropriate habilitative and rehabilitative services are the premises of trusted care and are consistent with the recommendations of the AAP.[10] Benefits of risk awareness based on history of perinatal conditions can empower pediatricians to prioritize healthy development at each and every encounter. Increased awareness coupled with heightened developmental surveillance between routine health supervision and validated screening visits will optimize early identification and referral of at-risk children who demonstrate concerning signs or symptoms of developmental differences. Another benefit of linking perinatal risk awareness to neurodevelopmental outcomes is to prompt clinicians to seek additional information when developmental delays exceed anticipated risks, and require consideration of other etiologies (eg, family and caregiver mental health conditions, genetic or acquired conditions, and social determinants of health). For example, findings of ID should not be dismissively attributed to a child born moderately or late preterm without neonatal complications and should trigger further investigation. Similarly, severe dyskinetic CP is not an expected outcome of a preterm infant with mild BPD. In these cases, when outcomes do not align with risk, etiologic workup (such as referral to pediatric neurology) should be performed as it would for a child without an established risk factor, such as preterm birth or a perinatal condition.

As provider concerns wane, reassurance that severe neurodevelopmental disability is absent in a child born preterm can be invaluable to families. The timeline for developmental reassurance is dictated by developmental milestone acquisition at the typical anticipated rate and sequence, usually when the child is 24 to 30 months' corrected age. Discussing waning risks for severe developmental disabilities and promoting a strengths-based outlook delivered as developmentally informed, confident reassurance is a gift to caregivers who carry a burden of worry for their children born preterm.[104]

The reassurance of the absence of severe neurodevelopmental impairments and the cautious acknowledgment of the continued risk of less-severe, high-frequency neurodevelopmental sequelae is a delicate but necessary balance. Although the majority of preterm infants survive without severe impairments, very few do not have lower-severity morbidities. Language delays, learning disabilities, motor coordination disorders, emotional and behavioral disorders, and social skill deficits are more often recognized in school-aged children with a history of preterm birth than their low-risk, term counterparts.[105] Moreover, when several low-severity neurodevelopmental disabilities co-occur, even though mild, the constellation may be functionally impairing. Continued awareness of the risk of these developmental sequelae into school-age years for children with history of preterm birth and/or neonatal complications should prompt pediatricians to recommend community-based assessments and supports, such as consideration for special education, related services, and/or prescribing pediatric therapies.[106] Reassessment of hearing and vision may be considered, along with a heightened awareness for other disabilities, such as a seizure disorder. The role of the PCP in the care of children born at risk for neurodevelopmental impairments attributable to preterm birth is a long-term commitment to vigilant surveillance. Some PCPs are finding that children with special health care needs and some children with a history of preterm birth often require more than typical health supervision visits and are adding an extra visit between regularly scheduled visits to specifically address developmental surveillance and family and caregiver concerns.[29]

**LEAD AUTHORS**

Beth Ellen Davis, MD, MPH, FAAP
Mary O'Connor Leppert, MD, FAAP
Kendell German, MD, FAAP
Christoph U. Lehmann, MD, FAAP
Ira Adams-Chapman, MD, MPH, FAAP

**COUNCIL ON CHILDREN WITH DISABILITIES EXECUTIVE COMMITTEE, 2022–2023**

Garey Noritz, MD, FAAP, FACP, Chairperson
Rishi Agrawal, MD, MPH, FAAP
Jessica E. A. Foster, MD, MPH, FAAP
Ellen Fremion, MD, FAAP, FACP
Sheryl Frierson, MD, MEd, FAAP
Michelle Melicosta, MD, MPH, FAAP
Barbara S. Saunders, DO, FAAP
Siddharth Srivastava, MD, FAAP
Christopher Stille, MD, MPH, FAAP
Jilda Vargus-Adams, MD, MSc, FAAP
Katharine Zuckerman, MD, MPH, FAAP

**PAST COUNCIL ON CHILDREN WITH DISABILITIES EXECUTIVE COMMITTEE MEMBERS**

Dennis Z. Kuo, MD, MHS, FAAP, Immediate Past Chairperson

**LIAISONS**

Jeffrey Brosco, MD, PhD, FAAP – *Maternal and Child Health Bureau*
Jennifer Poon, MD, FAAP – *Section on Developmental and Behavioral Pediatrics*
Matthew Sadof MD, FAAP – *Section on Home Care*

A 11



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511.pdf
by guest

Allysa Ware, PhD, MSW – *Family Voices*
Marshalyn Yeargin-Allsopp, MD, FAAP – *Centers for Disease Control and Prevention*
RADM Wanda Barfield, MD, MPH – *Centers for Disease Control and Prevention*
Lisa Grisham, APRN, NNP-BC – *National Association of Neonatal Nurses*

**STAFF**

Jim Couto, MA

**STAFF**

Alexandra Kuznetsov

**PARTNERSHIP FOR POLICY IMPLEMENTATION LIAISON**

Christoph U. Lehmann, MD, FAAP

**COMMITTEE ON FETUS AND NEWBORN, 2022–2023**

Eric Eichenwald, MD, Chairperson
Namasivayam Ambalavanan, MD
Charleta Guillory, MD
Mark Hudak, MD
David Kaufman, MD
Camilia Martin, MD
Ashley Lucke, MD
Margaret Parker, MD
Arun Pramanik, MD
Kelly Wade, MD

**LIAISONS**

Timothy Jancelewicz, MD – *AAP Section on Surgery*
Michael Narvey, MD – *Canadian Pediatric Society*
Russell Miller, MD – *American College of Obstetricians and Gynecologists*

**ABBREVIATIONS**

AAP: American Academy of Pediatrics
BPD: bronchopulmonary dysplasia
EI: early intervention
ELBW: extremely low birth weight
GPP: general pediatric population
HIE: hypoxic-ischemic encephalopathy
HRIF: high-risk infant follow-up
IVH: intraventricular hemorrhage
NEC: necrotizing enterocolitis
NHIS: National Health Interview Survey
PCP: primary care pediatrician
PMA: postmenstrual age
PVL: periventricular leukomalacia
ROP: retinopathy of prematurity
TH: therapeutic hypothermia

The guidance in this statement does not indicate an exclusive course of treatment or serve as a standard of medical care. Variations, taking into account individual circumstances, may be appropriate.

All clinical reports from the American Academy of Pediatrics automatically expire 5 years after publication unless reaffirmed revised, or retired at or before that time.

**DOI:** https://doi.org/10.1542/peds.2023-062511

Address correspondence to Beth Ellen Davis, MD, MPH, FAAP. E-mail: BED9KR@uvahealth.org

PEDIATRICS (ISSN Numbers: Print, 0031-4005; Online, 1098-4275).

Copyright © 2023 by the American Academy of Pediatrics

**REFERENCES**


1. Centers for Disease Control and Prevention. Premature birth. Available at: https://www.cdc.gov/reproductivehealth/features/premature-birth/index.html. Accessed November 9, 2020
2. Kochanek KD, Murphy SL, Xu J, Arias E. Deaths: final data for 2017. *Natl Vital Stat Rep*. 2019;68(9):1–77
3. Novak CM, Ozen M, Burd I. Perinatal brain injury: mechanisms, prevention, and outcomes. *Clin Perinatol*. 2018;45(2):357
4. Mathews TJ, Driscoll AK. Trends in infant mortality in the United States, 2005-2014. *NCHS Data Brief* 2017,(279):1–8
5. Patel RM, Kandefer S, Walsh MC, et al; Eunice Kennedy Shriver National Institute of Child Health and Human Development Neonatal Research Network. Causes and timing of death in extremely premature infants from 2000 through 2011. *N Engl J Med* 2015;372(4):331–340
6. Brumbaugh JE, Hansen NI, Bell EF, et al, National Institute of Child Health and Human Development Neonatal Research Network. Outcomes of extremely preterm infants with birth weight less than 400 g. *JAMA Pediatr* 2019;173(5):434–445
7. Tagin MA, Woolcott CG, Vincer MJ, Whyte RK, Stinson DA. Hypothermia for neonatal hypoxic ischemic encephalopathy: an updated systematic review and meta-analysis. *Arch Pediatr Adolesc Med*. 2012;166(6):558–566
8. Adams-Chapman I, Heyne RJ, DeMauro SB, et al; Follow-Up Study of the Eunice Kennedy Shriver National Institute of Child Health and Human Development Neonatal Research Network. Neurodevelopmental impairment among extremely preterm


A 12



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511.pdf
by guest

infants in the neonatal research network. *Pediatrics*. 2018; 141(5):e20173091

9. American Academy of Pediatrics, Committee on Fetus and Newborn. Hospital discharge of the high-risk neonate. *Pediatrics*. 2008;122(5):1119–1126
10. Hagan JF, Shaw JS, Duncan PM, eds. *Bright Futures: Guidelines for Health Supervision of Infants, Children, and Adolescents*, 4th ed. Elk Grove Village, IL: American Academy of Pediatrics; 2017
11. Bockli K, Andrews B, Pellerite M, Meadow W. Trends and challenges in United States neonatal intensive care units follow-up clinics. *J Perinatol*. 2014;34(1):71–74
12. Tang BG, Lee HC, Gray EE, Gould JB, Hintz SR. Programmatic and administrative barriers to high-risk infant follow-up care. *Am J Perinatol*. 2018;35(10):940–945
13. Stewart DL, Barfield WD; Committee on Fetus and Newborn. Updates on an at-risk population: late-preterm and early-term infants. *Pediatrics*. 2019;144(5):e20192760
14. Kilbride HW, Aylward GP, Carter B. What are we measuring as outcome? Looking beyond neurodevelopmental impairment. *Clin Perinatol*. 2018;45(3):467–484
15. Kuo DZ, Lyle RE, Casey PH, Stille CJ. Care system redesign for preterm children after discharge from the NICU. *Pediatrics*. 2017;139(4):e20162969
16. Beauregard JL, Drews-Botsch C, Sales JM, Flanders WD, Kramer MR. Preterm birth, poverty, and cognitive development. *Pediatrics*. 2018;141(1):e20170509
17. Hee Chung E, Chou J, Brown KA. Neurodevelopmental outcomes of preterm infants. a recent literature review. *Transl Pediatr*. 2020;9(Suppl 1):S3–S8
18. Crowley P. Prophylactic corticosteroids for preterm birth. *Cochrane Database Syst Rev*. 2000.(2):CD000065
19. Zhang L, Cao HY, Zhao S, et al. Effect of exogenous pulmonary surfactants on mortality rate in neonatal respiratory distress syndrome: a network meta-analysis of randomized controlled trials. *Pulm Pharmacol Ther*. 2015;34:46–54
20. Shepherd E, Salam RA, Middleton P, et al. Neonatal interventions for preventing cerebral palsy: an overview of Cochrane Systematic Reviews. *Cochrane Database Syst Rev*. 2018;6(6) CD012409
21. Manuck TA, Rice MM, Bailit JL, et al; Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Preterm neonatal morbidity and mortality by gestational age: a contemporary cohort. *Am J Obstet Gynecol* 2016;215(1):103 e1–103.e14
22. Synnes A, Hicks M. Neurodevelopmental outcomes of preterm children at school age and beyond. *Clin Perinatol*. 2018;45(3): 393–408
23. Hollanders JJ, Schaëfer N, van der Pal SM, Oosterlaan J, Rotteveel J, Finken MJJ, on behalf of the Dutch POPS-19 Collaborative Study Group. Long-term neurodevelopmental and functional outcomes of infants born very preterm and/or with a very low birth weight. *Neonatology* 2019;115(4):310–319
24. Lipkin PH, Macias MM; Council on Children With Disabilities, Section on Developmental and Behavioral Pediatrics. Promoting optimal development: identifying infants and young children with developmental disorders through developmental surveillance and screening. *Pediatrics*. 2020;145(1):e20193449
25. Zubler JM, Wiggins LD, Macias MM, et al. Evidence-informed milestones for developmental surveillance tools. *Pediatrics*. 2022;149(3):e2021052138
26. Feehan K, Kehinde F, Sachs K, et al. Development of a multidisciplinary medical home program for NICU graduates. *Matern Child Health J*. 2020;24(1):11–21
27. Zablotsky B, Black LI, Maenner MJ, et al. Prevalence and trends of developmental disabilities among children in the United States: 2009-2017. *Pediatrics*. 2019;144(4):e20190811
28. Walker WO, Johnson CP. Cognitive and adaptive disabilities. In: Wolraich ML, Dworkin PH, Drotar DD, Perrin EC, eds. *Developmental-Behavioral Pediatrics: Evidence and Practice*. New York, NY: Elsevier; 2008:405–412
29. Schendel D, Bhasin TK. Birth weight and gestational age characteristics of children with autism, including a comparison with other developmental disabilities. *Pediatrics*. 2008;121(6):1155–1164
30. Maenner MJ, Shaw KA, Bakian AV, et al. Prevalence and characteristics of autism spectrum disorder among children aged 8 years - Autism and Developmental Disabilities Monitoring Network, 11 sites, United States, 2018. *MMWR Surveill Summ*. 2021; 70(11):1–16
31. Anixt JS, Wiley S. Is developmental screening enough in high-risk populations? *Pediatrics* 2021;147(2):e2020033043
32. Stoll BJ, Hansen NI, Bell EF, et al; Eunice Kennedy Shriver National Institute of Child Health and Human Development Neonatal Research Network. Trends in care practices, morbidity, and mortality of extremely preterm neonates, 1993-2012. *JAMA*. 2015;314(10):1039–1051
33. Bolisetty S, Dhawan A, Abdel-Latif M, Bajuk B, Stack J, Lui K, New South Wales and Australian Capital Territory Neonatal Intensive Care Units Data Collection. Intraventricular hemorrhage and neurodevelopmental outcomes in extreme preterm infants. *Pediatrics*. 2014;133(1):55–62
34. Ment LR, Allan WC, Makuch RW, Vohr B. Grade 3 to 4 intraventricular hemorrhage and Bayley scores predict outcome. *Pediatrics*. 2005,116(6) 1597–1598, author reply 1598
35. Adams-Chapman I, Hansen NI, Stoll BJ, Higgins R; NICHD Research Network. Neurodevelopmental outcome of extremely low birth weight infants with posthemorrhagic hydrocephalus requiring shunt insertion. *Pediatrics*. 2008:121(5) e1167–e1177
36. Hollebrandse NL, Spittle AJ, Burnett AC, et al. School-age outcomes following intraventricular haemorrhage in infants born extremely preterm. *Arch Dis Child Fetal Neonatal Ed*. 2021. 106(1) 4–8
37. Hintz SR, Barnes PD, Bulas D, et al; SUPPORT Study Group of the Eunice Kennedy Shriver National Institute of Child Health and Human Development Neonatal Research Network. Neuroimaging and neurodevelopmental outcome in extremely preterm infants. *Pediatrics*. 2015;135(1) e32–e42

A 13



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511.pdf by guest

38. Pierrat V, Duquennoy C, van Haastert IC, Ernst M, Guilley N, de Vries LS. Ultrasound diagnosis and neurodevelopmental outcome of localized and extensive cystic periventricular leucomalacia. *Arch Dis Child Fetal Neonatal Ed.* 2001;84(3): F151–F156

39. Resch B, Jammernegg A, Perl E, Riccabona M, Maurer U, Müller WD Correlation of grading and durat on of periventricular echodensit es with neurodevelopmental outcome :n preterm infants. *Pediatr Radiol.* 2006;36(8):810–815

40. Brouwer A, Groenendaal F, van Haastert IL, Rademaker K, Hanlo P, de Vries L. Neurodevelopmental outcome of preterm infants with severe intraventricular hemorrhage and therapy for post-hemorrhagic ventricular dilatation. *J Pediatr.* 2008; 152(5):648–654

41. Miller SP, Ferriero DM, Leonard C, et al. Early brain injury in premature newborns detected with magnetic resonance imaging is associated with adverse early neurodeve opmental outcome. *J Pediatr.* 2005;147(5):609–616

42. Tam EW, Rosenbluth G, Rogers EE, et al. Cerebellar hemorrhage on magnetic resonance 'maging in preterm newborns associated with abnormal neurologic outcome. *J Pediatr.* 2011;158(2): 245–250

43. Papile LA, Baley JE, Benitz W, et al; Committee on Fetus and Newborn Hypothermia and neonatal encephalopathy. *Pediatrics.* 2014.133(6):1146–1150

44. Douglas-Escobar M, Weiss MD. Hypoxic-ischemic encephalopathy: a review for the clinician *JAMA Pediatr.* 2015;169(4):397–403

45. Shah PS. Hypothermia a systematic review and meta-analysis of cl nical trials. *Semin Fetal Neonatal Med.* 2010;15(5):238–246

46 Ferriero DM. Neonatal brain injury. *N Engl J Med.* 2004; 351(19):1985–1995

47. Jacobs SE, Berg M, Hunt R, Tarnow-Mordi WO, Inder TE, Davis PG Cooling for newborns with hypoxic ischaemic encephalopathy *Cochrane Database Syst Rev.* 2013;2013(1).CD003311

48. Lee AC, Kozuki N, Blencowe H, et al. Intrapartum-related neonatal encephalopathy 'ncidence and impairment at regional and global levels for 2010 with trends from 1990. *Pediatr Res.* 2013;74 Suppl 1(Suppl 1):50–72

49. Murray DM, O'Connor CM, Ryan CA, et al. Early EEG grade and outcome at 5 years after mild neonatal HIE. *Pediatrics.* 2016; 138(4) e20160659

50. Conway JM, Walsh BH, Boylan GB, Murray DM. Mild hypoxic ischaemic encephalopathy and long term neurodevelopmental outcome - a systematic review. *Early Hum Dev.* 2018; 120:80–87

51. Saw CL, Rakshasbhuvankar A, Rao S, Bulsara M, Patole S, et al. Current practice of therapeutic hypothermia for mild hypoxic ischemic encephalopathy. *J Child Neurol.* 2019;34(7):402–409

52. Tracy MC, Cornfield DN. The evolution of disease: chronic lung disease of infancy and pulmonary hypertension. *Curr Opin Pediatr.* 2017;29(3):320–325

53 Thébaud B, Goss KN Laughon M, et al. Bronchopulmonary dysplasia. *Nat Rev Dis Primers* 2019;5(1):78

54. DeMauro SB. The impact of bronchopulmonary dysplasia on childhood outcomes. *Clin Perinatol.* 2018;45(3):439–452

55. DeMauro SB, D'Agostino JA, Bann C, et al; Eunice Kennedy Shriver National Institute of Child Health and Human Development Neonatal Research Network. Developmental outcomes of very preterm infants with tracheostomies. *J Pediatr.* 2014;164(6) 1303–10.e2

56. Ehrenkranz RA, Walsh MC, Vohr BR, et al; National Institutes of Child Health and Human Development Neonatal Research Network. Val dation of the National Institutes of Health consensus definition of bronchopulmonary dysplasia. *Pediatrics.* 2005;116(6) 1353–1360

57. Gallini F, Coppola M, De Rose DU, et al. Neurodevelopmental outcomes in very preterm infants: the role of severity of bronchopulmonary dysplasia. *Early Hum Dev.* 2021;152:105275

58. Edwards J, Berube M, Erlandson K, et al. Developmental coordination disorder in school-aged children born very preterm and/ or at very low birth weight: a systematic review. *J Dev Behav Pediatr.* 2011,32(9):678–687

59. Carson V, Kuzik N, Hunter S, et al. Systematic review of sedentary behavior and cognitive development in early childhood. *Prev Med.* 2015,78:115–122

60. Garg R, Agthe AG, Donohue PK, Lehmann CU. Hyperglycemia and retinopathy of prematurity in very low birth weight infants. *J Perinatol.* 2003;23(3):186–194

61. Early Treatment For Retinopathy Of Prematurity Cooperative Group. Revised indications for the treatment of retinopathy of prematurity. results of the early treatment for retinopathy of prematurity randomized trial. *Arch Ophthalmol* 2003,121(12): 1684–1694

62. Leviton A, Dammann O, Engelke S, et al; ELGAN study investigators. The clustering of disorders in infants born before the 28th week of gestation. *Acta Paediatr.* 2010,99(12) 1795–1800

63. Natarajan G, Shankaran S, Nolen TL, et al. Neurodevelopmental outcomes of preterm infants with retinopathy of prematurity by treatment. *Pediatrics.* 2019:144(2) e20183537

64. Molloy CS, Anderson PJ, Anderson VA, Doyle LW. The long-term outcome of extremely preterm (<28 weeks' gestational age) infants with and without severe retinopathy of prematurity. *J Neuropsychol.* 2016;10(2):276–294

65. Hirvonen M, Ojala R, Korhonen P, et al. Visual and hearing impairments after preterm birth *Pediatrics* 2018;142(2):e20173888

66. Adams-Chapman I. Necrotizing enterocolitis and neurodevelopmental outcomes. *Clin Perinatol.* 2018;45(3) 453–466

67. Fullerton BS, Hong CR, Velazco CS, et al. Severe neurodevelopmental disability and healthcare needs among survivors of medical and surgical necrotizing enterocolitis: a prospective cohort study. *J Pediatr Surg.* 2017,S0022-3468(17): 30651–30656

68. Hintz SR, Kendrick DE, Stoll BJ, et al; NICHD Neonatal Research Network. Neurodevelopmental and growth outcomes of extremely low birth weight infants after necrotizing enterocolitis. *Pediatrics.* 2005:115(3):696–703


A 14



Downloaded from http //publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511 pdf by guest

69 Stoll BJ, Hansen NI, Bell EF, et al; Eunice Kennedy Shriver National Institute of Child Health and Human Development Neonatal Research Network. Neonatal outcomes of extremely preterm infants from the NICHD Neonatal Research Network. *Pediatrics.* 2010;126(3):443–456

70 Zozaya C Shah J, Pierro A, et al; Canadian Neonatal Network (CNN) and the Canadian Neonatal Follow-Up Network (CNFUN) Investigators. Neurodevelopmental and growth outcomes of extremely preterm infants with necrotizing enterocolitis or spontaneous intestinal perforation. *J Pediatr Surg.* 2021;56(2): 309–316

71 Doyle LW, Anderson PJ, Battin M, et al. Long term follow up of high risk children: who, why and how? *BMC Pediatr.* 2014;14:279

72. Novak I, Morgan C, Adde L, et al. Early, accurate diagnosis and early intervention in cerebral palsy: advances in diagnosis and treatment. *JAMA Pediatr.* 2017;171(9):897–907

73 Bax M, Goldstein M, Rosenbaum P, et al; Executive Committee for the Definition of Cerebral Palsy. Proposed definition and classification of cerebral palsy, April 2005. *Dev Med Child Neurol.* 2005;47(8):571–576

74 Himpens E, Van den Broeck C, Oostra A, Calders P, Vanhaesebrouck P. Prevalence, type, distribution, and severity of cerebral palsy in relation to gestational age: a meta-analytic review. *Dev Med Child Neurol.* 2008;50(5):334–340

75. Noritz GH, Murphy NA; Neuromotor Screening Expert Panel. Motor delays: early identification and evaluation. *Pediatrics.* 2013;131(6): e2016–e2027

76. American Psychiatric Association *Diagnostic and Statistical Manual of Mental Disorders*, 5th ed. Washington, DC: American Psychiatric Publishing; 2013

77. Adams RC, Tapia C; Council on children with disabilities. Early intervention, IDEA Part C services, and the medical home: collaboration for best practice and best outcomes. *Pediatrics.* 2013; 132(4):e1073–e1088

78. Harlor AD Jr, Bower C; Committee on Practice and Ambulatory Medicine; Section on Otolaryngology-Head and Neck Surgery. Hearing assessment in infants and children: recommendations beyond neonatal screening. *Pediatrics.* 2009;124(4):1252–1263

79. Moster D, Lie RT, Markestad T. Long-term medical and social consequences of preterm birth *N Engl J Med.* 2008;359(3): 262–273

80. Fierson WM; American Academy of Pediatrics. Section on Ophthalmology; American Academy of Ophthalmology; American Associations for Pediatric Ophthalmology and Strabismus; American Association of Certified Orthoptists. Screening examination of premature infants for retinopathy of prematurity. *Pediatrics.* 2018; 142(6):e20183061

81. Raffa L, Aring E, Dahlgren J, Karlsson AK, Andersson Grönlund M. Ophthalmological findings in relation to auxological data in moderate-to-late preterm preschool children. *Acta Ophthalmol.* 2015;93(7):635–641

82. Centers for Disease Control and Prevention. Data and statistics about hearing loss in children. Available at: https://www.cdc.gov/ncbddd/hearingloss/data.html. Accessed August 11, 2022

83. Butcher E, Dezateux C Cortina-Borja M, Knowles RL. Prevalence of permanent childhood hearing loss detected at the universal newborn hearing screen systematic review and meta-analysis *PLoS One.* 2019 14(7):e0219600

84. American Academy of Pediatrics, Joint Committee on Infant Hearing. Year 2007 position statement: principles and guidelines for early hearing detection and intervention programs *Pediatrics.* 2007;120(4):898–921

85. Joint Committee on Infant Hearing. Year 2019 position statement: principles and guidelines for early hearing detection and intervention programs. *J Early Hear Detect Interv.* 2019;4(2):1–44

86. Agrawal S, Rao SC, Bulsara MK, Patole SK. Prevalence of autism spectrum disorder in preterm infants: a meta-analysis. *Pediatrics.* 2018;142(3) e20180134

87. Hirschberger RG, Kuban KCK, O'Shea TM, et al; ELGAN Study Investigators. Co-occurrence and severity of neurodevelopmental burden (cognitive impairment, cerebral palsy, autism spectrum disorder and epilepsy) at age ten years in children born extremely preterm *Pediatr Neurol.* 2018;79.45–52

88. Johnson S, Hollis C, Kochhar P, Hennessy E, Wolke D, Marlow N. Autism spectrum disorders in extremely preterm children. *J Pediatr.* 2010 156(4) 525–31.e2

89. Limperopoulos C, Bassan H, Sullivan NR, et al. Positive screening for autism in ex-preterm infants: prevalence and risk factors. *Pediatrics.* 2008.121(4) 758–765

90. Moore T, Johnson S, Hennessy E, Marlow N. Screening for autism in extremely preterm infants: problems in interpretation *Dev Med Child Neurol.* 2012;54(6):514–520

91. Kuban K, O'Shea M, Allred EN, Tager-Flusberg H, Goldstein DJ, Leviton A Positive M-CHAT screening on the Modified Checklist for Autism in Toddlers (M-CHAT) in extremely low gestational age transition *J Pediatr.* 2009;154(4).535–540 e1

92. Kim SH, Joseph RM, Frazier JA, et al; Extremely Low Gestational Age Newborn (ELGAN) Study Investigators. Predictive validity of the Modified Checklist for Autism in Toddlers (M-CHAT) born very preterm *J Pediatr.* 2016;178:101–107.e2

93. Korzeniewski SJ, Joseph RM, Kim SH, et al; ELGAN Study Investigators. Social responsiveness scale of preterm behavioral phenotype in ten- year- olds born extremely preterm. *J Dev Behav Pediatr.* 2017;38(9):697–705

94. Burnett AC, Youssef G, Anderson PJ, Duff J, Doyle LW, Cheong JLY; Victorian Infant Collaborative Study Group. Exploring the "preterm behavioral phenotype" in children born extremely preterm *J Dev Behav Pediatr.* 2019;40(3) 200–207

95. Carbone PS, Campbell K, Wilkes J, et al Primary care autism screening and later autism diagnosis. *Pediatrics.* 2020;146(2):e20192314

96. Hickey L, Burnett A, Spittle AJ, et al; Victorian Infant Collaborative Study Group. Extreme prematurity, growth and neurodevelopment at 8 years a cohort study. *Arch Dis Child.* 2021;106(2):160–166

97. Raghuram K, Yang J, Church PT, et al; Canadian Neonatal Network, Canadian Neonatal Follow-Up Network Investigators. Canadian Neonatal Follow-Up Network Investigators. Head growth

**A 15**



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1586740/peds_2023062511.pdf
by guest

trajectory and neurodevelopmental outcomes in preterm neonates. *Pediatrics.* 2017;140(1):e20170216

98. Hyman SL, Levy SE, Myers SM; Council on Children With Disabilities, Section on Developmental and Behavioral Pediatrics. Identification, evaluation, and management of children with autism spectrum disorder. *Pediatrics.* 2020;145(1):e20193447

99. McGowan EC Vohr BR. Neurodevelopmental follow-up of preterm infants: what is new? *Pediatr Clin North Am.* 2019;66(2):509–523

100. Spittle AJ, Anderson PJ, Tapawan SJ, Doyle LW, Cheong JLY. Early developmental screening and intervention for high-risk neonates - from research to clinical benefits. *Semin Fetal Neonatal Med.* 2021;26(3):101203

101. Barfield WD. Public health implications of very preterm birth. *Clin Perinatol.* 2018;45(3):565–577

102. Lorch SA, Enlow E. The role of social determinants in explaining racial/ethnic disparities in perinatal outcomes. *Pediatr Res.* 2016;79(1-2):141–147

103. Garner A, Yogman M; Committee on Psychosocial Aspects of Child and Family Health, Section on Developmental and Behavioral Pediatrics, Council on Early Childhood. Preventing childhood toxic stress: partnering with families and communities to promote relational health. *Pediatrics.* 2021;148(2):e2021052582

104. Luu TM Pearce R. Parental voice - what outcomes of preterm birth matter most to families? *Semin Perinatol.* 2022;46(2):151550

105. Pierrat V Marchand-Martin L, Marret S et al; EPIPAGE-2 writing group. Neurodevelopmental outcomes at age 5 among children born preterm: EPIPAGE-2 cohort study. *BMJ.* 2021;373:n741

106. Houtrow A Murphy N; Council on Children With Disabilities. Prescribing physical, occupational, and speech therapy services for children with disabilities. *Pediatrics* 2019;143(4):e20190285

107. Marret S, Ancel PY, Marpeau L, et al. Epipage Study Group. Neonatal and 5-year outcomes after birth at 30-34 weeks of gestation. *Obstet Gynecol.* 2007;110(1):72–80

108. Pascal A, Govaert P, Oostra A, Naulaers G, Ortibus E, Van den Broeck C. Neurodevelopmental outcome in very preterm and very-low-birthweight infants born over the past decade: a meta-analytic review. *Dev Med Child Neurol* 2018;60(4):342–355

109. Arpino C, Compagnone E, Montanaro ML, et al. Preterm birth and neurodevelopmental outcome: a review. *Childs Nerv Syst* 2010;26(9):1139–1149

110. Kuban KC, Joseph RM, O'Shea TM, et al. Extremely Low Gestational Age Newborn (ELGAN) Study Investigators. ELGAN. Girls and boys born before 28 weeks gestation: risk of cognitive, behavioral and neurologic outcomes at age 10 years. *J Pediatr* 2016;173:69–75.e1

111. Rogers EE, Hintz SR. Early neurodevelopmental outcomes of extremely preterm infants. *Semin Perinatol.* 2016;40(8):497–509

112. Doyle LW, Roberts G, Anderson PJ; Victorian Infant Collaborative Study Group. Outcomes at age 2 years of infants < 28 weeks gestational age born in Victoria in 2005. *J Pediatr* 2010;156(1):49–53.e1

113. Cheong JLY, Anderson PJ, Burnett AC, et al; Victorian Infant Collaborative Study Group. Changing neurodevelopment at 8 years in children born extremely preterm since the 1990s. *Pediatrics.* 2017;139(6):e20164086

114. Joseph RM, O'Shea TM, Allred EN, et al; ELGAN Study Investigators. Neurocognitive and academic outcomes at age 10 years of extremely preterm newborns. *Pediatrics.* 2016;137(4):e20154343

115. Payne AH, Hintz SR, Hibbs AM, et al; Eunice Kennedy Shriver National Institute of Child Health and Human Development Neonatal Research Network. Neurodevelopmental outcomes of extremely low-gestational-age neonates with low-grade periventricular-intraventricular hemorrhage. *JAMA Pediatr.* 2013;167(5):451–459

116. Radic JA, Vincer M, McNeely PD. Temporal trends of intraventricular hemorrhage of prematurity in Nova Scotia from 1993 to 2012. *J Neurosurg Pediatr* 2015;15(6):573–579

117. Futagi Y, Toribe Y, Ogawa K, Suzuki Y. Neurodevelopmental outcome in children with intraventricular hemorrhage. *Pediatr Neurol.* 2006;34(3):219–224

118. Choi JY, Rha DW, Park ES. The effects of the severity of periventricular leukomalacia on the neuropsychological outcomes of preterm children. *J Child Neurol.* 2016;31(5):603–612

119. Hielkema T, Hadders-Algra M. Motor and cognitive outcome after specific early lesions of the brain - a systematic review. *Dev Med Child Neurol.* 2016;58(Suppl 4):46–52

120. Wang LW, Lin YC, Tu YF, Wang ST, Huang CC; Taiwan Premature Infant Developmental Collaborative Study Group. Isolated periventricular leukomalacia differs from cystic periventricular leukomalacia with intraventricular hemorrhage in prevalence, risk factors and outcomes in preterm infants. *Neonatology.* 2017;111(1):86–92

121. Sriram S, Schreiber MD, Msall ME, et al; ELGAN Study Investigators. Cognitive development and quality of life associated with BPD in 10-year-olds born preterm. *Pediatrics.* 2018;141(6):e20172719

122. Natarajan G, Pappas A, Shankaran S, et al. Outcomes of extremely low birth weight infants with bronchopulmonary dysplasia: impact of the physiologic definition. *Early Hum Dev.* 2012;88(7):509–515

123. Van Marter LJ, Kuban KCK, Allred E, et al. Does BPD contribute to the occurrence of CP among infants born before 28 weeks of gestation? *Arch Dis Child Fetal Neonatal Ed.* 2011;96:F20–F29

124. Jensen EA, Dysart K, Gantz MG, et al. The diagnosis of bronchopulmonary dysplasia in very preterm infants. an evidence-based approach. *Am J Respir Crit Care Med.* 2019;200(6):751–759

125. Shankaran S, Laptook AR, Ehrenkranz RA, et al, National Institute of Child Health and Human Development Neonatal Research Network. Whole-body hypothermia for neonates

A 16



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511.pdf
by guest

with hypoxic ischemic encephalopathy. *N Engl J Med.* 2005;353(15) 1574–1584

126 Fitzgerald MP, Reynolds A, Garvey CM, Norman G, King MD Hayes BC. Hearing impairment and hypoxia ischaemic encephalopathy: incidence and associated factors. *Eur J Paediatr Neurol* 2019;23(1):81–86

127 Natarajan G, Pappas A, Shankaran S. Outcomes in childhood following therapeutic hypothermia for neonatal hypoxic-ischemic encephalopathy (HIE). *Semin Perinatol.* 2016;40(8):549–555

128 American Academy of Pediatrics. 2022 Recommendations for preventive pediatric health care. *Pediatrics* 2022;150(1): e2022058044

A 17



Downloaded from http://publications.aap.org/pediatrics/article-pdf/152/1/e2023062511/1566740/peds_2023062511.pdf
by guest

American Academy of Pediatrics

• DEDICATED TO THE HEALTH OF ALL CHILDREN™

News Release

# AAP Statement In Response to NEC Lawsuit Verdicts

By: Benjamin Hoffman, MD, FAAP, president, American Academy of Pediatrics

**For Release:** 7/27/2024

**Media Contact:**
Susan Stevens Martin
630-626-6131
ssmartin@aap.org

"Necrotizing enterocolitis (NEC) is a serious **condition** that affects the intestines of babies, mostly preterm infants. According to the **National Institutes of Health**, NEC is one of the leading causes of illness and death among preterm infants. This condition can be devastating to infants and their families.

"Part of what is so challenging about NEC is that the causes are multifaceted and not completely understood. Our science does not tell us exactly how to prevent it.

"Special formulas designed for preterm infants provide an essential source of nutrition. Using human breast milk to feed preterm infants may reduce the risk of NEC, but it does not eliminate this risk. Donated human milk is also used when the mother's own milk is not available in sufficient quantities, but there is not enough donated human milk to be used as the only source of nutrition for these infants. Providing special formula is a routine and necessary part of **care** of these preterm infants.

"Recent court cases, however, may jeopardize the availability of these formulas. Only two companies in the U.S. produce formula for premature infants; both are the subject of lawsuits similar to one that recently returned extremely high punitive damages.

"Courtrooms are not the best place to determine clinical recommendations for the care of infants. Feeding decisions should be made by clinicians and families. These need to be individualized in the context of human milk availability, specific patient needs, and individual family preferences.

"We need public policy to expand access to pasteurized human donor milk, including policies that support improved governmental and private financial support for donor milk banks. Meanwhile, more than 300,000 infants are born prematurely every year, and we must take steps to protect the supply of infant formula for those who need it."

##

*The American Academy of Pediatrics is an organization of 67,000 primary care pediatricians, pediatric medical subspecialists and pediatric surgical specialists dedicated to the health, safety and well-being of infants, children, adolescents and young adults.*

© Copyright 2024 American Academy of Pediatrics. All rights reserved.

# Necrotizing Enterocolitis (NEC) in Preterm Infants Working Group of the National Advisory Council of Child Health and Human Development (NACHHD)

## Report to

## Secretary, Department of Health and Human Services

September 16, 2024

## Contents

Executive Summary ........ i

Introduction ........ 1

Section 1. State of the Science for Risk Factors for NEC ........ 7

Section 2. Evidence Base for Current Approaches to Nutritional Support for Preterm Infants ........ 14

Section 3. Associations between Feeding Practices and Risk or Severity of NEC ........ 20

Section 4. Recommendations to Improve the Evidence Base for NEC Risk Factors and Nutritional Support for Preterm Infants ........ 24

Appendix A. Necrotizing Enterocolitis Working Group of Council Members ........ 28

Appendix B. Necrotizing Enterocolitis (NEC) Working Group of Council Meeting Agendas ........ 31

Appendix C. Necrotizing Enterocolitis (NEC) Working Group of Council Meeting Summaries ........ 34

Appendix D. NIH Support for Scientific Research on Necrotizing Enterocolitis (NEC), Fiscal Years (FYs) 2018-2023 ........ 64

Appendix E. Scientific Research Literature on Necrotizing Enterocolitis (NEC), 2018-2024 ........ 73

Appendix F. Acronyms and Abbreviations ........ 92

## Executive Summary

In August 2024, at the request of the U.S. Secretary of the Department of Health and Human Services, the *Eunice Kennedy Shriver* National Institute of Child Health and Human Development (NICHD) convened a "Necrotizing Enterocolitis (NEC) in Preterm Infants Working Group" of the National Advisory Council of Child Health and Human Development (NACHHD), an existing Federal Advisory Committee. Membership included laboratory scientists, neonatologists, clinical trials specialists, and representatives from national pediatric organizations and advocacy groups (see Appendix A). The charge of the Working Group is detailed in Box 1. In addition to advising the Secretary, the Working Group was charged with preparing and submitting to the Secretary a report detailing its findings on the state of the science on NEC and nutritional support (i.e., enteral feeding practices) for preterm infants.

**Box 1: NEC Working Group Charge**

- Assess the scientific evidence regarding enteral feeding practices in premature infants and factors that may protect against or increase risk for NEC.
- Identify important research gaps.
- Make recommendations for potential future research directions.

The Working Group developed 17 recommendations (see Box 2) based on information summarized during three meetings in August 2024 (see Appendices B and C for the agendas and meeting summaries). On September 5, 2024, the co-chairs of the group presented these recommendations to the NACHHD Council, which approved this report and gave concept clearance to implement the recommendations. The recommendations were not prioritized, but are grouped here into six themes: overarching, epidemiology of NEC, mechanisms of NEC, factors affecting risk of NEC, nutritional support for premature infants and NEC, and feeding practices and NEC. Sections 1-3 of this report detail the state of the science about NEC; Section 4 focuses on the recommendations.

NEC is a serious gastrointestinal illness in which the tissue lining of the intestines becomes inflamed and dies off. Symptoms include swelling of the abdomen, bloody stool, vomiting bile, and food not moving through the intestines. NEC is one of the leading causes of illness and death in preterm infants, particularly those born with a very low birth weight (i.e., less than 1,500 grams or 3.3 pounds). NEC may also develop in infants born later, particularly those with heart problems. One infant dies almost every day from NEC in the United States. In 2022, 356 infants died of NEC (CDC[1]), though the number of NEC cases and deaths is thought to be underestimated due to a lack

[1] https://wonder.cdc.gov/lbd-current-expanded.html

of a common definition and limitations in tracking and reporting (e.g., ICD-10 codes need to be more specific to NEC and separate out other similar conditions). NEC is devastating to patients and their families, in part because it can appear suddenly and progress quickly in infants who otherwise may seem to be getting healthier. Survivors of the most severe NEC, especially those who undergo surgery, are at significantly higher risk of lifelong neurodevelopmental problems compared to preterm infants who do not develop NEC (Wang, PMID 38684534[2]).

The Recommendations

The Working Group developed their recommendations to improve the scientific evidence base about NEC. This report does not represent or provide clinical guidance. Please refer to medical practice organizations for specific clinical management recommendations.

Two central themes underpin the recommendations. First, all infants, including those in the neonatal intensive care unit (NICU), must be fed as soon as is medically feasible by whatever means are available. Nutrition is vital for brain and organ development, and prolonged fasting increases risk factors for other serious conditions. Feeding intravenously may increase the risk of bloodstream infections. Therefore, this report focuses specifically on enteral feeding practices of premature infants. Second, the American Academy of Pediatrics recommends that very low birth weight infants receive human milk, preferably from their own parent. If the parent's milk is not available, pasteurized donor human milk is recommended (Parker, PMID 34635582[3]). When infants are born preterm, the parent may not be able to produce enough milk to meet the infant's needs. In these cases, providers usually use either donor milk or preterm infant formula to supplement the parent's milk. In addition, human milk, whether from the parent or donated, often requires fortification to meet the nutritional needs of very low birth weight infants, as detailed in Section 3.

Existing evidence about NEC has substantial limitations. First, other intestinal conditions may mimic NEC, making diagnosis and developing a standardized definition more complicated. Second, much of the current evidence shows only associations, not direct or indirect causation linking biological pathways to risk factors for development and/or progression of NEC. Studies showing an association between a risk factor and the development of NEC do not necessarily mean that the factor causes NEC. Third, some risk factors for NEC identified in observational data have not been confirmed in clinical trials to date (e.g., red cell transfusion, empiric antibiotics), although additional studies are ongoing. In addition, because NEC is not a common outcome in clinical trials, existing data rely on studies that are often observational or small clinical trials. This limits the generalizability of the results, and the certainty of evidence may be low.

---

[2] https://pubmed.ncbi.nlm.nih.gov/38684534/
[3] https://pubmed.ncbi.nlm.nih.gov/34635582/

**Box 2: Working Group Recommendations**

Overarching Recommendations

- Expand research into prevention of premature birth, including ways to delay impending births beyond the window of higher NEC risk.
- Develop a standardized definition of NEC and severity of NEC to improve epidemiologic studies and determine eligibility for trials and treatments.
- Ensure that research on NEC incorporates the perspectives of affected families.

Epidemiology of NEC

- Improve tracking and reporting of NEC cases as well as deaths.
- Expand support for neonatal biorepositories to facilitate research to identify diagnostic, prognostic, predictive, susceptibility, and/or surrogate markers of NEC.
- Explore innovative methods for collecting and analyzing data.

Mechanisms of NEC

- Expand research to describe the biologic mechanisms of NEC development.
- Improve animal and laboratory models to better reflect the disease's complexity.

Factors Affecting Risk of NEC

- Explore exposures that may be positively or negatively associated with risk of NEC development, severity, and mortality.
- Expand research on feeding practices that may affect NEC risk.

Nutritional Support for Premature Infants and NEC

- Support research to identify the optimal nutritional needs of premature infants, how these may vary by gestational age at birth, and the specific nutritional needs of NEC survivors.
- Increase research to support parent's milk production and lactation techniques for preterm and term infants.
- Evaluate how the collection, processing, storage, and dispensing of donor and/or parental milk might impact its nutritional content and impact on intestinal health.

Feeding Practices and NEC

- Support large clinical trials of feeding practices and NEC risk, including timing of onset, severity, mortality, and long-term effects on survivors.
- Explore innovative clinical trial designs to test, via applicable IND regulations, the safety and efficacy of promising drugs and biologics to prevent and/or treat NEC.
- Expand implementation science research to reduce disparities related to NEC and in the availability of parent's own and pasteurized donor milk.
- Support research on parent education both before delivery and in the NICU about feeding practices and risk of specific conditions, including NEC.

The Working Group's consensus was that NEC is a multifactorial disease with many associated risk factors. Maternal and antenatal factors that place preterm infants at a higher risk for NEC include preeclampsia and hypertension. Antenatal steroids and/or tocolysis (e.g., medications used to delay delivery) appear to be partially protective against developing NEC. Infant perinatal factors that increase the risk of NEC include preterm birth, very low birth weight (less than 1,500 grams or 3.3 pounds), and being small for gestational age with infants at lower birthweight and gestational age at the higher risk. Infant postnatal factors that may affect the risk of developing NEC include antibiotic exposure (variable risk) and human milk exposure, which lowers an infant's risk of developing NEC. Infants who receive pasteurized donor human milk during hospitalization may need to transition off donor milk to a strategy consistent with their home feeding plan. The optimal timing to transition off donor milk is uncertain.

The relationship between feeding and development of NEC is unclear. Available evidence supports the hypothesis that it is the absence of any human milk in an infant's diet that is associated with a higher risk of NEC. Additional research is needed to link the underlying mechanisms that cause NEC to the components of human milk that may help prevent it. Research is also needed to determine why some human milk-fed infants still develop NEC. Improved understanding of the mechanisms may help to better define and track the disease, find biomarkers to diagnose NEC earlier, and find and test potential therapeutic targets to prevent and treat it. Gaps in knowledge remain regarding optimal nutrition, optimal feeding methods, and diet fortification practices for infants, particularly very low birth weight infants. Given that a parent may not be able to produce enough milk for a preterm infant, research is needed to find ways to enhance milk production, optimize the beneficial components in human milk (whether from the parent or donor milk), and reduce disparities that impede lactation and pumping for parents and access to donor milk.

Finally, the Working Group agreed that the best way to prevent NEC is the prevention of preterm birth. While some term infants develop NEC, these infants tend to have cardiac conditions that may indicate that the disease they develop is different or has a different cause than NEC in preterm infants. Much more research is needed to reduce the number of preterm births overall. When that is not possible, healthcare professionals need ways to prolong pregnancy past the gestational ages that are at higher risk of developing NEC.

NEC is a devastating disease. One baby dies every day in the United States from NEC, and those that survive may undergo traumatic surgeries, be neurodevelopmentally impaired, and have lifelong consequences. Without more research to improve the evidence base, parents and healthcare practitioners do not have adequate information about what and how best to feed premature infants to maintain a healthy growth rate while preventing or minimizing the risk of developing NEC. Parents, their offspring, and families would greatly benefit from having this essential information. The NEC Working Group of Council urges the Secretary to take action on these recommendations.

# Introduction

NEC is a common, serious gastrointestinal illness mostly affecting preterm infants in which the tissue lining the intestine becomes inflamed and dies. More than 90 percent of NEC occurs in very low birth weight preterm infants (VLBW) (i.e., less than 1,500 grams or 3.3 pounds) (Kim[4]). It is one of the leading causes of illness and death among preterm infants and 15-40 percent of infants with NEC die from the disease. NEC usually begins within the first two or three weeks after birth, often in preterm infants who otherwise may seem to be getting healthier.

The CDC's National Center for Health Statistics in 2019 listed NEC as one of the 10 leading causes of infant mortality[5]. For 2022, CDC's Wide-ranging ONline Data for Epidemiologic Research (WONDER)[6] included 356 deaths or 9.7 deaths per 100,000 infants, based on International Classification of Diseases, 10th edition (ICD-10) codes. The overall number of NEC cases per year is not known due to a lack of reliable data and the lack of a standardized definition of the disease. The total cost of cases for NEC per year in the United States is estimated to be $1 billion (Neu, PMID 21247316[7]) for initial hospitalization and care. Mean additional care costs during the age 6-12 months for infants with NEC that did not have surgery were estimated to be $5,112 per infant more than for infants without NEC. For infants with NEC who had surgery, the mean additional incremental healthcare costs were $18,274 (for 6-12 months), $14,047 (for 12-24 months), and $8,501 (for 24-36 months) per infant (Ganapathy, PMID 23962093[8]).

## Pathogenesis of NEC

In normal, healthy intestines, the mucosal epithelium, or intestinal lining, has distinct structures called villi that resemble folds. It is made of many different cell types, including goblet and Paneth cells. Goblet cells secrete mucus, which helps to protect the physical barrier of epithelial cells stacked tightly together to protect against bacterial invasion. Goblet cells also actively participate in immunity by sampling antigens passing through the intestine and presenting them to immune cells to decide whether to react. Paneth cells help the intestine maintain homeostasis. They secrete antimicrobial peptides, helping to regulate the intestinal microbiota and defending against intestinal pathogens (Frazer, In Press[9]).

---

[4] https://www.uptodate.com/contents/neonatal-necrotizing-enterocolitis-clinical-features-and-diagnosis
[5] https://www.cdc.gov/nchs/data/databriefs/db395-h.pdf
[6] https://wonder.cdc.gov/lbd-current-expanded.html
[7] https://pubmed.ncbi.nlm.nih.gov/21247316/
[8] https://pubmed.ncbi.nlm.nih.gov/23962093/
[9] Frazer, Caplan, Good. Pathophysiology of NEC in Fetal and Neonatal Physiology: Polin and Fox, in press

Microbial dysbiosis is an imbalance in the composition of the microorganisms that live in the intestine. This occurs as one of the necessary and early steps in NEC pathogenesis and is detectable 48-72 hours prior to diagnosis (Bautista, PMID 37082706[10]). The immune system responds to the imbalanced microbiota with an exaggerated, pro-inflammatory response. This inflammatory response and other activated signaling pathways can trigger cell death and break down the tight epithelial barrier of the intestine (Frazer, In Press[11]).

## Diagnosis of NEC

NEC is diagnosed based on the presence of the most characteristic clinical features, which are swelling of the belly (abdominal distention), bilious vomiting (vomit that is green or bright yellow due to bile in the stomach), and rectal bleeding (either stools that test positive for blood or grossly bloody stools, without the presence of a tear in the anus or anal canal). In addition, abdominal imaging typically shows gas within the walls of the bowel (intramural gas or pneumatosis intestinalis) or the peritoneal cavity (pneumoperitoneum) or the presence of sentinel bowel loops (a dilation of the small intestine near an inflammatory process in the abdomen). A definitive diagnosis of NEC is made during intestinal surgery or autopsy, based on findings demonstrating intestinal inflammation, infarction (obstruction of the blood supply to an organ or region of tissue), and necrosis (dead body tissue) (Kim[12]).

## Treatment for NEC

Treatment for NEC depends on the severity of the condition and the infant's age and general health. It may include stopping feeding, inserting a nasogastric tube (tube from the nose to stomach) to keep the infant's stomach empty, providing intravenous (IV) fluids and nutrition, and providing oxygen or using a breathing machine if the abdomen is so swollen that it affects breathing. Infants with severe NEC may require surgery to remove the section of damaged intestine, an ostomy (connecting part of the intestine to an opening in the abdomen), or draining the abdominal cavity.

## Population at Risk for NEC

While newborns of any gestational age can develop NEC, the greatest risk appears to be associated with prematurity. The population at risk for NEC is increasing because the number of moderate preterm infants (i.e., born between 32 and 34 weeks of pregnancy) who survive continues to increase as a result of advances in care. However, the proportion of preterm infants who develop NEC remains unacceptably high (Elisbury, PMID 32173122[13]), revealing a need to better

---

[10] https://pubmed.ncbi.nlm.nih.gov/37082706/
[11] Frazer, Caplan, Good. Pathophysiology of NEC in Fetal and Neonatal Physiology: Polin and Fox, in press
[12] https://www.uptodate.com/contents/neonatal-necrotizing-enterocolitis-clinical-features-and-diagnosis
[13] https://pubmed.ncbi.nlm.nih.gov/32173122/

understand the causes, modifiable risk factors, prevention, and treatment of NEC in this population.

Risk factors for infants developing NEC include both maternal and infant characteristics (e.g., delivery, postnatal medical treatment, and feeding). Maternal risk factors include preeclampsia (a pregnancy condition characterized by high blood pressure and sometimes fluid retention and protein in the urine), maternal infection in the uterus, and preterm premature rupture of membranes (PPROM), placental abruption (separation of the placenta from the wall of the uterus), intrauterine growth restriction (IUGR), and African American race. Infant risk factors at delivery include early premature birth (before 34 weeks of gestation), small for gestational age, and low oxygen levels at birth. Postnatally, infants most at risk for NEC in the United States include those with lower oxygen saturation targets in the NICU, intestinal infections, sepsis, assisted ventilation, and intestinal bacterial dysbiosis or viral infections, including rotavirus, cytomegalovirus, and norovirus. Among infants that develop NEC, those most at risk of dying include those with:

- Lower gestational age
- Lower birth weight
- Treatment with assisted ventilation on the day of NEC diagnosis
- Treatment with vasopressors (medication to maintain blood pressure) at the time of diagnosis (Clark, PMID 21593813[14])
- Low Apgar scores (notably at one and five minutes after birth)
- Low hemoglobin concentration
- High lactate level at disease onset and during disease
- Patent ductus arteriosus (Kordasz, PMID 34636956[15])
- African American race (risk of death from NEC is higher for Black infants compared to White infants in the United States, RR 3.1, 95% CI 3.0–3.4 (Seeman, PMID 26946352[16])

The racial disparity in NEC morbidity and mortality supports the notion that social determinants of health need further exploration to improve our understanding of the disease.

## Prevention of NEC

The causes of NEC are not well understood, but as gestational age increases, the risk of NEC decreases (Bell, PMID 35040888[17]; Ramani, PMID 23415260[18]). Consequently, supporting maternal

---

[14] https://pubmed.ncbi.nlm.nih.gov/21593813/
[15] https://pubmed.ncbi.nlm.nih.gov/34636956/
[16] https://pubmed.ncbi.nlm.nih.gov/26946352/
[17] https://pubmed.ncbi.nlm.nih.gov/35040888/
[18] https://pubmed.ncbi.nlm.nih.gov/23415260/

health to reduce preterm birth is of utmost importance in reducing NEC and is the primary prevention strategy.

Given feeding is a risk factor for NEC development, research has focused on what is fed and how food is delivered to infants. Findings suggests that human milk, as compared to formula, reduces the incidence of NEC. The American Academy of Pediatrics (AAP) recommends that preterm infants receive human milk, preferably from their own parents[19]. If parent's milk is not available in sufficient quantity, pasteurized donor human milk is recommended as the second most-preferred option, followed by infant formula. Unfortunately, human breastmilk, including donor milk, is not always available. Additional research is needed to explore the components of formula and compare them to those of breastmilk to identify factors that may be positively or negatively associated with the risk of developing NEC.

Premature infants who are not capable of breastfeeding may need to be provided enteral nutrition (i.e., feeding through a feeding tube) (Brune[20]). While there is guidance for how to perform tube feeding, there is no consensus on the best way to give enteral nutrition to premature infants to prevent NEC. What is known is that when feeding preterm infants, starting with small amounts of food (instead of not feeding at all), beginning feeds early (before day 4), and rapidly advancing feeds (30-35 ml/kg/day instead of 15-20 ml/kg/day) do not make NEC more likely. There is no evidence that continuous tube feeding is better than intermittent tube feeding for these infants. If a preterm infant cannot tolerate tube feeds (they vomit), but shows no other signs of NEC, starting with small amounts of food instead of stopping all feeding may be a good option.

## Gaps in Knowledge Regarding NEC

Limited epidemiologic data are available on NEC, and some widely used data may not be representative of the population as a whole. This makes it difficult to explore the full range of potential risk factors. Risk factors may vary by gestational age, so intervention and prevention efforts may need to be tailored accordingly. Comorbid conditions may also impact the risk for NEC. Approaches to filling these knowledge gaps include multidisciplinary collaboration, standardizing the clinical definition of NEC to better characterize the scope of the problem via epidemiological research, mechanistic research, identifying biomarkers for diagnosing NEC, and developing and testing new therapies.

---

[19] https://www.aap.org/en/patient-care/newborn-and-infant-nutrition/nutrition-for-the-preterm-vlbw-infant-after-nicu-discharge/
[20] https://publications.aap.org/neoreviews/article/19/11/e645/91861/Enteral-Feeding-of-the-Preterm-Infant

## Definition of NEC

Defining a disease identifies those features that distinguish it from other diseases, sets boundaries on current knowledge about the disease, helps to identify questions about the disease that need to be answered, and allows clinicians and researchers to determine research methods that will be the most likely to provide pertinent information. Multiple definitions of NEC exist; the three most commonly used definitions are Bell staging, modified Bell staging, and the Vermont Oxford Network definition (Patel, PMID 32855506[21]).

First proposed in 1978 by Bell and colleagues, Bell staging remains the most widely used definition of NEC worldwide. Bell staging classifies infants in one of three stages of NEC, where Stage I indicates symptoms, such as apnea, poor feeding, and abnormal radiographs, which indicate that the infant may have NEC, but additional testing should be considered to rule out other disorders. Stage II was classified as definite NEC, and Stage III is advanced NEC (Bell, PMID 413500). Modified Bell staging was proposed in 1986 and increased the number of stages from three to six, allowing doctors to further differentiate the severity of NEC. The Vermont Oxford Network definition is based on diagnosis at surgery, examination after death, or a combination of clinical criteria and X-ray results. The lack of a single, unified definition of NEC and the use of multiple definitions throughout the field is problematic. For example, whether the incidence of NEC is increasing or decreasing depends on the definition used (Horbar, PMID 28068438). A single standardized definition is necessary to enable the use of common data elements and cross-study comparisons and validation. Consensus on the definition is needed to further our understanding of NEC, advance research, and improve outcomes for infants with NEC.

## Causation vs. Association

There are substantial gaps in knowledge about nutritional strategies for preterm infants regarding breastmilk (parent vs. donor), breastmilk handling methods (e.g., preparation, freeze-thaw cycles, and pasteurization), components in breastmilk, genetic factors of breastmilk, pooling methods for donor milk, lactational stage of milk (colostrum, transitional milk, and mature milk), formula preparations, and formula components.

In considering risk factors for NEC, it is important to understand the concepts of causation and association. Studies showing an association between a risk factor and the development of NEC do not necessarily mean that the risk factor causes NEC. Association refers to a relationship between two variables and knowing the value of one variable provides information about the value of the other variable. Causation means that there is a cause-effect relationship. Several criteria (Schunemann, PMID 26425136) are used for determining whether an association is causal. For example, temporality must be established, meaning the cause must precede the effect.

---

[21] https://pubmed.ncbi.nlm.nih.gov/32855506/

Researchers are also more confident in the causality of a stronger association than a weaker association. Consistency across studies is relevant. In other words, different researchers at different places and times observing the same relationship are important for establishing causality. Dose-response relationships are also helpful—showing, for instance, that as the dose (exposure) increases, the response (outcome) also increases.

## Working Group Charge

The Necrotizing Enterocolitis in Preterm Infants Working Group (the "Working Group") was charged with assessing the evidence regarding enteral feeding in premature infants and factors that may protect against or increase risk for necrotizing enterocolitis. The Working Group was also charged with identifying important research gaps and making recommendations for potential future research studies.

Three Working Group meetings were held on August 15th, 22nd, and 28th, 2024, to obtain input from patient advocacy, clinician, and research communities (see Appendices B and C). This report contains materials gathered for the Working Group, as well as the results of the Working Group discussions and meetings.

This report fulfills the Working Group's mandate by providing its findings on the state of the science on NEC and nutritional support in preterm infants and the group's recommendations to identify and address gaps in knowledge. The report's appendices provide further information on the Working Group's membership and procedures, relevant research literature, NIH funding for research, and acronyms used in this report.

# Section 1. State of the Science for Risk Factors for NEC

To identify and address gaps in knowledge regarding NEC and the optimal feeding options for preterm infants, this Working Group evaluated the current state of the science regarding risk and protective factors for NEC in premature infants. The Working Group identified key research needed to advance science with the largest impact for this vulnerable population. Feeding factors are briefly listed here at a high level; more details are presented in Section 2.

As discussed in the Introduction, there are multiple definitions of NEC that vary in their clinical and imaging diagnostic requirements. Three definitions (Bell staging, modified Bell staging, and the Vermont Oxford Network) are the most commonly used in the United States. To enable the use of common data elements, cross-study comparisons, and validation, a single standardized definition for NEC is needed. Standardization of data collection would include variables capturing maternal, antenatal, postnatal, and biologically relevant information. Along with standardization of the methods for collecting that data, a standard NEC definition would allow investigators to use large datasets to ask new questions and expand the scientific value of these datasets.

## Evidence Regarding Risk and Protective Factors for Developing NEC

**Box 1.1: Enteral feeding risk factors in NEC and the current state of the science**

- Timing of transition from donor milk to formula
- Slow versus faster feeding: no significant effect on NEC with moderate certainty, 2021 Cochrane review
- Delayed feeding versus early progressive feeding: no significant effect, low certainty, 2022 Cochrane review
- Early trophic feeding versus enteral fasting, significant effect, 2013 Cochrane review
- Standardized feeding regimen - 15 observational studies - marked reduction in risk of NEC, 2017 systematic review
- Enteral feeding strategies – slower versus faster, enteral fasting, trophic feeding – none significantly associated with NEC risk in meta-analysis, 2021 Cochrane review
- Use of standardized feeding regimen associated with decreased risk of NEC in observational studies, Jasani, PMID 28358382.

Risk factors for NEC were last comprehensively identified at a population level in 2018. Since then, several enteral feeding risk factors have been more thoroughly evaluated. An update to the relative risk attributed to several common enteral feeding features is summarized in Box 1.1.

Risk factors for NEC include maternal factors, antenatal factors, postnatal factors, and biological factors involved in the pathogenesis of NEC. These risk factors are listed in Boxes 1.2 and 1.3 and further detailed below.

**Box 1.2: Biological and Social Factors Associated with NEC Development and Severity**

- Enteral feeding (see Box 1)
- Microbiome and virome
- Immune targets and pathways identified in inflammation and development of necrosis
- Human breastmilk consumption
- Genetic and epigenetic aspects
- Vascular component to NEC
- Social determinants of health
- Hypoxic conditions

Additional discussion of enteral feeding is found in Section 2.

The microbiome and virome represent the complex community of bacteria and viruses that coexist with human cells in and on the human body. The human immune system must learn to identify these passengers as "normal" to keep homeostasis. A disturbance in the microbiome and/or virome has been identified as a risk factor for NEC in premature infants. The immune and digestive systems of premature infants are still developing and actively negotiating what is "normal" versus "harmful". This risk factor spans both the antenatal and postnatal periods, meaning that the balance of bacteria or viruses can become disturbed either before or after birth and contribute to a higher risk for NEC. Several studies have looked at intestinal dysbiosis, the disruptive change in bacterial communities in the gut. Compared to infants who did not have NEC, the bacterial communities in infants who did go on to develop NEC had more bacteria from the Proteobacteria phylum and fewer species from the Firmicutes and Bacteriodes phyla. Viral changes have been studied as well, although there is less definitive association of NEC risk to specific types of viral infections.

The immune system is involved in NEC pathogenesis and development. The pathways involved in inflammation and development of necrosis show increased activity in infants that develop NEC.

Breastmilk has been identified as a protective factor for premature infants. Human milk oligosaccharides (HMOs) may offer some protection from NEC, although research is needed to identify additional components that provide protection. Parent's milk is not always available in sufficient quantity, and its protection is not absolute, as premature infants receiving only human milk can also develop NEC.

Genetic and epigenetic factors may contribute to potential risk, and research is ongoing to understand the specific mechanisms and contributions of these findings.

Risk factors related to the vascular system in both prenatal and postnatal periods have been identified. The evidence suggests there is a vascular component to NEC that is mechanistically related to the rapid pace of necrosis onset and spread.

Social determinants of health may be potential risk factors for NEC. Specifically, Black parents are more likely than White parents to have premature infants who develop NEC. This may present an opportunity for outcomes-based, community-level interventions to reduce the rates of NEC occurrence in these communities.

**Box 1.3: Maternal and Infant Factors Associated with NEC Development and Severity**

**Maternal/antenatal risk factors:**

- Increased risk of NEC:
  - Preeclampsia
  - Hypertension
  - Black race
- Decreased risk of NEC:
  - Antenatal steroids and/or tocolysis (e.g., medications used to delay delivery)

**Infant factors (Increased risk):**

- Younger gestational age
- Very low birth weight
- Small for gestational age

Hypoxic (low oxygen) conditions have also been identified as a potential risk factor for NEC. In preclinical studies, repeated hypoxia-induced exposures, in addition to bacterial challenge and enteral feeding, reliably reproduce a model of NEC. A premature infant may have several hypoxic challenges per day due to the immature nature of their nervous system. Therefore, mechanistic research into animal models has direct clinical relevance to human infants with NEC.

In addition to the risk factors described in Box 1.3, clinical risk factors are broken out into three general categories – maternal/antenatal, infant, and postnatal factors.

Several potential risk factors that were initially identified have not held up to rigorous study and population-level analysis. For example, delayed enteral feeding and trophic-level feeding were originally identified as potential risk factors, but the data revealed that these characteristics are not

A 34

associated with increased risk for NEC (Rose and Patel, PMID 30115546[22]; Young, PMID 35049036[23]; Morgan, PMID 23543508[24]). Cesarean delivery has not been consistently associated with increased risk of NEC. Delayed cord clamping was originally suggested as a potential protective factor, but recent analysis suggested that this procedure does not decrease the risk of NEC. With larger, population-level studies, infant sex has also been shown not to be associated with NEC risk.

**Box 1.4: Protective Factors against NEC**

- Breastmilk diet
- Human milk oligosaccharides (HMO)
- Proper EGF signaling pathway
- Antenatal steroids

In addition to research into risk factors, researchers are interested in identifying potential protective or preventative factors. As described previously, the majority of NEC cases develop in premature infants. Supporting maternal health to delay births beyond the window of higher NEC risk (approximately 34 weeks gestation) is the primary prevention strategy. Additional potential protective factors are listed in Box 1.4 and further detailed below.

A diet containing human breastmilk appears to be protective against the development of NEC. In addition, the use of human milk-based fortifier in the infant's diet, rather than bovine-based fortifier, may be useful in reducing the development of NEC.

One of the components of breastmilk, human milk oligosaccharides (HMO), may be protective against NEC. HMOs act as prebiotics, fostering the growth or activity of beneficial microorganisms. Therefore, screening milk and/or milk fortifiers to ensure that they contain HMOs may help to prevent NEC by preventing the development of microbial dysbiosis. HMOs also help to preserve intestinal architecture, support intestinal perfusion, and decrease proinflammatory cytokines. Animal studies have shown that adding the synthetic HMO, 2'-Fucosyllactose, to mouse formula caused the intestine to maintain its overall architecture even when challenged with NEC-associated bacteria. Fewer proinflammatory cytokines were measured in this setting as well.

Other animal models have shown that normal levels of epidermal growth factor (EGF) and normal functioning of the EGF receptor (EGFR) may be protective against NEC. EGF promotes maturation

---

[22] https://pubmed.ncbi.nlm.nih.gov/30115546/
[23] https://pubmed.ncbi.nlm.nih.gov/35049036/
[24] https://pubmed.ncbi.nlm.nih.gov/23543508/

of the gut epithelium through the EGFR (Duh, PMID 11102549 [25]). In addition, EGFR helps to protect intestinal barrier integrity, facilitating absorption of nutrients. Breastmilk enhances crypt proliferation via EGF/EGFR. Crypts are the base of the intestine where a lot of stem cells exist. In mouse NEC models, these crypts were unhealthy and did not divide to make new cells. In mice without NEC, these cells divide in a controlled way to maintain the structure of the intestine wall. EGF is now being explored for novel therapeutic targets.

Antenatal steroids and/or tocolysis (medications used to delay delivery) appear to be protective against the development of NEC.

## Development of NEC Laboratory Models

Research into NEC is advancing at a fast pace. *In vitro* models of NEC are developing rapidly. NEC-in-a-dish models grow intestine samples in culture. Additionally, cultures on microfluidic chips can be used to grow villus-like structures that mimic the intestine to which a bacteria or microbiome from an infant with NEC can be introduced to examine gene expression and pathophysiology. In these NEC-on-a-chip models, loss of tight junctions was visualized.

To understand the contribution of cell types and how different types of cells interact during NEC pathogenesis, researchers are developing novel *in vitro* experimental models that allow analysis at a single-cell level. These clusters of different cell types from the gut are called enteroids (Frazier[26]; Lanik[27]). When the enteroids are exposed directly to bacteria or to bacterial products from an affected infant's intestine, this model recreates key features of NEC. Specifically, gene expression in the enteroid cells is similar to that in the cells of human infants with NEC. Additionally, the tight junctions between the cells disappear, and fluid can more easily "leak" from the enteroid cell wall.

## Gaps in Knowledge

As described previously, it is important to have a standard definition of NEC to enable consistent data collection. This would also enable use of common data elements—precisely defined questions and a set of specific allowable responses that can be used to collect, compare, and analyze data between hospitals, observational studies, and randomized clinical trials.

---

[25] https://pubmed.ncbi.nlm.nih.gov/11102549/
[26] Frazer, Author Spotlight: Enhancing Understanding and Treatment Strategies with the NEC-on-a-Chip Model (jove.com)
[27] Lanik, JCI Insight - Microfluidic device facilitates in vitro modeling of human neonatal necrotizing enterocolitis–on-a-chip

**Pathogenesis Knowledge Gaps**

Current insights into NEC pathogenesis have come largely from preclinical animal models, as the newborn infant is extremely vulnerable and generally unavailable for intensive research studies. Identifying associations between risk factors and the development of NEC has helped researchers develop models of the disease in the laboratory. These models may potentially help identify several factors that are protective against NEC, specifically related to the gut barrier. In humans, the longer infants are on antibiotics, the higher risk of dysbiosis and gut barrier breakdown.

NEC is a complex, multifactorial disease involving an exaggerated pro-inflammatory immune response to bacterial dysbiosis. With the cells of premature infants still developing and learning what a "healthy normal" is, the overgrowth of bacteria or viral products in the intestines can upset the balance of that system, causing the immune system to overreact.

The preclinical work in animal models has allowed researchers to untangle some of these factors in a more precisely controlled setting. Mouse models cannot be delivered prematurely, but other nutritional, environmental, bacterial, and viral factors can be changed to induce NEC. Preclinical models can recreate key components thought to be influential in developing NEC (Nolan, PMID 34816129[26]):

- Hypoxia
- Gut dysbiosis
- Loss of tight junctions
- Vascular involvement
- EGF signaling pathway disruption in crypt cells
- Disruption in intestinal perfusion

Several novel potential therapeutic targets identified in preclinical animal models are currently being explored as future treatments to prevent or lessen the severity of the disease. EGF, heparin-bound EGF, prebiotics, probiotics, amniotic fluid, extracellular vesicle delivery of anti-inflammatory cytokines and other drugs are all being explored as potential therapies.

**NEC Risk Factor Knowledge Gaps**

More research is needed to understand NEC and its related diseases and common risk factors. Some clinical cases that present similarly to NEC may in fact be different diseases with different pathogenesis. For example, thickening of the meconium (meconium inspissation) in very low birth weight infants may be due to the unique gut biology during the same time period in development. Spontaneous intestine perforation (SIP) also can be confused for NEC, and the differences in

---

[26] https://pubmed.ncbi.nlm.nih.gov/34816129/

disease initiation and progression between NEC and SIP remain unclear. More research is needed to determine the causes and disease initiation processes to determine whether SIP is similar to NEC in mechanism and/or disease progression.

Milk fortifiers are concentrated supplements that are added to milk to provide extra nutrition for infants who need more calories and protein than milk alone can provide. More research is needed to understand whether the use of a human milk-based fortifier rather than a bovine-based (cow's milk) fortifier may help to reduce the risk of NEC.

Currently, epidemiological research on the prevalence of NEC is limited. Additional research, particularly with the aim of standardizing the clinical definition of NEC, will help to better characterize the scope of the problem at a population level. Epidemiological research can help clarify the risk of NEC in moderate preterm infants and to classify the gestational time point at which the overall risk for development of NEC decreases. Additionally, the current evidence for antibiotic use as a risk factor for NEC is unclear, as several small studies have shown conflicting outcomes. More research is needed to understand the relative risks of antibiotic use in the premature infant population. Additional research is also needed to understand the risk factors affecting the subpopulation of infants that also have cardiovascular complications. The Working Group's consensus was that NEC is a multifactorial disease with many associated risk factors. Maternal and antenatal factors that place preterm infants at a higher risk for NEC include preeclampsia and hypertension. Antenatal steroids and/or tocolysis (e.g., medications used to delay delivery) appear to be partially protective against developing NEC. Infant perinatal factors that increase the risk of NEC include preterm birth, very low birth weight (less than 1,500 grams or 3.3 pounds), and being small for gestational age. Infant postnatal factors that may affect the risk of developing NEC include antibiotic exposure (variable risk) and human milk exposure, which lowers an infant's risk of developing NEC.

## Section 2. Evidence Base for Current Approaches to Nutritional Support for Preterm Infants

The American Academy of Pediatrics recommends that very low birth weight infants receive human milk, preferably from their own parent. If parent's milk is not available, pasteurized donor human milk is recommended (Parker, PMID 34635582[29]). When infants are born preterm, the parent may not be able to produce enough milk to meet their infant's needs. In these cases, providers usually use either donor milk or preterm infant formula to supplement the parent's milk. In addition, human milk, whether from the parent or donated, often requires fortification to meet the nutritional needs of very low birth weight infants.

**Where do NICUs obtain donor milk?**

Most donor milk fed to infants in NICUs in the United States originates from the Human Milk Banking Association of North America (HMBANA), a non-profit organization consisting of 32 member banks serving more than 1,500 hospitals. Milk donors are volunteers and are screened like blood donors. In 2023, HMBANA dispensed approximately 10 million ounces of milk.

### Specific Methods and Evidence Related to Using Different Nutritional Support Practices

**Outcomes studied**

Most studies of NEC are focused on infants who were born extremely preterm or are of very low birth weight. The endpoints examined in recent NEC research tend to focus on the risk of developing NEC with various feeding approaches, the time it takes infants to get to full feeds (i.e., receiving all nutrition as milk feeds either from human milk or formula), and intestinal permeability. Refer to Section 3 for a discussion of base diet and milk fortifiers and the impact on risk for NEC in preterm infants.

**Parent's milk vs. donor milk**

Human milk contains water, nutritional carbohydrates (including lactose), lipids (nutritional fats), proteins, immune cells, HMOs, lactoferrin, cytokines, probiotic bacteria, antibodies, minerals, and hormones. Parent's milk and donor milk may be delivered differently (breast vs. bottle, nasogastric tube) and may have undergone different storage and processing (e.g., fresh, pumped, refrigerated, frozen, or thawed). This affects the composition of the milk.

---

[29] https://pubmed.ncbi.nlm.nih.gov/34635582/

The composition of milk that a parent of a preterm infant produces may differ from the milk the parent of a term infant. Moreover, the milk a parent produces shortly after birth (colostrum) will differ from "mature" milk produced weeks or months later. Donor milk banks collect all of these milk variations, blend milk from multiple donors together (pooling), and pasteurize it. The final product is, therefore, not the same as milk from the infant's parent.

*Effect of pasteurization on milk composition.* Donor milk requires pasteurization, which may inactivate some of the beneficial components of non-pasteurized human milk. Pasteurization is designed to destroy potentially harmful microorganisms by either heating milk to below the boiling point or applying elevated pressure. Various pasteurization methods are used in milk banks and may have differing impacts on macronutrients, micronutrients, and bioactives. Many beneficial properties are retained, although heat-labile enzymes, micronutrients, and other properties of the milk may be altered. There is no evidence of toxicity as a result of pasteurization.

**Box 2.1: Formula Use and NEC Risk**

Available evidence supports the hypothesis that it is the absence of human milk – rather than the exposure to formula – that is associated with an increase in the risk of NEC.

*Formula fed vs parent milk feeding.* Current evidence suggests that infants who were fed formula had higher gut permeability compared to those fed parent's milk.

*Formula vs (any) human milk.* Current evidence suggests that among premature infants, the use of pasteurized donor milk as a supplement from start of feeding is associated with approximately a 50% reduction in NEC risk compared to preterm formula.

It is important to note that even infants that only receive human milk, or even parent's milk, may still develop NEC.

*Effect of freezing on milk composition.* Human milk—both from the parent and from donors—may be frozen and thawed, in some cases multiple times before use. Studies show that freezing human milk increases unsaturated fatty acids and decreases antioxidant activity, bactericidal activity, cell viability, and milk acidity.

## Therapeutic Options for Prevention and/or Treatment of NEC in Premature Infants

Clinical risk factors for NEC have led to several key biological insights into disease pathogenesis. The human intestine includes immune cell receptors and inflammatory detection receptors (such as Toll-like receptor 4 [TLR4] and T helper 17 cells [Th17]) that detect problems in the gut. In the intestine of a premature infant, the signals from these receptors can be excessive (such as increased TLR4 ligands and gut bacterial dysbiosis) and may impact an infant's susceptibility to NEC. Reactive oxygen species and other alterations lead to loosening of the tight junctions between cells lining the intestines, contributing further to inflammation. One cause of dysregulated signaling in the gut is the presence of bacterial dysbiosis or imbalance in the bacterial communities that make up the gut microbiome. Dysbiosis can include too much or too little of certain gut microbes and/or the wrong types of bacteria or viruses. Bacterial signaling has been shown to be a

necessary component of NEC pathogenesis. Mice without exposure to bacteria never develop NEC. In human infants' intestines eventually become colonized with the bacteria necessary to digest food and absorb nutrients. Understanding how and why these bacterial colonies become unbalanced may provide key insights into how NEC develops.

**Box 2.2: Highlighted Therapeutic Targets for the Prevention/Treatment of NEC**

- Bacterial signaling in the premature gut leads to NEC, likely via the TLR4 pathway.
- Inhibiting TLR4 signaling reduces NEC in animal models and in *ex vivo* tissue from infants with NEC.
- Administration of amniotic fluid in piglets treats NEC.
- PUMA, Notch, and nitric oxide may be therapeutic targets to reduce the severity of NEC.
- Proinflammatory lymphocytes accumulate in NEC, likely via IL-17-mediated pathway.
- HMOs bind to TLR4 and LPS *in silico* and may block TLR4 signaling *in vivo*.
- Enhancing gut motility (potentially with the J11 drug treatment) prevented NEC in mice.

Increased inflammatory signaling in the intestine has been shown to increase the risk of NEC. TLR4 signaling regulates the balance between injury and repair in the intestinal environment. Bacterial dysbiosis in the gut produces a lot of TLR4 ligands, which bind to TLR4 receptors. TLR4 receptors are expressed on several cell types within the intestine. Increased TLR4 signaling in the presence of bacteria can lead to cell death and the inability of stem cells to repair damaged intestinal tissue. Breastmilk does contain TLR4 inhibitors, which dampen the signal from the bacterial ligands.

Removing TLR4 completely from the endothelium cells in the gut protects against NEC. In targeted experiments to understand the mechanism behind this, researchers determined that increased endothelial nitric oxide synthase (eNOS) levels in the blood vessels around the gut protect against NEC. Nitric oxide in blood vessels leads to constriction and brings the gut containing dysbiotic bacteria closer to the blood vessels. Therefore, when eNOS levels are decreased in the blood vessels, NEC is able to spread further and faster through the gut. The bacteria spread up the walls of the intestine, and the vasoconstriction changes the oxygen contents within small areas of the intestine, creating an environment where anaerobic bacteria overgrow compared to healthy levels. Breastmilk can counteract the vasoconstrictive effect of TLR4 signaling through one of its protective components, sodium nitrate. The addition of sodium nitrate to formula also achieves reduced NEC severity and is being explored as a possible therapeutic option. Additional components in breastmilk also act as TLR4 antagonists in intestinal cells, and this is an active area of research for potential therapeutic options.

TLR4 signaling is also important in the stem cells of the gut and in the regulation of the number of goblet cells in the small intestine. When TLR4 signaling is absent, increased goblet cells are found in the small intestine. A lack of goblet cells is also seen in NEC. In researching the mechanism behind this association, researchers found that the TLR4 signaling turns on signaling in the Notch

pathway, which directly regulates goblet cell proliferation. Therapies targeting the Notch pathway have successfully decreased the severity of NEC in animal models.

Breastmilk also inhibits TLR4 signaling directly to prevent NEC by turning on the signaling pathway for EGF, a protein that stimulates cell growth and differentiation. Oligosaccharides—unique combinations of glucose, galactose, N-acetyl-glucosamine, fucose, and sialic acid—in human milk have also been found to reduce NEC risk. The 2'FL oligosaccharide has been clearly demonstrated to protect against NEC, and other oligosaccharides are being investigated as potential therapeutics. Both the 2'-FL and 6'SL oligosaccharides block the lipopolysaccharide, bacterial motif, and TLR4 ligand binding site on the TLR4 molecule. These components in breastmilk can be utilized as a therapeutic option alone or together with other therapies to decrease TLR4 signaling in early premature infants.

A molecule called p53 Upregulated Modulator of Apoptosis (PUMA) is turned on in intestinal stem cells during the process of self-destruction (called apoptosis). Increased PUMA signaling in intestinal stem cells is associated with NEC. Blocking PUMA signaling with a drug prevents the intestinal stem cells from dying and reduces the severity of NEC. Targeting PUMA and other receptors of the Notch signaling pathway stabilizes the dysregulation of the intestinal cell sub-populations and reduces the severity of NEC in animal models.

In addition to bacterial dysbiosis, lymphocyte influx is also required for NEC development. In immunocompromised mice treated to induce NEC, NEC did not develop. When researching the mechanism for this, researchers discovered that interleukin-17 receptor (IL17-R) signaling is responsible for recruiting lymphocytes to the site of inflammation and has a protective effect. Inhibiting IL17-R signaling reverses mucosal damage caused by NEC in animal models. Similarly, recruiting additional adaptive immune cells, called regulatory T (Treg) cells, using retinoic acid treatment prevented NEC in the intestines of animal models. This finding is being explored as a potential therapeutic option for NEC.

Proper motility of the gut allows food movement and nutrient absorption. In premature infants with NEC, gut motility is impaired with little or no smooth muscle contraction to move food and bacteria along the length of the gastrointestinal tract. Motility-increasing therapeutic options have demonstrated a reduction in NEC severity and risk in animal models. Specifically, enteric glial cells help with gut motility and are damaged during the pathogenic processes of NEC. A glia-enhancing drug restored motility and reduced NEC in an animal model.

Research into the pathogenesis and biological mechanisms of NEC has yielded several avenues for potential therapeutic targets to prevent or treat NEC in premature infants. Bacterial signaling through the TLR4 pathway leads to NEC, and therapeutic options that decrease TLR4 signaling confer a protective effect in animal models. One potential drug, Compound 34 (C34), blocks TLR4 signaling upstream, and clinical trials for this potential therapy are currently being planned. One experimental observation that merits follow-up studies is that breastmilk contains TLR4 inhibitors and can block TLR4 signaling via EGF pathway signaling in the mouse model. Interestingly, the administration of amniotic fluid in piglets also treats NEC and merits follow-up to identify potential therapeutic targets. Additional therapeutic targets for NEC include targets within the stem cells

(PUMA) and goblet cells (Notch) of the gut, which decrease in NEC. Counteracting the vasoconstriction seen in NEC via nitric oxide or retinoic acid is another promising avenue of research. Overall, several concurrent avenues for therapeutic options are being explored to provide treatment options for the different clinical presentations of NEC.

## Gaps In Research for Nutritional Support in Extremely Premature Infants

The infant gut has evolved to be exposed to amniotic fluid until full-term birth at 40 weeks gestational age and then to human milk. Therefore, the premature infant's gut has less exposure to amniotic fluid than a full-term infant's gut. The consequences of this are not well understood. What we do know is amniotic fluid and human milk share many factors that facilitate normal gut development. As the gut matures, it becomes less permeable and this decrease in permeability is a measure of maturation.

From the Working Group's review, a better understanding of the optimal nutritional needs of preterm infants is needed. Basic science research examining the nutrition provided by the placenta, amniotic fluid, and other sources *in utero* would advance our understanding of the nutritional requirements and supplements needed by premature infants.

Being able to increase human milk available for infants in the NICU may help reduce the risk of NEC. Strategies are needed that can enhance the ability for a parent to produce enough milk for their baby and increase parents' knowledge and support for lactation practices. Relevant social determinants of health, particularly the role of access to parental leave, parent ability and knowledge around pumping practices, and economic factors related to donor milk and fortifiers, require additional research from a community health perspective.

Clinical trials of multi-nutrient fortification versus unfortified human milk have not shown a significant effect on NEC, although the evidence is of low certainty (Cochrane, PMID 35658821[30]). More information is needed to make a definitive conclusion on the current evidence available on fortifiers. Only several hundred infants have been included in studies comparing human milk-derived fortifiers (HMF) to bovine milk-derived fortifiers (BMF), with only a few of these participants developing NEC (Sullivan, PMID 20036378[31]; O'Connor, PMID 29878061[32]; Jensen, PMID 38545091[33]; Christofalo, PMID 23968744[34]; Kumbhare, PMID 36029771[35]). Due to small sample sizes, it is not possible to reach a definitive conclusion from the clinical trials to date. Larger trials

[30] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7268980/
[31] https://pubmed.ncbi.nlm.nih.gov/20036378/
[32] https://pubmed.ncbi.nlm.nih.gov/29878061/
[33] https://pubmed.ncbi.nlm.nih.gov/38545091/
[34] https://pubmed.ncbi.nlm.nih.gov/23968744/
[35] https://pubmed.ncbi.nlm.nih.gov/36029771/

are needed to increase statistical power to answer this question. Trials to develop evidence in this area will be costly.

Though there seems to be sufficient supply of donor human milk to feed the premature infants at highest risk for NEC (e.g., those born very low birth weight or less than 1,500 grams) (Parker, PMID 32103161[36]), we need a better understanding of why some hospitals are not participating in donor milk programs. Expense may be one potential barrier to providing donor milk, as it is not reimbursable in all state Medicaid and private insurance plans, creating financial strains for hospitals and access issues for patients. Hospitals with greater than 75% Medicaid recipients and hospitals with a high proportion of African American or Hispanic patients are less likely to use donor milk than their counterparts (Rose, PMID 35379899[37]). As such, access to donor milk is a healthcare disparity for preterm infants.

Mechanisms to support drug or product development may be another approach to address gaps, especially given that NEC is a rare disease. Public- and private-sector small business and technology transfer research programs can support preliminary work for new product development in this area. In addition, programs focused on orphan therapies and rare diseases could help address some of the need for NEC research.

[36] https://pubmed.ncbi.nlm.nih.gov/32103161/
[37] https://pubmed.ncbi.nlm.nih.gov/35379899/

# Section 3. Associations between Feeding Practices and Risk or Severity of NEC

## Data Associating Feeding Practice with NEC

As stated previously, current clinical guidance from the American Academy of Pediatrics recommends that human milk, preferably parent's milk, be the first choice for feeding very low birth weight infants. In some cases, parents of preterm infants do not produce milk, or do not produce enough milk for their infants' needs. If parent's milk is not available in sufficient quantity, pasteurized donor human milk is recommended as the second-most preferred option, followed by preterm formula (Parker, PMID 34635582[38]). Parent's milk will likely be provided for a longer period of time than donor milk for a high-risk infant, which likely confers additional benefits. Human milk often requires fortification to meet the nutritional needs of very low birth weight infants.

**Base Diet, Milk Fortifiers, and Risk for NEC in Preterm Infants**

The Neurodevelopmental Effects of Donor Human Milk vs. Preterm Formula in ELBW infants (MILK) trial, conducted by the NICHD Neonatal Research Network (NRN), found that extremely preterm infants fed donor human milk had half the rate of NEC compared to their formula-fed counterparts (Colaizy, PMID 38497706[39]). Researchers randomly assigned 483 infants born before 29 weeks gestation or who weighed less than 1,000 grams (about 2.2 pounds) at birth to receive formula or donated human milk. Some infants in each group received their own parent's milk; this was in small amounts, as their parents either stopped producing milk before 21 days or could only produce a small supply. NEC developed in 10 infants (4.2%) in the donor milk group, compared to 22 infants (9%) in the formula group. Thus, human milk significantly reduced, but did not eliminate, the risk of NEC compared to formula feeding.

**Comparison of composition of human milk (parent/donor) and formula**

Human breastmilk contains water, nutritional carbohydrates (including lactose), lipids (nutritional fats), proteins, immune cells, HMOs, lactoferrin, cytokines, probiotic bacteria, antibodies, minerals, and hormones. Infant formula made from cow's milk protein and other ingredients is modified to be similar to human milk. Human milk differs from cow's milk in the levels and/or types of macronutrients (protein, fat, and carbohydrates) and minerals it contains. Human milk also

---

[38] https://pubmed.ncbi.nlm.nih.gov/34635582/
[39] https://pubmed.ncbi.nlm.nih.gov/38497706/

contains a significantly higher amount of lactose and unique HMOs. HMOs are complex sugars that play a role in infant gut health. They are almost absent in cow's milk.

When considering parent's milk and donor milk in the NICU, it is important to note that colostrum and mature milk are different. Colostrum is the nutrient-rich and antibody-dense milk a parent produces for the first few days after giving birth. Colostrum is concentrated with nutrients and antibodies that strengthens the infant's immune system and is helpful for fighting infection. Parents produce mature milk about two weeks after giving birth.

As mentioned in Section 2, donor milk is expressed by a donor volunteer via pumping and subsequently undergoes pasteurization, processing, storage (refrigeration or freezing), and possibly pooling. These processes can affect the composition of the final milk product. Some, but possibly not all, HMOs can withstand donor milk processing procedures.

**Fortification approaches**

A critical period of brain growth and gastrointestinal development occurs in the third trimester. For infants born premature, nutrition provided in the NICU promotes this growth. Human milk is often fortified with nutrients to meet the nutritional needs of preterm infants. How this fortification of human milk is done varies across NICUs. Infants can be fed parent's (or donor) milk fortified with a human milk-based fortifier (HMF), parent's (or donor) milk fortified with a bovine milk-based fortifier (BMF), or preterm infant formula.

**Box 3.1: Milk Fortifiers**

**Human milk-based fortifier** is made from donated, pasteurized human milk whereas the protein from **bovine milk-based fortifier** is made from cow's milk. Both fortifiers include nutrients and minerals to promote growth and development in preterm infants.

Human milk with HMF may reduce the risk of NEC compared to human milk with BMF. However, as described in Section 2, only a limited number of studies have examined this topic, and the available studies had small sample sizes with too few cases of NEC to draw clear conclusions. In the Canadian Donor Milk for Improved Neurodevelopmental Outcomes (DoMINO) trial, 363 very low birth weight infants were randomized to receive either pasteurized donor milk with BMF or preterm formula whenever parent's milk was not available. Though fewer infants in the donor milk group (1.7%) had NEC than in the formula group (6.6%) (O'Connor, PMID 27825008[40]), these results were based on only 15 cases of NEC. The data on the benefits and risks of using preterm infant formula

[40] https://pubmed.ncbi.nlm.nih.gov/27825008/

A 46

are inconclusive and the differential risk needs to be better understood. More studies with larger sample sizes are needed, but a persistent barrier is the high cost of conducting these studies.

**How does bovine protein exposure relate to NEC?**

It is unknown whether human milk fortified with an HMF, compared to human milk fortified with a BMF, could decrease the risk of NEC. There are few rigorous studies that have addressed these questions, and the study numbers were too small to make definitive conclusions.

In a study by Jensen and colleagues, after examining the effects of HMF vs. BMF in very low birth weight infants fed exclusively human milk, there was no significant difference in the incidence of NEC (Jensen, PMID 38545091[41]). Approximately 250 infants were measured in this randomized controlled trial. Sullivan and colleagues found that among 207 extremely preterm infants, an exclusively human milk-based diet is associated with lower rates of NEC when compared with a parent's milk-based diet that also included bovine milk-based products (Sullivan, PMID 20036378[42]). Maternal milk intake in both bovine and human milk groups was high, which provides an unblinded assessment of fortifier type.

**Summary of findings on impact of base diet for NEC risk**

As the proportion of parent's milk feeding goes up, the risk of NEC goes down. A 2019 Cochrane review suggests the relative risk of NEC for formula-fed premature infants is higher than for infants fed with fortified donor milk. In Schanler and colleagues' study of 243 extremely premature infants, those with parent's milk had fewer episodes of NEC compared to infants fed with donor milk or preterm formula (Schanler, PMID 16061595[43]). However, 21% of infants receiving donor milk had to be switched to preterm formula due to poor weight gain. Overall, the available research suggests that among infants between 23-28 weeks gestational age, the use of donor milk is associated with an approximate 50% reduction in NEC risk compared to a preterm formula-based diet. The effect size of the reduction in NEC risk is similar whether or not the infants also received parent's milk as part of the base diet.

## Gaps in Research Regarding the Relationship between Feeding Practices and NEC

We do not have a full understanding of the optimal nutritional needs of premature infants and how those needs may vary by gestational age at birth. We also need better ways to encourage breastfeeding and therapies to optimize parent's lactation for preterm (and term) infants.

---

[41] https://pubmed.ncbi.nlm.nih.gov/38545091/
[42] https://pubmed.ncbi.nlm.nih.gov/20036378/
[43] https://pubmed.ncbi.nlm.nih.gov/16061595/

Further study is needed to optimize how donor and/or parent's milk is processed for safety and for preserving nutritional content (fresh vs. frozen, pasteurized, etc.). We also need to identify barriers to accessing donor milk—why do some hospitals not participate in donor milk programs, what disparities exist in access to donor milk (especially for rural communities, safety net hospitals, and under-represented populations), and how can we overcome these barriers.

A better understanding also is needed of how feeding practices influence NEC risk, timing of onset of NEC, severity, mortality, and long-term effects on survivors. We do not know why some premature infants who receive human milk still get NEC. Specific feeding practices for fortification methods (HMF vs. BMF), as well as the timing and method of transitioning from donor milk to formula need further research.

Finally, nutritional additives to prevent and/or treat NEC need to be developed, and the safety and efficacy of these additives (such as probiotics) need to be tested. Whether such additives work individually, or in combination with others, should be considered.

## Section 4. Recommendations to Improve the Evidence Base for NEC Risk Factors and Nutritional Support for Preterm Infants

The NEC Working Group submits the following recommendations to the Secretary of HHS regarding research on NEC Risk Factors and Nutritional Support for Preterm Infants based on information assembled during three meetings. The Working Group developed these recommendations and presented them to the National Advisory Child Health and Human Development Council on September 5, 2024. NACHHD approved these proposed recommendations and provided concept clearance to implement them.

The Working Group reviewed the state of the science for risk factors for NEC, nutritional support (i.e., enteral feeding practices) for preterm infants, and associations between feeding practices and risk or severity of NEC. The recommendations were developed to improve the evidence base and do not represent clinical guidance. Please refer to practice organizations for specific clinical management guidance. The recommendations were not prioritized, but are grouped into six themes: overarching, epidemiology of NEC, mechanisms of NEC, factors affecting risk of NEC, nutritional support for premature infants and NEC, and the relationship between feeding practices and NEC.

### Recommendations - Overarching

1. **Expand research on the prevention of premature birth, including ways to delay impending births beyond the window of higher NEC risk.**
    - The best method to prevent most NEC cases is to prevent preterm birth.

2. **Develop a standardized definition of NEC and severity of NEC to improve epidemiologic studies and determine eligibility for trials and treatments.**

3. **Ensure that research on NEC incorporates the perspectives of affected families.**

### Recommendations – Epidemiology of NEC

4. **Improve tracking and reporting of NEC cases as well as deaths.**
    - Expand epidemiologic data collection, using a common definition, to better quantify the total burden of disease.
    - Implement updated ICD-10 codes that are more specific to NEC and NEC severity. Separate out spontaneous intestinal perforation and other conditions (e.g., meconium inspissation).

A 49

- Track NEC cases by gestational age, as there may be differences between NEC that develop in early preterm infants versus late preterm or term infants.
  - NEC in term infants may be associated with cardiac issues.
- Investigate the mechanisms behind the racial and ethnic disparities in NEC risk.

5. **Expand support for neonatal biorepositories to facilitate research to identify diagnostic, prognostic, predictive, susceptibility, and/or surrogate markers of NEC.**
   - Support collection of biospecimens and nutritional data for NEC research and encourage data and specimen sharing.
   - Improve early diagnosis of NEC by identifying biomarkers prior to disease onset.
   - Once biomarkers are identified, use these as additional diagnostic criteria in clinical studies on NEC.

6. **Explore innovative methods for collecting and analyzing data.**
   - Expand data collection to improve estimates for attributable risk for NEC:
     - Disease rate attributable to exposures (e.g., gestational age, antibiotics)
     - Correct diagnosis rate attributable to a positive predictive result (e.g., Bell Stage 3 diagnosis)
     - NEC rate attributable to a treatment (e.g., specific feeding strategy).
   - Consider whether open-ended artificial intelligence or machine-learning analyses of electronic health records of infants with and without NEC could aid in diagnostic criteria or prediction.

Recommendations – Mechanisms of NEC

7. **Expand research to describe the biologic mechanisms of NEC development.**
   - Identify potential prevention and treatment targets (e.g., activated signaling pathways triggering intestinal cell death or gut barrier breakdown) that more clearly link biological pathways to the development and/or progression of NEC.
   - Explore genetic and epigenetic risk factors and mechanisms involved in NEC, including rare monogenic diseases that might predispose infants to NEC.
   - Explore risk factors during pregnancy and around the time of birth.

8. **Improve animal and laboratory models to better reflect the disease's complexity.**
   - Expand NEC-in-a-dish, NEC-on-a-chip, gastrointestinal organoid systems, and animal models (e.g., stroma, vasculature, and immune cell) to match the complexity of NEC mechanisms and risk factors.

## Recommendations – Factors Affecting Risk of NEC

9. **Explore exposures that may be positively or negatively associated with risk of NEC development, severity, and mortality.**
    - Maternal/antenatal factors, such as preeclampsia
    - Nutritional components
    - Medications, including antibiotics
    - Bacterial dysbiosis and viruses.

10. **Expand research on feeding practices that may affect NEC risk.**
    - Timing of initiation/progression and development of NEC.
    - Components of parent's milk, donor milk, fortifiers, and/or formula.

## Recommendations – Nutritional Support for Premature Infants and NEC

11. **Support research to identify the optimal nutritional needs of preterm infants, how these may vary by gestational age at birth, and the specific nutritional needs of NEC survivors.**

12. **Increase research to support parent's milk production and lactation techniques for preterm and term infants.**
    - This will benefit human milk availability for both preterm and term infants.

13. **Evaluate how the collection, processing, storage, and dispensing of donor and/or parental milk might impact its nutritional content and impact on intestinal health.**
    - Identify bioactive components of human milk that may be protective for NEC and how to preserve these factors while still protecting against infection.
    - Develop rapid, point-of-care diagnostics to measure these beneficial milk components in NICUs and donor banks.
    - Research potential standards for donor milk – postpartum donation timing, milk composition, pooling practices, and optimization for specific populations (e.g., very low birth weight infants).

## Recommendations – Feeding Practices and NEC

14. **Support large clinical trials of feeding practices and NEC risk including timing of onset, severity, mortality, and long-term effects on survivors.**
    - Because NEC is a relatively rare outcome, large trials are needed to have enough statistical power to definitively answer relevant research questions.
    - Evaluate different fortification methods.
    - Determine the best timing and method of transitioning off donor milk.

15. **Explore innovative clinical trial designs to test, via applicable Investigational New Drug (IND) regulations, the safety and efficacy of promising drugs and biologics to prevent and/or treat NEC.**
    - Determine ways to identify, manufacture, and safely test live biotherapeutic products in neonates.
    - Establish ways to test multiple components working together, rather than individual components alone.

16. **Expand implementation science research to reduce disparities related to NEC and in the availability of parent's and donor milk.**
    - Address barriers to access pasteurized donor milk for populations in which it is recommended when a parent's milk is unavailable (e.g., very low birth weight infants), especially for rural communities and underrepresented populations.
    - Enhance community, family, and institutional support for breastfeeding and milk donation.
    - Evaluate economic and workplace interventions for lactation support.

17. **Support research on parent education, both before delivery and in the NICU, about feeding practices and risk of specific conditions, including NEC.**

NEC is a devastating disease. One baby dies every day in the United States from NEC, and those that survive may undergo traumatic surgeries, be neurodevelopmentally impaired, and have lifelong consequences. Without more research to improve the evidence base, parents and healthcare practitioners do not have adequate information about what and how best to feed premature infants to maintain a healthy growth rate while preventing or minimizing the risk of developing NEC. Parents, their offspring, and families would greatly benefit from having this essential information. The NEC Working Group of Council urges the Secretary to take action on these recommendations.

An official website of the United States government
This is archived HHS content.

U.S. Department of
Health and Human Services
Enhancing the health and well-being
of all Americans

Home <https://public3.pagefreezer.com:443/content/hhs.gov/02-01-2025t05:49/https://www.hhs.gov/...

Navigate to:

T+

**FOR IMMEDIATE RELEASE**
**October 3, 2024**

**Contact: HHS Press Office**
202-690-6343
media@hhs.gov

# FDA, CDC, NIH Consensus Statement on Recent Advisory Council Report on Premature Infants and Necrotizing Enterocolitis

*Report Indicates Benefits of Human Milk in Protecting Against NEC and No Conclusive Evidence that Preterm Infant Formulas Cause NEC*

This is archived HHS content.

A 53

This is archived HHS content.

Ensuring that the youngest and most vulnerable children have access to safe and nutritious sources of food is a top priority for the U.S. Food and Drug Administration, the Centers for Disease Control and Prevention, and the National Institutes of Health. Infant nutrition is critically important for brain and organ development.

Preterm infants have complex nutrition needs to support critical growth and development requirements. They are also at higher risk of a devastating condition called necrotizing enterocolitis, or NEC, in which the tissue lining the intestine becomes inflamed and can die, causing a life-threatening infection. In fact, NEC is one of the leading causes of illness and death among preterm infants, particularly those born at a very low birth weight. It is estimated that one baby dies every day in the United States from NEC, and those that survive may undergo traumatic surgeries, be neurodevelopmentally impaired, and have lifelong consequences.

While mother's milk is the preferred source of nutrition – with pasteurized donor human milk as a next best alternative – preterm infant formulas are a critically important option for premature infants. These formulas can be critical for premature infants for whom parental or donor milk is not an option, or where a supplement to parental or donor milk is necessary for the health of the infant. **For infants where the supply of human milk is insufficient, these formulas are part of the standard of care for premature infants.**

There has been ongoing public discussion about the current state of science and research gaps regarding NEC, particularly as it relates to preterm infant formulas. Recently, an advisory council for the NIH's Eunice Kennedy Shriver National Institute of Child Health and Human Development finalized a comprehensive report <https://public3.pagefreezer.com:443/content/hhs.gov/02-01-2025t05:49/https://www.nichd.nih.gov/sites/default/files/inline-files/2024.09.16_nec_wg_report_final.pdf> ⓘ.

There are two key points about feeding practices and NEC: **1) There is no conclusive evidence that preterm infant formula causes NEC; and 2) there is strong evidence that human milk is protective against NEC.** Available evidence supports the hypothesis that it is the absence of human milk – rather than the exposure to formula

This is archived HHS content.

This is archived HHS content.

– that is associated with an increase in the risk of NEC. Further, human milk significantly reduces, but does not eliminate, the risk of NEC, given that NEC is known to occur in infants fed exclusively human milk diets.

Evidence to date suggests that preterm birth is the primary risk factor for developing NEC, but important scientific gaps exist for understanding the epidemiology of NEC, biologic mechanisms of NEC and the exposures and feeding practices that may be positively or negatively associated with the risk of NEC development, severity and mortality.

As collective work continues on this important topic, one point remains clear: while there is a preference for human milk, **all infants should be fed as soon as is medically feasible through whatever appropriate nutritious food source is available.**

###

Note: All HHS press releases, fact sheets and other news materials are available at https://www.hhs.gov/about/news/index.html <https://public3.pagefreezer.com:443/content/hhs.gov/02-01-2025t05:49/https://www.hhs.gov/about/news/index.html>.
Like HHS on Facebook ⓘ, follow HHS on X @HHSgov <https://x.com/hhsgov> ⓘ, and sign up for HHS Email Updates <https://cloud.connect.hhs.gov/subscriptioncenter> ⓘ.
Last revised: October 3, 2024

This is archived HHS content.

**No. 5-24-0936**

# In the
# Appellate Court of Illinois
# Fifth Judicial District

JASMINE WATSON, individually and
on behalf of the estate of CHANCE DEAN,

*Plaintiffs-Appellees,*

v.

MEAD JOHNSON & COMPANY, LLC, *et al.*,

*Defendants-Appellants.*

On Appeal from the Circuit Court of the 20th Judicial Circuit,
St. Clair County, Illinois,
Case No. 21-L-1032
The Honorable Judge **Patrick R. Foley** presiding

## NOTICE OF FILING and CERTIFICATE OF SERVICE

TO: See Attached Service List

I hereby certify that on **March 25, 2025**, we electronically submitted to the Clerk of the Appellate Court of Illinois, Fifth Judicial District, through eFileIL, ***Amici Curiae Brief of The American Academy of Pediatrics and The Illinois Chapter of the American Academy of Pediatrics, Appendix*** and ***Notice of Filing and Certificate of Service***, true and correct copies of which are attached and hereby served upon you.

Respectfully submitted,

**THE AMERICAN ACADEMY OF PEDIATRICS and THE ILLINOIS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS**

By: */s/ Hugh C. Griffin*
Hugh C. Griffin, its attorney

Hugh C. Griffin (ARDC# 1058770) (*hgriffin@hpslaw.com)*
HALL PRANGLE & SCHOONVELD, LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
Phone: (312) 267-6234 / Fax: (312) 345-9608
Email service: *HPSDocket@hpslaw.com*
***Attorney for Amici Curiae,***
***The American Academy of Pediatrics and***
***The Illinois Chapter of the American Academy of Pediatrics***

**CERTIFICATE OF SERVICE**

I, the undersigned, a non-attorney, certify that on **March 25, 2025**, true and correct copies of the attached ***Amici Curiae Brief of The American Academy of Pediatrics and The Illinois Chapter of the American Academy of Pediatrics, Appendix,*** and ***Notice of Filing and Certificate of Service***, were electronically submitted to the Clerk of the Appellate Court of Illinois, Fifth Judicial District, and served via eFileIL and e-mail to the attorneys of record on the attached Service List.

[*x*] Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth in this instrument are true and correct to the best of my knowledge, information, and belief.

By: */s/ Denise L. Smith*
Denise L. Smith

**SERVICE LIST**

Amelia Frankel
Jamie Price
KELLER POSTMAN
1101 Connecticut Avenue N.W Suite 1100
Washington, D.C. 20036
Phone: (828) 231-9754
*amelia.frenkel@kellerpostman.com*
*jamie.price@kellerpostman.com*

David Cates
THE CATES LAW FIRM
216 West Pointe Drive, Suite A
Swansea, IL 62226
Phone: (618) 277-3644
*dcates@cateslaw.com*

Ashley Keller
Benjamin Whiting
Jason DePauw
KELLER POSTMAN
150 North Riverside Plaza, Suite 4100
Chicago, IL 60606
Phone: (312) 741-5220
*ack@kellerpostman.com*
*ben.whiting@kellerpostman.com*
*jason.depauw@kellerpostman.com*

Sean Grimsley
Kenzo Kawanabe
Abigail Hinchcliff
OLSON GRIMSELY
700 17th Street, Suite 1600
Denver, CO 80202
Phone: (303) 535-9153
*sgrimsley@olsongrimsley.com*
*kkawanabe@olsongrimsley.com*
*ahinchcliff@olsongrimsley.com*

Eric D. Holland
Anne E. Callis
Robert J. Evola
HOLLAND LAW
211 North Broadway, Suite 2625
St. Louis, MO 63102
Phone: (314) 241-8111
*eholland@hollandtriallawyers.com*
*revola@hollandtriallawyers.com*
*acallis@hollandtriallawyers.com*
***Attorneys for Plaintiffs-Appellees***

Joel D. Bertocchi
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Phone: (312) 634-5400
*joel.bertocchi@akerman.com*

Paul W. Schmidt
Phyllis A. Jones
Emily S. Ullman
Nicole M. Antoine
COVINGTON & BURLING LLP
One City Center
850 Tenth Street N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
*pschmidt@cov.com*
*pajones@cov.com*
*eullman@cov.com*
*nantoine@cov.com*

Anthony J. Anscombe
Darlene K. Alt
STEPTOE & JOHNSON, LLP
227 West Monroe Avenue, Suite 4700
Chicago, IL 60606
Phone: (312) 557-1300
*anscombe@steptoe.com*
*dalt@steptoe.com*
***Attorneys for Defendant-Appellants Mead Johnson & Company, LLC***