IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: ABBOTT LABORATORIES,** *et al.*, **PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION** | MDL No. 3026 |
| | Master Docket No. 1:22 CV 00071 |
| **This Document Relates to:** | Judge Rebecca R. Pallmeyer |
| *Inman v. Mead Johnson & Co.*, Case No. 1:22-cv-03737 | |

**PLAINTIFF'S LOCAL RULE 56.1(B)(3) STATEMENT OF ADDITIONAL MATERIAL FACTS**

*Mead Johnson Nutrition Company's Own Representations*

1. In its 2015 10-K with the United States Securities and Exchange Commission (SEC), attached to Childers Decl. as Ex. 1, at p. 1, Mead Johnson Nutrition Company stated that:

> Mead Johnson Nutrition Company is a global leader in pediatric nutrition with approximately $4.1 billion in net sales for the year ended December 31, 2015. We are committed to being the world's leading nutrition company for infants and children and to helping nourish the world's children for the best start in life. Our Enfa family of brands, including *Enfamil* infant formula, is the world's leading brand franchise in pediatric nutrition, based on retail sales, and accounted for approximately 80% of our net sales for the year ended December 31, 2015. Our comprehensive product portfolio addresses a broad range of nutritional needs for infants, children and expectant and nursing mothers. We have over 100 years of innovation experience during which we have developed or improved many breakthrough or category defining products across our product portfolio. Our singular focus on pediatric nutrition and our implementation of a business model that integrates nutritional science with health care and consumer marketing expertise differentiate us from many of our competitors.

2. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 1, Mead Johnson Nutrition Company stated that:

> Mead Johnson Nutrition Company is a global leader in pediatric nutrition with approximately $3.7 billion in net sales for the year ended December 31, 2016. We are committed to being the world's leading nutrition company for infants and children and to helping nourish the world's children for the best start in life. Our Enfa family of brands, including Enfamil infant formula, is the world's leading brand franchise in pediatric nutrition, based on retail sales, and accounted for approximately 80% of our

net sales for the year ended December 31, 2016. Our comprehensive product portfolio addresses a broad range of nutritional needs for infants, children and expectant and nursing mothers. We have over 100 years of innovation experience during which we have developed or improved many breakthrough or category defining products across our product portfolio. Our singular focus on pediatric nutrition and our implementation of a business model that integrates nutritional science with health care and consumer marketing expertise differentiate us from many of our competitors.

3. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 1, Mead Johnson Nutrition Company stated that:

In this Annual Report on Form 10-K, we refer to Mead Johnson Nutrition Company and its subsidiaries throughout as "the Company," "MJN," "Mead Johnson," "we" or "us."

4. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 2, Mead Johnson Nutrition Company described its Product Portfolio as:

Our product portfolio, which addresses a wide range of pediatric nutritional needs, consists of two principal product categories: infant formula and children's nutrition, which represented 59% and 40%, respectively, of our net sales for the year ended December 31, 2016. Our product categories can be separated into the following general product types: (i) routine infant, (ii) solutions, (iii) specialty, (iv) children's nutrition and (v) other. Our routine infant formula is intended for healthy consumers while our solutions and specialty products are offered for infants with common feeding problems and special nutritional needs.

5. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 2, Mead Johnson Nutrition Company stated:

**Specialty Products.** We design specialty formulas to address certain conditions or special medical needs, including Nutramigen (for cow's milk protein allergies) and Puramino (an amino acid formula for severe cow's milk protein allergies or multiple other food allergies). We design products such as Enfamil Premature to meet the unique needs of premature and low birth weight infants under the supervision of a doctor, most often in the hospital, and EnfaCare, a hypercaloric formula for premature babies at home.

6. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 3, Mead Johnson Nutrition Company described its Infant Formula manufacturing facilities as follows:

Manufacturing and Finishing Locations; Quality Departments. We currently operate in-house production facilities at different locations around the world. Our

manufacturing and finishing facilities are located in the United States, the Netherlands, Mexico, Brazil, Singapore, Thailand, China and the Philippines.

7. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 4, Mead Johnson Nutrition Company describes its Sales and Marketing as follows:

We conduct regional marketing within a strategic framework focused on both parents and health care professionals in accordance with country-specific regulatory requirements. We maintain both a health care professional sales force and a retail sales organization within our regions throughout the world. Our marketing activities vary from region to region depending on our market position, consumer trends and the regulatory environment. Our marketing teams seek to anticipate market and consumer trends, and attempt to capture consumer insights to determine strategy for brand communication, product innovation and demand-creation programs. The marketing teams work with external agencies to create marketing campaigns for consumers, health care professionals and retail sales organizations, where permitted.

8. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 4, Mead Johnson Nutrition Company describes its Sales and Marketing to Health Care Professionals as follows:

**Health Care Professionals**. Our health care professional sales force educates health care professionals, as permitted, about the benefits of our infant formula products in each of the countries where we market our infant formula products. We focus our product detailing efforts on neonatal intensive care units, physicians and other health care professionals, hospital group purchasing organizations and other integrated buying organizations. We also support health care professionals by organizing continuing medical education programs, symposia and other educational interfaces.

9. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 5, Mead Johnson Nutrition Company describes its Research and Development as follows:

Investing in innovation through our research and development ("R&D") capabilities and projects is an important part of our business. Our R&D organization consists of professionals, many of who have extensive industry experience and advanced educational backgrounds. Our global R&D centers are located in the United States, Mexico, Thailand, China, the Netherlands and Singapore. Our four Pediatric Nutrition Institutes ("PNI") are located in the United States, Mexico, China and Singapore.

We organize our R&D on a global basis because our science-based products address nutritional needs that are broadly common around the world. We then rely on our regional R&D teams to incorporate any geographic-specific consumer behaviors and preferences. This is especially relevant when we make adjustments to our children's product range and/or when we respond to local and regional changes in the regulatory landscape.

> We also have external development relationships that complement our internal R&D capabilities. We manage our R&D activities in collaboration with leading scientists, institutes and commercial suppliers around the world. We believe this approach allows us to be at the forefront of scientific and technological developments relevant for pediatric nutrition. R&D expense was $97.4 million, $108.4 million and $115.1 million in the years ended December 31, 2016, 2015, and 2014, respectively.

10. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 5, Mead Johnson Nutrition Company describes its Intellectual Property as follows:

> We own patents and have submitted patent applications both in the United States and in other countries of interest to Mead Johnson. Our patent rights relate primarily to ingredients (and combinations thereof) that we use in our products. We augment our portfolio by licensing technology from suppliers of a variety of ingredients used in our products. We believe that our patent portfolio is designed such that the expiration of any single patent would not have a material impact on our business. We also hold an extensive portfolio of trademarks across our key markets. Our trademark rights relate primarily to our Enfa family of brands and other important brands. We file and maintain trademarks in those countries in which we have, or desire to have, a business presence. In addition to patents, licenses and trademark protections, we rely on a combination of security measures, confidentiality policies, contractual arrangements and trade secret laws to protect our proprietary formulas and other valuable trade secrets.

11. Mead Johnson Nutrition Company is listed as the "Applicant" for numerous patents relating to its infant formula products and/or ingredients. *See* Childers Decl. as Ex. 3, (collectively, Patent App. No. 15/597,575 (Nutritional Composition with Human Milk Oligosaccharides and Uses Thereof), Patent App. No. 14/476,849 (Pediatric Nutritional Composition with Human Milk Oligosaccharides, Prebiotics and Probiotics), Patent App. No. 13/886,381 (Nutritional Composition Comprising Whey and Hydrolyzed Casein and Uses Thereof), Patent App. No. 15/597,551 (Preterm Infant Formula Containing Butyrate and Uses Thereof), Patent App No. 15/256,795 (Nutritional Composition with Human Milk Oligosaccharides and Uses Thereof), Patent App No. 14/262,166 (Pediatric Nutritional Composition with Human Milk Oligosaccharides, Prebiotics and Probiotics), Patent App. No. 13/718,695 (Milk-Based Nutritional Compositions Containing Lactoferrin and Uses Thereof), Patent App. No. 12/035,718 (Method for Reducing or Preventing Systemic Inflammation), Patent App. No. 15/293,437 (Personalized Pediatric Nutrition Products Comprising Human Milk

Oligosaccharides), Patent App. No. 12/843,610 (Nutritional Composition with Prebiotic Component), Patent App. No. 13/832,828 (Probiotic Derived Non-Viable Material for Infection Prevention and Treatment), Patent App. No. 18/198,753 (Use of Milk Fat Globule Membrane)).

12. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 5, Mead Johnson Nutrition Company states that its Overview of Our Business is:

> We compete in two primary categories, infant formula and children's nutrition. The competitive landscape in each category is similar around the world, as the majority of the large global players are active in these categories. Our main global competitors include Nestle, Danone and Abbott.

13. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 21, Mead Johnson Nutrition Company states that its Overview of Our Business is:

> We are a global leader in pediatric nutrition. We are committed to being the world's leading nutrition company for infants and children and to helping nourish the world's children for the best start in life. Our comprehensive product portfolio addresses a broad range of nutritional needs for infants, children and expectant and nursing mothers. We have over 100 years of innovation experience during which we have developed or improved many breakthrough or category-defining products across our product portfolio. We operate in four geographies which represent our operating segments: Asia, North America, Latin America and Europe. Due to similarities between North America and Europe, we aggregated these two operating segments into one reportable segment.

14. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 28, Mead Johnson Nutrition Company reported that its Net Sales of Infant Formula was $2.4 billion in 2015 and $2.5 billion in 2014.

15. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 29, Mead Johnson Nutrition Company reported that its 2015 Operating Expenses included $890,600,00.00 for "Selling, General and Administrative," $641,800,000.00 for "Advertising and Promotion," and $108,400,000.00 for "Research and Development." Mead Johnson Nutrition Company also reported that its 2014 Operating Expenses included $978,900,00.00 for "Selling, General and Administrative," $638,700,000.00 for "Advertising and Promotion," and $115,100,000.00 for "Research and Development."

16. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 50, Mead Johnson Nutrition Company described its Organization as follows:

> Mead Johnson Nutrition Company ("MJN" or the "Company") manufactures, distributes and sells infant formula, children's nutrition and other nutritional products. MJN has a broad product portfolio, which extends across routine and specialty infant formulas, children's milks and milk modifiers, dietary supplements for pregnant and breastfeeding mothers, pediatric vitamins, and products for pediatric metabolic disorders. These products are generally sold to distributors and retailers and are promoted to healthcare professionals, and, where permitted by regulation and policy, directly to consumers.

17. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 53, Mead Johnson Nutrition Company reported its Shipping and Handling Costs were:

> **Shipping and Handling Costs**-The Company typically does not charge customers for shipping and handling costs. Shipping and handling costs, including warehousing expenses, were $99 .6 million, $114.1 million, and $118.2 million in the years ended December 31, 2016, 2015, and 2014, respectively, and are included in selling, general and administrative expenses.

18. In its 2016 10-K with the SEC, attached to Childers Decl. as Ex. 2, at p. 53, Mead Johnson Nutrition Company reported its Shipping and Handling Costs were:

> **Advertising Costs**-Advertising costs are expensed as incurred and were $223.8 million, $218.7 million, and $206.2 million in the years ended December 31, 2016, 2015, and 2014, respectively.

19. Mead Johnson Nutrition Company's Executive Vice President and Chief Financial Officer, Michael Cup, signed Mead Johnson Nutrition Company's 2016 10-K pursuant to the requirements of Sections 13 or 15(d) of the Securities Exchange Act of 1934. Attached to Childers Decl. as Ex. 2, at p. 85.

20. Mead Johnson Nutrition Company was the entity that merged with Reckitt Benckiser in 2017. See June 15, 2017 Press Release, attached to Childers Decl. as Ex. 4.

21. In the press release announcing its merger with Reckitt Benckiser, Mead Johnson Nutrition Company refers to itself as "MJN." See June 15, 2017 Press Release, attached to Childers Decl. as Ex. 4.

22. Mead Johnson Nutrition Company created and implemented an internal policy governing its employees' conduct called "Interactions w/ Healthcare Professionals & Entities." *See* Policy for Interactions w/ Healthcare Professionals & Entities, attached to Childers Decl. as Ex. 5, at p. 1.

23. Every page of Mead Johnson Nutrition Company Policy for Interactions w/ Healthcare Providers & Entities is marked "This document is Mead Johnson Nutrition Company confidential and proprietary information. Individuals printing a copy of an MJN Procedural Document are responsible for ensuring that revisions to the document have not been issued since the date it was printed." *See* Policy for Interactions w/ Healthcare Professionals & Entities, attached to Childers Decl. as Ex. 5.

24. The Purpose section of Mead Johnson Nutrition Company Policy for Interactions w/ Healthcare Professionals & Entities states that "Mead Johnson Nutrition Company and its subsidiaries ("MJN" or "Company") are committed to the ethical promotion and distribution of nutritional products for infants, children, and adults." *See* Policy for Interactions w/ Healthcare Professionals & Entities, attached to Childers Decl. as Ex. 5, at p. 3.

25. The Purpose section of Mead Johnson Nutrition Company Policy for Interactions w/ Healthcare Professionals & Entities states that "This Policy is applicable to all employees and contractors of the Company (including any contractors, agents, or other third parties acting on behalf of MJN in interactions with HCPs or healthcare entities)." *See* Policy for Interactions w/ Healthcare Professionals & Entities, attached to Childers Decl. as Ex. 5, at p. 3.

26. Robert Cleveland has served in multiple positions at Mead Johnson Nutrition Company relating to its infant formula products. *See* CV of Robert Cleveland, attached to Childers Decl. as Ex. 6. Robert Cleveland was deposed as part of discovery in MDL 3026 on June 14, 2024. *See* cover page of Deposition of Robert Cleveland, attached to Childers Decl. as Ex. 7.

27. Robert Cleveland has been listed as the CEO of Mead Johnson Nutrition Company in its Annual Registration filings with the Georgia Secretary of State in 2023, 2024, and 2025. *See* Annual Registration filings attached to Childers Decl. as Ex. 8.

28. Patrick Sly has served in multiple positions at Mead Johnson Nutrition Company relating to its infant formula products. *See* CV of Patrick Sly, attached to Childers Decl. as Ex. 9. Patrick Sly was deposed as part of discovery in MDL 3026 on June 20, 2024. *See* cover page of Deposition of Patrick Sly, attached to Childers Decl. as Ex. 10.

29. Patrick Sly was listed as the CEO of Mead Johnson Nutrition Company in its Annual Registration filings with the Georgia Secretary of State in 2022. *See* Annual Registration filing attached to Childers Decl. as Ex. 11.

30. As part of the discovery process in MDL 3026, Mead Johnson Nutrition Company produced custodial files for dozens of its current and former employees. As a subset of those employees were deposed, their curricula vitae were produced prior to their depositions. All of the current and former employees' CVs state that they are or were employees of Mead Johnson Nutrition. *See* CV of John Alvey, CV of Tim Cooper, CV of Craig Hadley, CV of Natalie Reinglass, CV of Colin Rudolph, CV of Daniel Secada, CV of Susan Sholtis, CV of Kelly Talley, CV of Christina Valentine, and CV of Rosaline Waworuntu, collectively attached to Childers Decl. as Ex. 12.

31. At least six of those current and former employees' CVs—Robert S. Cleveland, John D. Alvey, Craig W. Hadley, Daniel Secada, Kelli S. Talley, and Rosaline V. Waworuntu—explicitly reference infant formula or infant nutrition in the context of their work at Mead Johnson Nutrition Company. *See* Exhibits 8 and 12 to Childers Decl.

32. None of the corporate witnesses deposed in MDL 3026 listed Mead Johnson & Company LLC on their CVs. *Id.*