IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: ABBOTT LABORATORIES, *et al.*, PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION** | MDL No. 3026 |
| | Master Docket No. 1:22 CV 00071 |
| **This Document Relates to:** | Judge Rebecca R. Pallmeyer |
| *Inman v. Mead Johnson & Co.*, Case No. 1:22-cv-03737 | |

**PLAINTIFF'S RESPONSE TO MEAD JOHNSON NUTRITION COMPANY'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

1. Mead Johnson & Company LLC designs Enfamil Premature Formula High Protein 24 Calorie and Enfamil Premature Formula 30 Calorie. Ex. A, MJC LLC's Responses to Pl.'s Second Requests for Admission, General Objections at 1 ("Only Mead Johnson & Company, LLC has any role in the production and distribution of infant formula."); *id.* at 2 (admitting that MJC LLC designs Enfamil Premature 24 Calorie Infant Formula).

**RESPONSE: ADMIT in part and DISPUTE in part.** Plaintiff **ADMITS** that Mead Johnson & Company LLC claimed in its General Objections to Responses to Plaintiff's Second Requests for Admission that "Only Mead Johnson & Company has any role in the production and distribution of infant formula." Plaintiff **DISPUTES** that MJC LLC designs Enfamil Premature 24 Calorie Infant Formula. In its Response to Request for Admission No. 1, Mead Johnson & Company LLC stated that "Enfamil Premature 24 Calorie Infant Formula is a product that Mead Johnson designs, manufactures, and makes available to hospitals and neonatal care units…" without identifying

whether "Mead Johnson" in that sentence refers to Mead Johnson Nutrition Company, Mead Johnson & Company LLC, or collectively refers to both entities.

2. Mead Johnson & Company LLC manufactures Enfamil Premature Formula High Protein 24 Calorie and Enfamil Premature Formula 30 Calorie. *Id.*, General Objections at 1; *id.* at 2 (admitting that MJC LLC manufactures Enfamil Premature 24 Calorie Infant Formula).

**RESPONSE: DISPUTE.** In its Response to Request for Admission No. 1, Mead Johnson & Company LLC stated that "Enfamil Premature 24 Calorie Infant Formula is a product that Mead Johnson designs, manufactures, and makes available to hospitals and neonatal care units…" without identifying whether "Mead Johnson" in that sentence refers to Mead Johnson Nutrition Company, Mead Johnson & Company LLC, or collectively refers to both entities.

3. Mead Johnson & Company LLC makes available to hospitals Enfamil Premature Formula High Protein 24 Calorie and Enfamil Premature Formula 30 Calorie. *Id.*, General Objections at 1; *id.* at 2 (admitting that MJC LLC makes available to hospitals Enfamil Premature 24 Calorie Infant Formula).

**RESPONSE: DISPUTE.** In its Response to Request for Admission No. 1, Mead Johnson & Company LLC stated that "Enfamil Premature 24 Calorie Infant Formula is a product that Mead Johnson designs, manufactures, and makes available to hospitals and neonatal care units…" without identifying whether "Mead Johnson" in that sentence refers to Mead Johnson Nutrition Company, Mead Johnson & Company LLC, or collectively refers to both entities.

4. Premier Purchasing Partners LP is a group purchasing organization ("GPO"), and MJC LLC sold products, including Enfamil Premature Formula High Protein 24 Calorie and Enfamil Premature Formula 30 Calorie, to Vidant Health through "the Supplier Agreement for Infant Formula by and between Premier and Mead Johnson & Company, LLC ('Supplier')." Ex. C, MJ_MDL3026_Inman_0000001 (Products and Price List for Vidant Health, as contracted with MJC

LLC); Ex. D, MJ_MDL3026_Inman_0000012 (General Purchasing Agreement between Premier Purchasing Partners LP and MJC LLC).

**RESPONSE: ADMIT in part and DISPUTE in part.** Plaintiff **ADMITS** that Defendant's Exhibit C appears to be a Supplier Agreement between Premier Purchasing Partners LP and Mead Johnson & Company LLC and that Defendant's Exhibit D appears to be a General Purchasing Agreement between Premier Purchasing Partners LP and MJC LLC. Plaintiff is without knowledge as to the relationships between MJNC, MJC LLC, Premier Purchasing Partners LP, and Vidant Health, and therefore **DISPUTES** all other claims in the above paragraph four.

5. Mead Johnson Nutrition Company is the sole member of Mead Johnson & Company LLC. Defendants' Answer to Plaintiff's Complaint, Affirmative Defenses and Jury Demand, dkt. 36, at 3-4; Ex. B, MJNC's Responses to Pl.'s Second Requests for Admission, General Objections at 1.

**RESPONSE: ADMIT in part and DISPUTE in part.** Plaintiff **ADMITS** that Mead Johnson Nutrition Company LLC claimed in its Answer to Plaintiff's Complaint it is the sole member of Mead Johnson & Company LLC. As Defendants have failed to produce any documentation supporting such claim, Plaintiff **DISPUTES** all other claims in the above paragraph five.

6. Mead Johnson Nutrition Company does not design, manufacture, or sell Enfamil Premature Formula Products, including but not limited to, EPF 20, EPF 24, EPT 24 High Protein, EPF 30, and Enfamil Human Milk Fortifiers. Ex. B, General Objections at 1 ("Mead Johnson Nutrition Company is a holding company that has no knowledge relevant to this litigation.").

**RESPONSE: ADMIT in part and DISPUTE in part.** Plaintiff **ADMITS** that Mead Johnson Nutrition Company claimed in its General Objections to Responses to Plaintiff's Second Requests for Admission that "Mead Johnson Nutrition Company is a holding company that has no knowledge relevant to this litigation." Plaintiff **DISPUTES** that Mead Johnson Nutrition Company is a holding company that has no knowledge relevant to this litigation.

Multiple sources show that Mead Johnson Nutrition Company is involved in the design and manufacture of preterm infant formula. For example, Mead Johnson Nutrition Company holds patents for preterm formula and its components; its employees make clear in their curricula vitae that they work on infant formula; its internal policies reference infant nutrition; and its Form 10-K filings with the SEC explicitly reference infant nutrition products including Enfamil. *See* Declaration of C. Andrew Childers in Support of Plaintiff's Local Rule 56.1(A)(2) Response and Local Rule 56.1(B)(3) Statement of Additional Material Facts at ¶¶ 1-12. In 2017, Mead Johnson Nutrition Company announced its merger with Reckitt Benckiser and said that its "Enfa family of brands, including Enfamil infant formula, is a world leading brand franchise in pediatric nutrition." Mead Johnson Nutrition press release (Jun. 15, 2017). *Id.* at ¶5.

7. MJC LLC submitted information regarding the design and manufacturing of Enfamil Premature Formula to the FDA. *See* Ex. E, Excerpt from FDA Submission 2016 ("Pursuant to Section 21 C.F.R. 107.50[,] Mead Johnson & Company, LLC (MJ) submits the attached Before First Processing notification . . .").

**RESPONSE: ADMIT in part and DISPUTE in part.** Plaintiff **ADMITS** that Ex. E is a letter to FDA signed by Christy Harry, RD, who is identified a Manager, Regulatory Science for Mead Johnson & Company, LLC. Plaintiff **DISPUTES** that the submission was made solely by MJC LLC, as the letterhead indicates it is on behalf of Mead Johnson Nutrition. Mead Johnson Nutrition Company has referred to itself as "Mead Johnson Nutrition" and "MJN" at all times relevant to this case. *See* Declaration of C. Andrew Childers in Support of Plaintiff's Local Rule 56.1(A)(2) Response and Local Rule 56.1(B)(3) Statement of Additional Material Facts at ¶¶ 1-12.

8. Mead Johnson & Company, LLC owns the "Mead Johnson Nutrition" trademark. Ex. H, MEAD JOHNSON NUTRITION, Registration No. 3832632,

https://tsdr.uspto.gov/#caseNumber=77639587&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch.

**RESPONSE: DISPUTE.** The document attached to Defendants' Motion as Ex. H indicates that the trademark "is an illustration DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)" that "…consists of the words 'MEAD JOHNSON NUTRITION' with swooshes." The trademark is not for the name "Mead Johnson Nutrition," but rather is for a logo that includes the words "Mead Johnson Nutrition" along with swooshes. Mead Johnson Nutrition Company has referred to itself as "Mead Johnson Nutrition" and "MJN" at all times relevant to this case. Further, the trademark Defendants reference was originally filed by Bristol-Myers Squibb Company in 2008. *See* Declaration of C. Andrew Childers in Support of Plaintiff's Local Rule 56.1(A)(2) Response and Local Rule 56.1(B)(3) Statement of Additional Material Facts at ¶¶ 1-12.

9. "Mead Johnson & Company LLC, Evansville, IN" appears on the labels of the products fed to D.W. *See* Ex. F, MJ_MDL3026_0002141 (Enfamil Premature Formula High Protein 24 calorie/oz); Ex. G, MJ_MDL3026_0002139 (Enfamil Premature Formula 30 calorie/oz).

**RESPONSE: ADMIT.**

Respectfully submitted,
*/s/ José M. Rojas*
José M. Rojas
LEVIN, ROJAS, CAMASSAR & RECK, LLC
PO Box 431
North Stonington, CT
(860)535-4040
jose@LRCR.law
*Counsel for Plaintiff Alexis Inman*