# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Alexis Inman, et al.
                                          Plaintiff,

v.                                              Case No.: 1:22−cv−03737
                                                            Honorable Rebecca R. Pallmeyer

Mead Johnson & Company LLC, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 12, 2025:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone motion hearing convened. After oral argument, the court grants joint motion for continuance [103]. The jury trial date of 2/2/2025 is stricken to be re−set. As stated on the record, the parties are to email the courtroom deputy to propose several jury trial dates in May or July of 2026. The parties are also directed to propose three alternative dates for potential expert testimony in January or February of 2026. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.