# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Alexis Inman, et al.
                                Plaintiff,

v.                                             Case No.: 1:22−cv−03737
                                                     Honorable Rebecca R. Pallmeyer

Mead Johnson & Company LLC, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 23, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: On the court's own motion, an in−person hearing is set for 3/6/2026 at 9:00 a.m. for expert testimony of Dr. Spector. The court will set the time limits for the hearing as follows: 30 minutes per side for argument; and two hours per side for direct and cross−examination. Oral argument shall occur for defendant's motion for summary judgment [56] after the scheduled expert testimony on 2/12/2026 at 11:00 a.m. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.