# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Alexis Inman, et al.

                         Plaintiff,

v.

                                   Case No.: 1:22–cv–03737

                                   Honorable Rebecca R. Pallmeyer

Mead Johnson & Company LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 31, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: In–person examination and testimony of Dr. Spector convened. Defendants' motion to exclude testimony [53] from Dr. Spector is taken under advisement. To accommodate scheduling issues, including the availability of Dr. Spector, the parties are directed to confer and propose an alternative start date for the jury trial set on 7/6/2026, preferably to start by 6/22/2026 or later. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.