## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| | MDL No. 3026 |
| *In Re Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation* | Master Docket No. 1:22-cv-00071 |
| | Hon. Rebecca R. Pallmeyer |
| **This Document Relates to:** *Inman v. Mead Johnson & Company, LLC et al.* | Cause No. 1:22-cv-03737 |

### PLAINTIFF'S RESPONSE TO COURT'S MINUTE ENTRY (ECF NO. 129)

In compliance with the Court's entry (ECF No. 129) dated April 16, 2026, Plaintiff submits the following:

- Simmons v. Abbott Laboratories, Inc., No. 21L00000144 (19th Ill. Cir. Ct. Sept. 8, 2021) attached as **Exhibit A**;

- Whitfield v. St. Louis Children Hosp., No.2222CC06214 (Mo. 22nd Jud. Cir. Sept. 19, 2024) attached as **Exhibit B**.

Respectfully submitted,

*/s/ José M. Rojas*
José M. Rojas
**LEVIN, ROJAS, CAMASSAR & RECK, LLC**
40 Russ Street
Hartford, CT 06106
(860) 232-3476
jose@LRCR.law

*Counsel for Plaintiff Alexis Inman*