**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Alexis Inman, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:22–cv–03737
                                                            Honorable Rebecca R. Pallmeyer

Mead Johnson & Company LLC, et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 28, 2026:

     MINUTE entry before the Honorable Rebecca R. Pallmeyer: Video status hearing convened. For the reasons stated on the record, the court modifies the case management schedule as follows: (1) For 22–cv–1991, *Kelton v. Laboratories Inc.,* the jury trial date set for 8/10/2026 is stricken to be re–set. The parties are to confer and propose jury trial dates to the court; (2) For 22–cv–3737 *Inman v. Mead Johnson,* the jury trial date of 7/6/2026 is stricken and re–set to 8/10/2026 at 9:00 a.m.; (3) For *Kelton*, by agreement, an in–person hearing is set for 8/4/2026 at 9:00 am and 8/5/2026 at 9:00 am for potential oral argument for summary judgment and Daubert Motions; and (4) The parties are to confer and submit a proposed a pre–trial schedule, with an estimate of the expected number of hours of testimony per side for the *Kelton* case. The court further directs Defendants to provide a list of dates when their experts are unavailable for testimony. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.