# Exhibit 15

# Expert report of Jennifer M.S. Sucre, MD

In re: Abbott Laboratories, et. al., Preterm Infant Nutrition Products Liability Litigation

September 27, 2024

(Amended October 30, 2024)

(Second Amendment December 16, 2024)

Glossary of Acronyms

| Acronym | Meaning |
|---|---|
| CMBF | Cow's Milk-Based Formula |
| NEC | Necrotizing Enterocolitis |
| RCTs | Randomized Clinical Trials |
| NICU | Neonatal Intensive Care Unit |
| NIH | National Institute of Health |
| NPO | Nothing by Mouth |
| GA | Gestational Age |
| IUGR | Intrauterine Growth Restriction |
| SGA | Small for Gestational Age |
| BPD | Bronchopulmonary Dysplasia |
| TLR4 | Toll-like Receptor 4 |
| IV | Intravenous |
| TPN | Total Parenteral Nutrition |
| VLBW | Very Low Birth Weight |
| ATP | Adenosine Tri-Phosphate |
| SCFAS | Short Chain Fatty Acids |
| MDX | Maltodextrin |
| CSS | Corn Syrup Solids |
| E. coli | Escherichia coli |
| FFAs | Free Fatty Acids |
| GI | Gastrointestinal |
| IgA | Immunoglobulin A |
| LPS | Lipopolysaccharide |
| DAMPs | Damage Associated Molecular Patterns |
| eNOS | Endothelial Nitric Oxide Synthase |
| NO | Nitric Oxide |
| DBM | Donor Breast Milk |
| MOM | Mother's Own Milk |
| HMB | Human Milk-Based |
| CMB | Cow's Milk-Based |
| JAMA | Journal of the American Medical Association |

# I. Introduction[a]

## A. Mandate

I was retained to evaluate the scientific evidence and express an opinion as to whether the weight of the evidence establishes that premature infant nutrition products made from cows' milk ("CMBF") can, to a reasonable degree of medical certainty, cause and/or substantially contribute to the development of necrotizing enterocolitis (NEC) in premature infants, and if so, to examine the biologically plausible mechanisms underlying the causal connection. I have not been retained, and do not intend at this time, to offer any opinion as to whether exposure to CMBF caused or substantially contributed to the onset or development of NEC in any specific case.

In conducting my review and analysis, I considered the following: a) clinical association; b) epidemiological findings; c) the peer-reviewed literature evaluating the relationship between CMBF and NEC, including papers analyzing pre-clinical data, clinical data, and meta-analyses;[b] and d) the mechanism of action.

---

[a] In preparing my report, I relied upon the following data: 1) Appendix 1; 2) the peer-reviewed literature cited in this report; 3) the Expert Report of Dr. Logan Spector; and 4) the Expert Report of Dr. Rebecca Betensky.

[b] As noted above, I evaluated the epidemiological data which supports a causal association between CMBF and NEC. In my academic work and professional experience, I am familiar with how epidemiological studies, Randomized Clinical Trials (RCTs), and metanalysis are performed. Generally, I rely on these types of studies in performing academic research along with the work I perform in the NICU while treating patients. However, while I am familiar with epidemiological analysis, in situations such as this where I have the benefit of an epidemiologic assessment by a professional epidemiologist and/or biostatistician, I generally defer to such an expert for such assessments. As such, I reviewed and incorporate by reference the Expert Reports of Dr. Logan Spector, Ph.D, MPH who conducted a systematic literature review of the relevant epidemiological evidence, and Dr. Rebecca Betensky, Ph.D, a biostatistician, who conducted meta-analyses of Dr. Spector's collection of RCTs, observational and case-control studies. Dr. Spector's report includes a single estimate comparing the rates of NEC for pre-term infants exposed to proportionately higher

I have testified as an expert by deposition in two medical-malpractice cases in the past four years. Neither case involved a preterm infant or a claim that preterm infant formula caused and/or substantially contributed to the harm the plaintiff alleged. I did not provide a written report in either case. I may have supplied a brief disclosure. I no longer have access to the disclosures I prepared in those cases or the deposition testimony I supplied. I can report that in one case I testified at the request of the Defendant and in the other I testified at the request of the Plaintiff. My hourly rate is $700/hour.

B. Credentials, Expertise, and Experience

I received a B.S. with honors with a major in genetics from the University of Georgia in 2003. I graduated from Harvard Medical School in 2009 and completed internship and residency in pediatrics at St. Louis Children's Hospital/Washington University School of Medicine in 2013. This was followed by fellowship training in Neonatal-Perinatal Medicine at UCLA from 2013-2016. During my fellowship, I also completed a research postdoctoral fellowship at the Eli and Edythe Broad Stem Cell Research Center, where I conducted original research in cell and developmental biology. Currently, I am a tenured Associate Professor in the Mildred Stahlman Division of Neonatology in the Department of Pediatrics at the Vanderbilt University School of Medicine. In addition, I am the founding director of the

---

amounts of CMBF versus other sources of CMBF and/or those who were predominantly exposed to human milk. Their reports note the following:

RCT studies: RR: 1.67; CI 95%: 1.22-2.28
RCT Bells Stage II studies: RR: 1.60; CI 95%: 1.15-2.21
Observational studies: RR: 3.26; CI 95%: 2.47-4.31
Case Control studies: OR: 2.35; CI 95%: 1.42-3.87
Case Control Bells Stage II studies: OR: 2.74; CI 95%: 1.48-5.09
Prolacta studies: RR: 1.89; CI 95%: 1.12–3.21.

Biodevelopmental Origins of Lung Disease (BOLD) Center and a tenured Associate Professor of Cell and Developmental Biology at Vanderbilt University. I am board certified in Pediatrics, with subspecialty board certification in Neonatal-Perinatal Medicine and maintain activities sufficient to maintain these certifications in good standing.

In my role as a clinical neonatologist, the entirety of my clinical practice is dedicated to the care of infants in the Neonatal Intensive Care Unit (NICU). In this role, I routinely diagnose and care for infants with NEC or who are suspected to have NEC. When treating premature babies, my medical decisions and advice to patients often requires an extensive etiologic and pathogenetic knowledge of disease processes affecting this population of patients in addition to diagnostic, prognostic, and therapeutic knowledge of current practices and treatments. The treatment of patients, especially a class of vulnerable patients like premature babies, is not done like a recipe from a cookbook. Rather, each patient must be considered individually, and, like all neonatologists, I apply a breadth of knowledge and clinical judgement to determine the right treatment course for each patient.[c]

In addition to this clinical work, I am the Principal Investigator of a basic and translational science developmental biology laboratory that studies lung development and developmental lung disease. As a developmental biologist, I serve on the editorial board of

---

[c] Definition of "Clinical Epidemiology" from text Modern Epidemiology" 4th Ed. (2021) P. 1925-6

> In their medical decisions and advice to patients, health care providers need etiologic and pathogenetic knowledge in addition to diagnostic, prognostic, and therapeutic knowledge. For instance, in treating and counseling patients with HIV, providers need information about the spread of HIV in the population (patterns and modes of spreading in the patient's community). In diagnosing and treating breast cancer patients, providers need knowledge about genetic risk factors or somatic mutations.

*AJP Lung Cell and Molecular Physiology*, as a peer reviewer for multiple publications, and as an ad hoc reviewer for multiple NIH study sections evaluating the merit of research proposals considered for funding. In this academic role, I have been trained to evaluate the scientific merit of manuscripts and grants and the importance of rigorously designed experiments with adequate negative and positive controls. This assessment includes considering statistical power for the effect size reported and study end points, relevance of the model system used to the disease or clinical question, and whether the conclusions are based on data obtained from multiple orthogonal methods or experiments. Considering all of these factors together, part of the peer-review process involves making a determination about whether or not the stated conclusions are supported by the data provided.

As a clinical neonatologist and developmental biologist, I am qualified to provide an assessment of the relationship between CMBF and NEC. I am board certified in pediatrics and neonatal-perinatal medicine, which requires demonstrating mastery of the concept that the kind of feeding provided to premature infants changes their risk of developing NEC[1–3]. My specific expertise is in neonatology and developmental and cell biology, and my research program has an overarching goal of discerning the molecular mechanisms that lead to developmental diseases processes in the pre-term infant. I have received numerous awards for my clinical and research work, including UCLA Nurses' Week Physician of the Year in 2016, the Young Physician Scientist Award from the American Society for Clinical Investigation in 2021, and the Carol Basbaum Award from the American Thoracic Society in 2023. For a more complete listing of my honors and awards please refer to my CV.

C. Qualitative Assessment/Weight of the Evidence Analysis

At the core of the methodology used in this approach is my own training as a scientist to evaluate the relative strengths and limitations of any work published or being evaluated for publication and the deployment of a reproducible method to identify high-quality manuscripts in the literature to formulate my opinion. In my role as an academic neonatologist, I have published more than 40 peer-reviewed articles, written multiple grant proposals funded by the National Institute of Health, and served as a reviewer for more than a dozen journals. The process for evaluating an article for peer-reviewed publication includes evaluating the scientific rigor of the evidence being collected (e.g., how many technical and biological replicates were employed, the appropriateness of the statistical analysis being employed, and whether the data presented support the stated conclusions). I employed those processes while preparing this report.

Central to the approach of preparing this report is the idea of "multiple working hypotheses," described at length by T.C. Chamberlin in an editorial in Science in 1891[4]. This is the idea that as a scientist conducts her work, she considers many possible hypotheses, weighing the level of evidence that supports or refutes the working hypotheses before arriving at a conclusion. Here, I used the National Library of Medicine National Center for Biotechnology Information PubMed Resource ("PubMed") to identify studies under the broad search terms defined below. As a peer reviewer, I have an established system of evaluating individual manuscripts based on the relevance of the model system, adequate controls, statistical rigor, and whether the conclusions stated are supported by the data provided.

In my work I am often tasked with doing a qualitative review, which evaluates the weight of the evidence to analyze a given hypothesis. The generally accepted approach to conducting a qualitative review includes[5]:

1) Framing the question;
2) Identifying the relevant publications;
3) Assessing the quality of the studies;
4) Summarizing the evidence; and
5) Interpreting the findings.

I followed these steps in my analysis as described below.

*1. Framing the Question*

As noted above, the question I was asked to evaluate is: does exposure to CMBF cause and/or substantially contribute to the development of NEC?

*2. Identifying the Relevant Publications*

To answer this question, I started with creating a search parameter to generate a comprehensive list of peer-reviewed articles from the scientific literature analyzing the development and etiology of NEC. Specifically, I conducted a search using the terms "Necrotizing Enterocolitis" and "Formula" in NCBI PubMed, which generated approximately 1,000 articles. For ease in accessing full text articles and to limit research to the current era of biological techniques used while conducting pre-clinical research, I restricted the search to articles from 2014-2024 (545 articles Appendix 1). Additionally, and consistent with the generally accepted practices employed in my own research, I evaluated additional manuscripts referenced by the papers generated from my search both within 2014-2024

and outside this range of publication years because they provided historical context, scientific background information, or further commentary on research involving the causal association between CMBF and NEC.

### *3. Assessing the Quality of the Studies*

Next, I assessed the relative strength and weaknesses of each study to identify the relevant studies for purposes of my review. Specifically, I began by reviewing the Abstract of the 545 papers resulting from my search parameters to evaluate whether the paper was relevant to my review. After reviewing the abstract, I assigned each article a rating from 0 to 3 using the following approach:

> 0 was assigned to papers captured in the search where the topic was not applicable (e.g. milk protein allergy, colitis in adult patients) or not written in English;
>
> 1 was assigned to studies deemed to be of poor quality (for reasons including inadequate controls, inadequate statistical methods, conclusions not supported by the data provided);
>
> 2 was assigned to relevant review articles summarizing a series of references; and
>
> 3 was assigned to original research manuscripts whose conclusions were supported by the data, with rigorous design and statistics.

Where I assigned the paper a grade of 1 – 3, I reviewed the publication to assess its relevance to my review. The grading reflects how much weight I gave to any individual study. After grading each study, and for purposes of my analysis, I put the most emphasis on studies ranking 2 or 3. After reviewing each article with a rank of 2 or 3, I reviewed references (where applicable) discussed in the articles to verify a claim by the authors or to provide additional background information (e.g., biochemical manuscripts detailing the proteins in CMBF). The grading I supplied each paper is set forth in Appendix 1.

In selecting relevant papers, I endeavored to capture all papers and analysis, within my field of expertise, that provide information regarding CMBF and NEC. No articles were excluded from the analysis, however articles that were not about NEC in premature infants or CMBF were given a score of 0 as noted above. This report summarizes the findings from this evaluation of the relevant literature.

4. *Summarizing and Interpreting the Evidence*

The Grading System I employed reflects my evaluation of the peer-reviewed data generated from my search. As with the "Quality Assessment" I conducted throughout, Appendix 1 outlines my findings following my review of the publications. After identifying relevant publications, using the grading scale I established, I interpreted these data to reach the conclusions in this report. This type of "Qualitative Assessment" is consistent with generally accepted standards I use in my academic work while preparing, drafting, and editing peer-reviewed publications.

## II. Introduction to Necrotizing Enterocolitis

### A. Definition of Necrotizing Enterocolitis

While reports of premature infants dying in the setting of vomiting and abdominal distension and necrotic bowel at autopsy existed as early as 1891, the report of Mizrahi et al., from the Cleveland Clinic in 1965 of 18 premature infants who had a syndrome of vomiting, abdominal distension, gastrointestinal bleeding, and apnea with ulcerations, perforations, and necrosis of the bowel is largely credited with being the first report of "necrotizing enterocolitis."[6] Despite significant advances in prenatal care, NEC, continues to be a source of morbidity and mortality in premature infants.

While there are many classification systems used to define NEC, the classification system proposed by Bell in 1978[7] and modified by Walsh in 1986[8] remains the most widely used and accepted clinical definition of NEC, grouping the disease into 3 stages (I-III), with stage II-III having substages (A/B).

The stages are defined as follows[8]:

NEC Stage I: Stage IA is suspected NEC based on systemic signs (temperature instability, apnea, bradycardia, lethargy), abnormal abdominal signs (gastric retention, abdominal distension, emesis, heme-positive stool), radiographic findings of normal bowel or mild intestinal distension, and mild ileus. Stage 1B is suspected NEC having and the same features as Stage IA but the additional finding of grossly bloody stool.

NEC Stage II: Stage IIA is definite NEC with mild illness, systemic signs (temperature instability, apnea, bradycardia, lethargy), abnormal abdominal signs (gastric retention, abdominal distension, emesis, grossly bloody stools, absent bowel sounds abdominal tenderness), and radiographic signs (intestinal dilation, ileus, pneumatosis intestinalis). Stage IIB is definite NEC with moderate illness, systemic signs (temperature instability, apnea, bradycardia, lethargy, mild metabolic acidosis, thrombocytopenia), abnormal abdominal signs (gastric retention, abdominal distension, emesis, grossly bloody stools, absent bowel sounds, definite abdominal tenderness, with or without distension, possible right lower quadrant mass), and the same radiographic signs as IIA plus ascites.

NEC Stage III: Stage IIIA is advanced NEC with moderate illness, systemic signs (temperature instability, apnea, bradycardia, lethargy, mild metabolic acidosis, thrombocytopenia, hypotension, bradycardia, severe apnea, combined respiratory and

metabolic acidosis, DIC, and neutropenia), abnormal abdominal signs (gastric retention, abdominal distension, emesis, grossly bloody stools, absent bowel sounds, definite abdominal tenderness, with or without distension, possible right lower quadrant mass, signs of peritonitis, marked tenderness, and abdominal distention), and radiographic signs (intestinal dilation, ileus, pneumatosis intestinalis, ascites), with Stage IIIB having all of the features of Stage IIIA with perforated bowel and pneumoperitoneum by radiograph.

NEC is classified into several subsets. These include, among others, Classic and Fulminant NEC. Classic NEC is the most common form of NEC, typically occurring shortly after birth. It is often associated with the introduction of enteral feeding (including exposure to CMBF).[d] Fulminant NEC is characterized by the rapid onset of the disease with death typically occurring 48-72 hours after diagnosis[9,10]. Risk factors for Fulminant NEC include, but are not limited to: a) low birth weight; b) rapid increase in feeding volume (> 20 ml/kg/day); c) anemia; and d) increased exposure to CMBF.

B. NEC Treatment and Consequences

Management for suspected NEC varies widely, but generally includes bowel rest by withholding enteral feeds, serial abdominal exams, and serial x-rays[11]. Confirmed NEC (Stage IIA or higher) is treated by cessation of enteral feeds, placement of a suction catheter into the stomach to decompress the bowel, IV antibiotics, as well as supportive care for the critically ill infant (e.g. mechanical ventilation if respiratory failure, medication to maintain blood pressure, total parenteral nutrition). While some NEC cases can be managed medically, surgery is required in the most severe forms. General indications for surgery in

[d] Enteral feeding is dietary intake that is absorbed through the GI tract.

NEC treatment include: 1) perforated abdomen and/or 2) abdominal distension of such great volume that the diaphragm cannot contract to allow for lung inflation; in this case, surgery relieves the abdominal pressure and allows for expansion of the lungs, thus preserving respiratory function. Surgical NEC confers increased mortality from the acute NEC illness as well as increased morbidity, relative to medically treated NEC, with increased incidence of bowel scar and stricture, subsequent surgical resections, and increase risk of death from fulminant sepsis and shock. When a significant portion of the bowel has necrosed, some infants are left with insufficient intestines to digest and absorb food and nutrients. This "short gut syndrome" leaves affected infants with partial or total dependence on parenteral (intravenous) nutrition, with the associated risks and complications (e.g. blood stream infection) that come with having a long-term central line.

In addition to the immediate complications mentioned above, having confirmed NEC at any stage is associated with both immediate and long-term complications. Interrupting enteral feeds delays the overall length of stay in the NICU and is associated with poor growth, despite supplementation with parenteral nutrition[12,13]. Long-term exposure to IV nutrition (in particular IV lipid emulsions required for growth and survival) confers a higher risk of cholestasis which can progress to liver fibrosis and liver failure in its most severe form[12]. Beyond the gastrointestinal organs, the systemic inflammatory response leads to increased risk of bronchopulmonary dysplasia (BPD, chronic lung disease of prematurity) due to both the inflammation response and need for prolonged mechanical ventilation in the setting of severe abdominal distension[13]. Exposure to antibiotics that can be nephrotoxic at prolonged doses combined with systemic shock can lead to renal insufficiency and infants with severe

NEC who survive have worse neurodevelopmental outcomes when assessed for gross motor, fine motor, and speech when compared to gestationally-age matched infants who do not have NEC.

C. Clinical Associations with Developing NEC in Premature Infants

Although term infants with known cyanotic heart disease or other conditions of limited blood flow can develop bowel ischemia and pneumatosis by radiograph, NEC of the term infant is considered a different clinical entity with different pathophysiology than NEC associated with prematurity. Ergo, for the purposes of this report, NEC and its associated mechanisms refer only to NEC occurring in preterm infants.

Since initially described, there are several clinical features of premature infants that are associated with NEC[14–18]:

1) Gestational age ("GA"): within premature infants (22-35 weeks), with infants born at earlier gestational age having an increased risk of NEC,
2) Intrauterine growth restriction (IUGR): infants who were documented to have poor growth in utero,
3) Small for gestational age ("SGA"): Infants born <10th percentile for GA,
4) Perinatal hypoxic insult: infants who have a history of birth asphyxia, placental abruption (as measured by cord base deficit, low Apgar score),
5) Maternal drug exposure: cocaine use during pregnancy, maternal tobacco exposure,
6) Feeding: both prolonged absence of feeds (NPO) and rapid escalation of feeds, and

7) Type of feeding: use of CMBF confers increased risk of developing NEC compared to use of human milk[19].

This is not an exhaustive list of all clinical associations identified in every study but reflects a consensus in the literature and by the American Board of Pediatrics Sub-Board in Neonatal-Perinatal Medicine on clinical associations reproducibly identified as associated with NEC in premature infants across multiple centers and studies.

III. Epidemiology of CMBF and NEC

I defer to the expertise and overview from the expert reports of Drs. Logan Spector and Rebecca Betensky whose reports I reviewed. Dr. Spector conducted a "systematic literature review" and Bradford Hill analysis to evaluate the causal association between CMBF and NEC. He concluded to a reasonable degree of epidemiological certainty that exposure to CMBF is causally associated with NEC. Dr. Spector's conclusion was based on the weight of the epidemiological evidence establishing a statistically significant increased risk of NEC from exposure to CMBF. Dr. Spector's report also incorporated biostatistical analysis from Dr. Rebecca Betensky, who conducted a meta-analysis of relevant randomized clinical trials (RCTs), observational and case-control studies using a fixed-effect model to calculate a Relative Risk or Odds-Ratio for exposure to NEC from CMBF. Based on her analysis, Dr. Betensky reported the Relative Risk or Odds-Ratio as follows:

RCTs: RR: 1.67; CI 95%: 1.22-2.28
RCTs Bells Stage II: RR: 1.60; CI 95%: 1.15-2.21
Observational studies: RR: 3.26; CI 95%: 2.47-4.31
Case Control studies: OR: 2.35; CI 95%: 1.42-3.87
Case Control Bells Stage II studies: OR: 2.74; CI 95%: 1.48-5.09
Prolacta studies: RR:1.89; CI 95%: 1.12–3.21.

Each analysis supports Dr. Spector's conclusion that exposure to CMBF is causally associated with NEC.

Taken collectively, the epidemiological data weights in favor of a causal association between exposure to CMBF and the development of NEC. In all studies, Drs. Spector's and Betensky's analysis evidenced a Relative Risk or Odds-Ratio approaching or exceeding 2 (i.e., a doubling of the risk) all of which were statistically significant. As noted above, while I am not an epidemiologist, I am familiar with general epidemiological principals to the extent I am aware that statistically significant data approaching or evidencing a doubling of the risk (i.e., an RR or OR of 2) is supportive of a causal association between exposure to a given product and the studied harm. In this case, the epidemiological data, supports my conclusion that exposure to CMBF is causally associated with the development of NEC.

In addition, Dr. Spector's systematic literature review also identified several studies involving a comparison between Prolacta (a human milk-based fortifier) versus exposure to CMBF. Prolacta is a human milk-based product that contains no bovine derivatives or corn-based additives. Dr. Spector identified the relevant RCTs involving Prolacta and exposure to CMBF. He supplied these studies to Dr. Betensky who, using these data, calculated the Relative Risk from a 100% human milk-based diet compared to a diet that included CMBF as: RR = 1.89; CI 95%: 1.12 – 3.21. This finding, coupled with my clinical judgment, establishes that Prolacta (or other human milk-based nutrition) reduces the risk of NEC from enteral feeding. It is my medical opinion that Prolacta (or other human milk-based fortified nutrition) are safter alternatives to CMBF and serve the same function of providing nutrition to premature infants as CMBF without substantially increasing the risk of NEC.

## IV. Animal Models Used to Test Mechanism of NEC

### A. Introduction to Animal Models of Disease Mechanism

Animal model systems are routinely used in developmental biology as a way of understanding organ development in general and to isolate the role of individual proteins and cell types in the contribution to organogenesis and disease. As with any model system, each species used has strengths and limitations. While not identical to human infants, pre-clinical animal models allow for the isolation of potentially targetable mechanisms to augment our understanding of the biology and to discover new therapies. A pre-clinical animal model of disease also allows for the testing of therapeutic drugs and interventions. These *in vivo* models replicate major cell types and organs found in humans and can reveal the effects of interventions on other organs and on important organism-level outcomes such as growth.

Animal models have several advantages: 1) Because researchers control all aspects of the animals' lives, they can be conducted with isolated clinical variables and avoids the problem of confounding that can occur in epidemiology. 2) Ethical limitations are diminished given animals can be sacrificed and tissues examined. 3) Exposure can be carefully controlled. 4) Disease states can be intentionally induced. 5) Animal models provide excellent and useful information on pathological mechanisms[20,21].

Of course, animal models have certain limitations. Animal study results must be extrapolated to humans, and there may be species-specific differences in metabolism and other processes. In addition, sometimes high doses of exposures are used in animal studies, however, this is less of a problem in the studies of the different effects of breast milk and formula as the amount consumed in animals remains comparable to the consumption of

formula (relative to size) as human infants. Other *in vitro* model systems study the isolated interactions of isolated cells in a dish and can help uncover molecular details about cells and interactions with components of breast milk and formula. Within both types of pre-clinical models, many kinds of molecular assays can be performed with different experimental readouts. The strength of a scientific conclusion depends on the strength of the data supporting that conclusion, with the strongest scientific arguments being based upon data from multiple orthogonal methods.

To perform studies of molecular mechanisms and to test potential therapeutic approaches, several vertebrate animal models have been cultivated and validated as replicating many of the key features of necrotizing enterocolitis in human infants. Because prior published randomized trials that randomized infants to preterm formula or donor breast milk (when mother's own milk is not available) have demonstrated clear risk of NEC with CMBF exposure[22], the kind of studies where formula exposure is used to intentionally study NEC in human infants are no longer ethically permissible due to loss of clinical equipoise. Clinical equipoise is, "a state of genuine uncertainty on the part of the clinical investigator regarding the comparative therapeutic merits of each arm in a trial"[23]. Specifically, it is generally accepted in the scientific community that randomizing children into a breast milk fed cohort versus a formula fed cohort is unethical because a researcher must comply with a mother's choice to feed her child breast milk, and because there is no longer medical equipoise about whether formula contributes to the risk of NEC. Similarly, it is generally unethical to expose study participants to clinical outcomes where the primary endpoint is death (a common occurrence effecting premature infants who develop NEC). As a result,

there are no longer active, double-blinded randomized clinical trial comparing the rates of NEC for children fed breast milk versus those fed formula. In fact, the most recent reported RCT in which infants without mothers' own milk were to be randomized to donor breast milk or formula was stopped early with less than 75% of goal enrollment due to a loss of clinical equipoise among the participating centers[24].

NEC is a devastating disease without targeted therapies. The scientific pursuit of understanding the environmental exposures and cellular mechanisms of NEC pathophysiology has an overall goal of discovering new targeted therapies that would reduce the risk of NEC or provide curative treatment. Many of the proposed interventions involve an improved understanding of the role of dietary exposure and diet modifications. Before trialing these interventions in vulnerable human patients, animal models are used to ascertain safety and other molecular features of the proposed dietary components (e.g. carbohydrates, fats, and proteins).

Thus, *in vivo* animal models of NEC are necessary to provide guidance about the mechanism and molecular etiology of NEC—all models whose data inform the basis of this report are from peer-reviewed publications. The models commonly used in the literature and their relative strengths and weaknesses are summarized below, relying on recent reviews of these models (and the papers referenced therein)[25,26,27]. Over the past three decades of basic science research into the molecular mechanisms of NEC, several common features have emerged as being able to induce NEC in animal models, with nearly all of them introducing CMBF feeding to induce NEC. The reasoning behind including CMBF in animal models of NEC is based on multiple papers demonstrating that breast milk is associated with

decreased risk of NEC[22,28] and that preterm infants exposed to any preterm formula are 3.5-20 times more likely to develop NEC as exclusively human milk-fed infants[22]. Further as noted below, the components of CMBF have been demonstrated to cause intestinal injury across multiple animal models[29].

In addition to CMBF, animal models often employ other noxious stimuli to induce NEC, including bacterial inoculation, hypoxia, and hypothermia[30]. While these exposures can increase the incidence and severity of the NEC phenotype in the model system, these exposures are not sufficient in isolation to cause NEC[29]. Notably, the in-utero environment is relatively hypoxic, with the pAO2 (partial pressure of oxygen) approximately 25 mm Hg[31] with a normal pAO2 in an infant after transition to extrauterine life being 75-100 mm Hg[31]. While these additional stimuli in animal models may replicate the physiologic exposures of the preterm infant and increase the severity of NEC in models, the role of these stimuli in isolation is not nearly as contributory to the pathophysiology of NEC as formula feeding, as evidenced by studies wherein these factors are isolated[29].

In addition to formula missing the protective effect of breast milk, there is a significant body of evidence that the components of CMBF themselves can be injurious to the preterm intestinal tract (reviewed in detail below under mechanism)[32,33]. Indeed, as early as the 1970s, experimental models of NEC recognized the protective effects of breast milk and increased risks of formula feeding for developing NEC[30]. Other predisposing factors to NEC modeled *in vivo* include prematurity, bacterial dysbiosis, inflammatory stimulus, and ischemia/reperfusion injury. At the root of the animal models is the replication of the pathophysiology of malabsorption of undigested dietary substances, which leads to

distension, fermentation, inflammation, and NEC. Below is an abbreviated summary of the most commonly used and published animal models in the scientific literature[25,27]:

1. Rodent models of NEC

Rats represent some of the earliest NEC model systems. To induce intestinal pathology that strongly resembles human NEC, rats are delivered preterm and given CMBF to initiate NEC pathophysiology. Formula feeds are combined with hypothermia and/or hypoxia to create intestinal necrosis. These noxious stimuli (formula feeds, hypoxia, hypothermia) have been demonstrated in rodent models to initiate NEC via activation of the receptor protein Toll-like receptor 4 (TLR4) signaling pathway in the intestinal lumen[34–37]. TLR4, as discussed in detail below, plays a critical role in the pathogenesis of NEC, as evidenced through several animal models. With mice, NEC can be initiated using similar stimuli, with the advantage that mouse models have more tools for genetic modification and isolation of molecular mechanistic contributors to NEC. Both mice and rats allow for the testing of potential therapeutic interventions, e.g., addition of different lipids[38], carbohydrates[39], proteins[40], enzymes, or other therapies.

2. Preterm piglet model of NEC

The preterm piglet model has several strengths. Piglets delivered at 90-95% gestation yield a vertebrate model with developmental homology to a human infant born at 28-30 weeks[27,41]. In addition, the larger size of piglets (compared to rodents) makes them amenable to other technical manipulations (IV fluids, surgery, TPN). As with rodent models, NEC is induced via hypoxia/hypothermia in combination and CMBF feeds. Pigs also have

similar microbiota to human patients. In the preterm piglet model, malabsorbed undigested formula leads to fermentation, distension, ultimately inflammation and necrosis[20].

The piglet model is widely accepted in the scientific community for animal testing involving NEC research[20,41]. In 2020, Burrin et al., reported “Pigs are increasingly important animals for modeling human pediatric nutrition and gastroenterology and complementing mechanistic studies in rodents.”[20] The many strengths of the piglet model of NEC include replicating the signature clinical manifestations of NEC (abdominal distension, cyanosis, pneumatosis by x-ray) as well as the histologic features of NEC (tissue necrosis, villous sloughing, mucosal edema, and infiltration of the tissue by leukocytes)[20]. This, coupled with the fact piglets share many common characteristics with VLBW infants including, weight, anatomy of the gastro-intestinal tract and physiology allow use of piglet models to closely correlate the human condition of VLBW infants. Piglet models have been reported in the literature for decades as a way of understanding the components of formula that contribute to the risk of NEC and possible therapeutic feeding strategies. Limitations of the piglet model include the general expense of maintaining the infrastructure of a pig colony for research, fewer reagents for molecular study than rodent models, and a paucity of transgenic animals to study the molecular details of NEC[25].

3. Other models

NEC has been modeled in non-human primates, with 5% of preterm baboons developing NEC in a model system where they are delivered early and kept alive using IV fluids and ventilators, and have formula feeds initiated[42]. Gnotobiotic quails, in which all microbes have been removed from their intestines have been used to determine the role of

specific GI flora and the fermentation process of undigested bacteria[43]. Studies from these other models are relatively small in number.

V. Absorption and Malabsorption of Dietary Macronutrients

Critical to understanding a relationship between dietary intake and the development of NEC is an understanding of the biochemistry of the digestive process. Enzymes are catalyst proteins that help bring about a specific biochemical reaction. In the case of digestion, this reaction is the breakdown of carbohydrates, proteins, and fats, with individual enzymes, expressed and secreted from the cells of the GI tract, having specific target molecules that it assists in breaking down into smaller molecules for the absorption by the GI tract.

Carbohydrates, proteins, and fats are complex molecules. A molecule is a combination of atoms bound together by a chemical bond. For example, when two hydrogen atoms bind to an oxygen atom, they form the molecule $H_2O$ (or water). Energy is required to break chemical bonds. Generally, the more complex the molecule, particularly those made up of double or triple chemical bonds, the more energy is required to break the bond. In digestion, enzymes are catalysts that assist with breaking down the chemical bonds that hold carbohydrates, proteins, and fats together. Specifically, complex macronutrient molecules are ingested and digested by enzymes in the gastrointestinal tract which allows these complex molecules to be broken down into smaller compounds. These smaller compounds cross the lining of the intestine by either active or passive transport where they are ultimately carried by the bloodstream to other tissues, and converted within cells to

energy (ATP, adenosine tri-phosphate), which allows for normal cellular function in every organ.

Digestion and absorption of usable molecules from ingested food requires an intact, healthy gastrointestinal tract, with the intestines having long protrusions called villi to increase the surface area available for absorbing nutrients. Specialized enzymes and other secreted proteins help to break down carbohydrates into components that can be absorbed across the intestinal epithelium into the bloodstream. The primary enzymes that assist with digestion are: amylase, lactase, maltase, proteases such as trypsin, and lipases.

Malabsorbed undigested food contributes significantly to the pathophysiology of NEC (as discussed below). Generally, undigested food provides an energy source for bacteria, leading to the attraction and overgrowth of bacteria such E. coli and clostridium species[44,45]. Like many anaerobic bacteria species in the GI tract, clostridium uses a form of metabolism that does not require oxygen called fermentation to break down undigested food sources, with resulting products of fermentation being short chain fatty acids (SCFAs), and gas[44]. These end products of digestion can be cytotoxic to the epithelial cells that line the intestine, and the increased gas can overdistend the intestinal lumen. Attraction of certain pathogenic bacteria, bacterial colonization and overgrowth, and intestinal dilatation itself can all activate TLR4 (further details below), leading to the development of NEC.

VI. Differences in CMBF and Breast Milk Macronutrients

For survival, the human diet requires macronutrients of carbohydrates, proteins, and fats. CMBF is a synthetic food manufactured in the United States for use by pre-term infants to supplement and/or provide dietary nutrition. While CMBF for preterm infants contains the

three primary components of carbohydrates, proteins, and fats, there are critical differences between CMBF and breast milk in the type of carbohydrates, proteins, and fats contained therein. Specifically, both breast milk and CMBF provide these three macronutrients, but there are distinct molecular differences between them in the components of these macronutrients that are summarized below:

A. Carbohydrates

The primary carbohydrate in breast milk is lactose. In contrast, CMBF sold in the United States contains complex glucose polymers such as maltodextrin (MDX) and corn syrup solids (CSS) as their primary carbohydrate source. Both MDX and CSS are synthesized from cornstarch via hydrolysis, with CSS containing more maltose than maltodextrin[46]. Maltose is a disaccharide formed by two glucose molecules joined by an alpha bond. There are several enzymes involved in the digestion of carbohydrate to glucose, which can be absorbed across the intestine. Lactase breaks lactose into its component's galactose and glucose. Amylase, which is contained in saliva and also made by the pancreas, breaks down complex sugars like those in CSS into maltose (which can also be broken down to glucose by the enzyme sucrase-isomaltase) and the long chains of glucose polymers of CSS/MDX into individual glucose molecules.[47]

While human preterm infants do have some maltase activity that allow for breakdown of CSS/MDX, there is evidence in pre-clinical models that CSS/MDX itself can cause primary damage to the fragile intestinal lining of the neonatal intestine,[29] flattening the microvilli, and therefore reducing the surface area available for nutrient absorption. In general, prolonged maltodextrin exposure in the healthy intestine (>45 days) results in increased intestinal

inflammation, even in the absence of infection[48]. Further, bacteria also use carbohydrates as an energy source. The bacteria species *Eschericia coli (E. coli)* can utilize maltodextrin as an energy source, making a complex set of enzymes and binding proteins whose primary function is to uptake and metabolize maltodextrin[49]. Thus, undigested maltodextrin can be used as an energy source to support the expansion and overgrowth of growth of E. coli, leading to increased inflammation and NEC.

Breast milk contains exclusively lactose as a carbohydrate source. While measured levels of maltase or lactase activity in preterm infants have demonstrated a statistically significant increase in maltase activity in the preterm intestine over lactase initially[50], there is no consensus that this relative increase in enzyme activity is of biological significance, especially since exclusively breastfed infants seem to grow well and no mammalian milk contains CSS/MDX. Notably, preterm colostrum and preterm breast milk in general has relatively less carbohydrate and more protein content relative to mature milk, aligned with the lactase activity in the preterm intestine which increases over time[51,52].

Malabsorbed carbohydrate remains an enduring feature of the animal models of NEC. As preterm piglets have diminished capacity for digestion of CSS/MDX, when they are fed formula containing CSS/MDX, the undigested/malabsorbed carbohydrate leads to intestinal pathology that strongly resembles the NEC seen in human infants, specifically the systemic illness, hemorrhagic and necrotic intestines, and epithelial sloughing[20]. Notably, preterm piglets fed formula wherein the only carbohydrate source was lactose died from NEC at an incidence of 0% compared to a 50% in preterm piglets fed CSS/MDX-containing formula[39]. In fact, even when dietary load of MDX was reduced to correlate with the preterm piglet's

digestive capacity, NEC was still observed[39,53]. In summary, undigested carbohydrates in animal models and preterm humans lead to fermentation byproducts from the overgrowth of bacteria, intestinal distension and intestinal injury leading to NEC. These effects of undigested carbohydrates are well-mimicked in research groups using the preterm piglet model and in rodent model systems, which all include the use of CSS/MDX-containing formula to simulate NEC in the laboratory[41,45].

B. Proteins

The protein content is also different between CMBF and human milk. The two primary proteins in milk, whey and casein, exist in different ratios in human and bovine milk, with human milk containing a 60:40 ratio of casein to whey and bovine milk containing an 80:20 ratio of the same. Relative to casein, whey is more easily digested and absorbed due to its different amino acid content. In addition, the specific isoforms of casein and whey in human milk are different than those found in bovine milk. Cow's milk contains β-Lg as the major component of whey, which is relatively absent in human milk[54]. Similarly the types of casein in bovine and human milk differ by their specific amino acid content, with human milk containing more β-casein and K-casein and bovine having more α-casein, with α-casein being more difficult to digest[55].

Both the specific isoforms of casein and the relative higher whey content makes breast milk more readily digested and absorbed than CMBF. Further, breast milk contains proteases that help to break down milk proteins after ingestion, and these proteases are not in CMBF[56]. As with undigested carbohydrates, undigested proteins can lead to the excessive bacterial overgrowth, fermentation, intestinal distension, and inflammation[53,88]. Further, *in vitro*

studies have demonstrated that the proteins in cow's milk and CMBF activate TLR4 at the cellular level[32], contributing to the initiation of inflammatory response, vasoconstriction, ischemia, and cell death.

C. Fats

There are large differences in the fat composition of CMBF and breast milk and in the enzyme sufficiency required to break down these fats. Human milk contains a higher percentage of cis- and trans-isomeric fatty acids, specifically palmitic and oleic acids, and there is a gradual increase in concentration of fat content as milk matures[52]. The fat contained in preterm CMBF includes large amounts of long-chain triglycerides, which have to be broken down by pancreatic lipase and bile salts. Premature infants are relatively deficient in both pancreatic lipases and bile salts, and there is evidence in pre-clinical rat and mouse models of NEC strongly supporting the idea that reducing the long-chain triglyceride content of the CMBF used to induce NEC reduced its severity[57,58]. Specifically, in the mouse NEC model, there was an intracellular buildup of undigested long-chain triglyceride-containing unsaturated fat, creating oxidative stress and inflammation. Both studies confirmed that undigested fats, largely stemming from the inability to digest long-chain triglycerides due to relative lipase deficiencies in preterm infants, lead to bacterial overgrowth, resulting in TLR4 activation, ultimately leading to the development of NEC[57,58].

Breast milk also contains lipase, which aids in the digestion of fat. The presence of lipase in breast milk helps to compensate for the relative lack of pancreatic lipase in the preterm infant. CMBF, by contrast, has different fat content than breast milk, and CMBF does not contain many of the sufficient enzymes needed to break down that fats[57]. As a

result, CMBF increases unbound free fatty acids (FFAs), which are themselves cytotoxic to endothelial cells, epithelial cells, and circulating immune cells such as neutrophils, with 47-99% of these cells dying after exposure to lipase-digested CMBF relative to 6% of intestinal cells dying after exposure to lipase-digested breast milk[58].

VII. The Development of NEC from Ingestion of CMBF to Disease

The gastrointestinal tract plays many roles: 1) ingestion, digestion, and absorption of nutrients, 2) surveillance for invasive pathogens and immune response, with immune cells in the GI tract secreting antibodies (e.g., secretory IgA) that help prevent infection, and 3) barrier integrity by the lining of the intestine, with the epithelial cells joined by complex protein structures called tight junctions that serve as a barrier to protect the body from invasion by the bacteria and microbes in the intestine. This barrier also regulates the absorption of water from ingested food. The GI tract is comprised of many different kinds of cells: epithelial cells that line the stomach and intestines, endothelial cells that line the blood vessels that supply the intestines, mesenchymal/stromal cells that support the structure of the intestines, resident immune cells that provide surveillance and protection from invading pathogens, secretory cells that make digestive enzymes, and neurons that sense stretch and injury and also that provide the stimulus for peristalsis and GI motility. In the pathogenesis of NEC, my focus is on the epithelial cells, endothelial cells, and immune cells and their role in the molecular mechanisms of NEC following the preterm infant's exposure to CMBF because these are the cell types most discussed in the relevant scientific literature about what is known about NEC pathophysiology.

A. Premature Intestine vs Term Intestine

Infants born early have immaturity of every organ including the GI system. As such, there are several aspects of the function of the GI tract that are immature in preterm infants. In general, the preterm intestine has decreased epithelial barrier function and increased permeability[59], rendering it vulnerable to translocation of bacteria in the setting of bacterial overgrowth. In addition the enzymes that digest macronutrients (e.g., lactase and amylase for carbohydrates, lipase for fats, trypsin and pepsin for proteins) are produced in smaller amounts in premature infants, with increased production of these enzymes as the infants get closer to term[1,60–62]. For this reason, the immature GI tract in preterm infants is vulnerable to undigested substances accumulating in the intestines[63].

Another major developmental difference between preterm and term intestine is the expression level of TLR4. TLR4 is expressed at high levels in the premature gut relative to term infants, with decreased expression as infants approach term gestation[64,65]. TLR4 plays multiple roles in the body. During organogenesis, in the sterile environment of the fetus, TLR4 plays a role in intestinal stem cell differentiation and intestinal organ development and maturation[66]. As such, TLR4 is expressed at high levels particularly during the second trimester. During normal development, TLR4 levels in the intestine rapidly decrease as the infant nears term, which allows for the intestine to tolerate the presence of foreign substances.

One of TLR4's most well-characterized roles is in signaling an inflammatory response to the presence of a pathogen[67]. After birth, the premature infant leaves the sterile environment of the womb, and the intestine rapidly transitions to being colonized by bacteria.

Bacteria is attracted to undigested food—as a nutrient source. The presence of gram-negative bacteria with LPS in their cell walls activate TLR4[65]. Once activated, TLR4 leads to an inflammatory response as manifested by the expression of cytokines and chemokines, which are cell-signaling molecules that effect local changes in the immediate area of activation and also recruit immune cells, such as macrophages, neutrophils, and lymphocytes[64,65]. The local effects of TLR4 activation include a breakdown in the tight junctions that connect the epithelium leading to increased permeability of the intestinal barrier as well as tissue edema[36,67,68]. The increased permeability of the intestinal lining can allow bacterial translocation across the intestine into the blood stream leading to sepsis[68]. Further, as described in more detail below, when TLR4 is activated on endothelial cells that line the blood vessels of the intestines they cause the blood vessels to constrict (vasoconstriction) leading to tissue ischemia[69].

In summary, because of the increased expression of TLR4 in the premature infant, contact with bacteria activates TLR4 signaling leading to a cascade driving a pronounced inflammatory response. These signaling events can initiate the development of NEC via vasoconstriction that results in local ischemia and/or a loss of epithelial tight junctions that make the barrier leaky and susceptible to bacterial translocation[36,70]. In addition, the inflammatory response is accompanied by intestinal wall edema, which functionally impairs peristalsis and absorption[71]. The marked decrease in TLR4 expression in the intestine as infants approach term allows the GI tract to tolerate the colonization with bacteria and the presence of food in the intestinal lumen without triggering an inflammatory response.

Because premature infants have higher levels of TLR4, they are susceptible to increased activation of TLR4 leading to NEC.

B. Absorptive Capacity of Pre-Term Infant Gut

Due to immature intestinal enzyme activity, the premature gut is also at risk for incomplete absorption of carbohydrates, proteins, and fat. For examples, recent studies of the preterm gut capacity for digestion protein is markedly delayed proteolysis and breakdown[72]. In addition, the premature infant has decreased capacity to break down carbohydrates and fats, with decreased enzyme activity of all the enzymes involved in metabolism. As a result, large quantities of undigested food remain in the preterm infant's gut prior to entering the colon. The presence of this undigested food is a form of malabsorption. Malabsorption of these macronutrients can lead to bacterial gaseous overdistension of the intestines and bacterial overgrowth, both of which can cause inflammation via TLR4 signaling, leading to NEC. In addition, these mal-absorbed substances can themselves stimulate the TLR4 receptor, initiating a cascade of inflammatory cytokines, vasoconstriction/ischemia, bowel wall edema, and loss of epithelial barrier integrity, leading to translocation of bacteria into the wall of the intestine and bloodstream, which can lead to NEC[65,69].

The digestive capacity is lower for every macronutrient. Protein digestion begins in the stomach with secreted hydrochloric acid and gastric pro-enzymes (e.g. pepsinogen) and continues in the intestine with secreted pancreatic pro-enzymes (trypsinogen, chymotrypsinogen, and carboxypeptidase) which are activated by enterokinase[2]. The activity of enterokinase is 25% of the activity in a term infant[73]. Similarly, the bile acids made

in the gallbladder that aid in the digestion of triglycerides and fats are also made in diminished capacity in preterm infants[74]. The use of a feeding tube, as is common in infants born <32 weeks, bypasses salivary amylase, reducing the capacity for carbohydrate digestion. Similarly, pancreatic amylase production is also significantly diminished in preterm infants[75]. Taken together, the immature intestine has markedly diminished capacity for digestion, leading to an increased amount of undigested dietary intake.

C. Activation of TLR4 in NEC Pathogenesis

1. Background of cell signaling and receptors

Within tissue, an organ, or an organism, cells communicate with each other via different mechanisms of cell-signaling. There are multiple signaling pathways with specialized properties and features, but essentially there is a message outside the cell delivered in the form of a signaling molecule, ligand, or stimulus that interacts with a receptor for a specific stimulus. A receptor is a protein usually found on the surface of the cell. In general, the structure of the receptor protein is such that it has specificity for the stimulus, though there are many receptors that can be activated non-specifically (e.g., by more than one stimulus). The binding of a stimulus to its receptor results in a conformational shape change of the receptor, displacing effector molecules bound to the part of the receptor that resides inside the cell. Through a series of steps and enzymatic reactions (e.g., phosphatases and kinases) specific to each kind of signaling pathway, the effector molecules translate the message into the response of the cell (e.g. chemotaxis, synthesis of proteins, degradation of proteins, contraction, excretion of molecules, etc.).

Put another way, receptors, when activated, tell cells to do or not do something. For purposes of increased risk of NEC in the context of this report, the key receptor is the TLR4. As discussed more fully below, TLR4, when activated, plays a central role in the pathogenesis of NEC. Specifically, when TLR4 is activated, it triggers an inflammatory response by expressing cytokines that recruit white blood cells, and breakdown tight junctions in both epithelium and endothelium[76]. Further, TLR4 activation leads to local vasoconstriction that causes the arterioles around the small intestine to constrict[69]. Both downstream effects lead to damage to the epithelial lining of the small intestine, with restriction of blood flow leading to ischemia and necrosis.

2. TLR4 signaling in preterm intestine

TLR4 is a protein that goes across the membrane of a cell with the distal end of the protein having a shape that recognizes the proteins and carbohydrates on the surface of microbes[67,77]. As a protein with a function of surveillance, TLR4 is widely expressed in the body including on epithelial cells that line the intestine, endothelial cells that line the blood vessels that supply the intestines, and on the surface of circulating immune cells[36,64]. Lipopolysaccharide (LPS), a component of the cell wall of gram-negative bacteria, and some components of gram-positive bacteria are major activators of TLR4 activity[67]. In addition, TLR4 can be activated by a variety of other proteins and substances that are associated with cell death and injury, including histones, S100 proteins, and other damage associated molecular patterns (DAMPs)[65,67]. While inflammation in response to pathogenic bacteria serves to protect the organism, excessive activation of the inflammation response under physiologic conditions is pathologic and can lead to vasoconstriction and cell death[65].

Activation of the TLR4 receptor initiates two distinct signaling cascades called MyD88 (at the cell membrane) and TRIF (which occurs in small, membrane-bound inclusions inside the cell), with MyD88 leading to proinflammatory cytokine gene expression and TRIF leading to expression of type-1 interferons and cytokines[67]. An activated TLR4 receptor consists of two protein domains that are brought together by interaction with one of the stimuli listed above (e.g., LPS, DAMPs, etc.). When bound to a stimulus, the two domains are brought together and form a stable bond. The stable form of the two extracellular domains brings together the intracellular domains of TLR4, allowing for interaction of this part of the TLR4 protein with effector molecules. Through a series of biochemical reactions, the MyD88 pathway results in phosphorylation of IkkB, liberating NF-kB, which can translocate into the nucleus to initiate the transcription of mRNA for inflammatory cytokines that recruit immune cells (e.g. neutrophils, macrophages). Similarly, interaction of the paired TLR4 intracellular domains ultimately leads to IRF3 being phosphorylated, where IRF3 translocates to the nucleus to activate transcription of IFN-beta among other cytokines.

Here, I review the biological mechanisms of TLR4 expression on the cell surface, the role of TLR4 in normal development, and how TLR4 can be activated in the setting of a preterm infant's exposure to CMBF. As noted above, in addition to its function in adaptive immunity, TLR4 also plays a role in intestinal organogenesis and cell maturation[69]. As such, during normal development, the premature intestine maintains a high level of TLR4 expression relative to term intestine[64]. TLR4 expression levels in the intestine peak during the second trimester (12-24 weeks), remain elevated in the early third trimester, and decline precipitously as infants approach term (37 weeks). The high levels of intestinal TLR4 inherent

in preterm infants confer increased risk of NEC via TLR4 activation, a finding demonstrated in transgenic pre-clinical models of NEC[64,78].

The precipitous drop in TLR4 activity functions as an adaptive response of the GI tract having to accommodate foreign substances in the form of dietary intake, as well as the colonization of the newborn intestine with bacteria. The increased levels of TLR4 at the cell surface of the epithelial cells and endothelial cells in the immature intestine create a milieu wherein cells are "primed" for activation by foreign substances, including mal-absorbed components of the diet. The protein structure of TLR4 allows it to be activated by multiple stimuli besides bacterial endotoxin including: 1) undigested substrates in CMBF directly or indirectly, 2) oxidative stress, 3) mechanical stress from intestinal distension, and 4) other stimuli induced by CMBF feeds[68,69]. This includes any cellular debris or molecules from cells that rupture due to experiencing excessive stretch from distension as in the setting of fermentation from undigested products in the preterm infant's intestine. The rupture of the cells releases DAMPS (noted above) activating TLR4[67].

The blood supply to the premature intestines depends on the patency of the small micro-vessels that come from the larger mesenteric arteries. All arterial vessels, including the microvasculature, have a circumferential muscular layer which can contract or relax in response to cellular signaling and environmental cues. Endothelial nitric oxide synthase (eNOS) is an enzyme that generates the vasodilator molecule nitric oxide (NO), which relaxes the smooth muscle surrounding the vasculature to maintain patent blood flow[79–81]. Via the MyD88 pathway, activated TLR4 signaling on the cells that line the blood vessels leads to a TLR4 activation leads to cellular signaling cascade that inhibits eNOS, resulting in

vasoconstriction and local tissue ischemia, which can lead to cell necrosis, a finding replicated in piglet models of NEC[82]. Thus, both the undigested CMBF components themselves and the bacterial overgrowth/dysbiosis they support activates TLR4 leading to the recruitment of immune cells, inflammation, vasoconstriction, ischemia, and cell death leading to the development of NEC.

In sum, the biologic pathway from ingestion of CMBF to NEC may be described as follows:

1) CMBF contains complex macronutrients in the form of carbohydrates, proteins and fats;
2) Because it is not fully developed, the preterm infant gut is susceptible to not fully digesting these macronutrients given the complexity of the molecules, coupled with certain enzymatic deficiencies;
3) Undigested CMBF, in the form of carbohydrates, proteins, and fats, result in mal-absorption of the CMBF in the intestine, and these undigested nutrients act as an energy source for bacteria;
4) Pathogenic gram-negative bacteria (e.g. E. coli) metabolize the malabsorbed nutrients, which can fuel rapid expansion of the bacteria to the point of overgrowth;
5) CMBF presents three independent pathways to the development of NEC via TLR4 activation:

a. First, bacterial overgrowth, can and does, result in overdistension of the intestines leading to cell necrosis and death of the epithelial lining and surround tissue, leading to NEC;

b. Second, pathogenic bacteria, like *E. coli,* also lead to the development of NEC by activating TLR4, which in turn triggers an inflammatory response and vasoconstriction of the blood vessels lining the small intestine.

c. Third, the macronutrients in CMBF themselves (e.g., MDX/CSS, casein isoforms, long-chain triglycerides) or their digested byproducts lead to activation of TLR4.

6) The resulting inflammatory response results in deterioration of tight junctions between the epithelial cells which results in bowel wall edema and increased intestinal permeability, making it possible for bacteria to translocate into the blood stream causing sepsis and shock. Bacteria within the wall of the intestine can release gas and this intraluminal gas is what appears as pneumatosis by radiograph.

7) This inflammatory response also recruits white blood cells to the intestine where they can have cytotoxic effects directly on the intestine and magnify the inflammatory response.

8) This inflammatory response of activated TLR4 acts on the vasculature to promote vasoconstriction leading to intestinal ischemia and necrosis.

9) As a result of TLR4 activation, triggered by the onset of bacterial overgrowth in the presence of undigested food, the impact upon the lining of the epithelial wall

and corresponding necrosis from vasoconstriction of the blood vessels surrounding the small intestine leads to the onset of NEC.

VIII: Assessment of Microbiome and its Relative Contribution to NEC

Review of the literature surrounding the intestinal microbiome and the development of NEC reveals a diversity of conclusions about the causal relationships between neonatal diet, the microbiome, and the development of NEC. There is a body of evidence to suggest that some components of breast milk (e.g. Human Milk Oligosaccharides) can also be metabolized by intestinal bacteria *Lactobacillus* and *Bifidobacteria*, leading to the hypothesis that HMOs help to change the bacterial microbiome in the preterm neonate that reduces the risk of NEC. Comprehensive genetic sequencing of the bacterial microbiome in the stool of neonates at risk for NEC has identified emerging patterns in the diversity of the microbiota of infants who go on to develop NEC, unsurprisingly demonstrating that prolonged antibiotic use has a major effect[14].

While the microbiome certainly plays a role in the complex cell-signaling and inflammatory pathways involved in the development and propagation of NEC, recent work confirmed that the source of the milk (human or CMBF) is strongly associated with variation in the microbiome[83]. However, this same study demonstrated only a marginal effect of the type of fortifier (human milk-based vs CMBF) on this variation. Notably, this relatively small study of 30 infants was not powered to detect a small effect size on microbiome diversity, nor was it powered to detect a difference in risk of NEC between patients randomized to receive either HMB or CMBF. Based on work demonstrating clinically reduced risk

associated with certain microbiota profiles, randomized control trials have been performed and/or attempted with different probiotics, but these trials individually and in a meta-analysis did not demonstrate clear protective effect in reducing the incidence or severity of NEC[84]. Although the microbiome can play a role in NEC and may be altered by undigested carbohydrates, protein, and fats, none of literature linking changes in the microbiome and NEC has demonstrated causation, with many of the stool sequencing studies showing changes after NEC was diagnosed[85–87]. Leading authorities in microbiome research and neonatology note, "It remains unclear whether pre-onset microbiome diversity is truly a risk factor for NEC, or whether discrepancies in patient cohorts and procedures, such as the use of different 16S ribosomal RNA sequencing primers in different studies, have effectively confounded a genuine biological interaction"[85]. Indeed, as a causal entity itself, the microbiome has not been shown to be a dominant mechanism in the increased risk of NEC associated with exposure to CMBF.

## IX. Conclusion

Taken together, my qualitative assessment is that the weight of the scientific evidence supports my opinion that to a reasonable degree of medical and scientific certainty, CMBF is causally associated with and/or substantially contributes to the development of NEC.

Dated: December 16, 2024

______________________________

Jennifer Sucre, M.D.

# REFERENCES

1. Dallas, D. C., Underwood, M. A., Zivkovic, A. M. & German, J. B. Digestion of Protein in Premature and Term Infants. J. Nutr. Disord. Ther. 2, 112 (2012).
2. Indrio, F. et al. Development of the Gastrointestinal Tract in Newborns as a Challenge for an Appropriate Nutrition: A Narrative Review. Nutrients 14, 1405 (2022).
3. https://www.abp.org/sites/abp/files/pdf/neonatal_perinatal_content_outline.pdf. https://www.abp.org/sites/abp/files/pdf/neonatal_perinatal_content_outline.pdf.
4. Chamberlin, T. C. The Method of Multiple Working Hypotheses: With this method the dangers of parental affection for a favorite theory can be circumvented. Science 148, 754–759 (1965).
5. Khan, K. S., Kunz, R., Kleijnen, J. & Antes, G. Five steps to conducting a systematic review. J. R. Soc. Med. 96, 118–121 (2003).
6. Mizrahi, A., Barlow, O., Berdon, W., Blanc, W. A. & Silverman, W. A. Necrotizing enterocolitis in premature infants. J. Pediatr. 66, 697–706 (1965).
7. Bell, M. J. et al. Neonatal Necrotizing Enterocolitis: Therapeutic Decisions Based upon Clinical Staging. Ann. Surg. 187, 1 (1978).
8. Walsh, M. C. & Kliegman, R. M. Necrotizing Enterocolitis: Treatment Based on Staging Criteria. Pediatr. Clin. North Am. 33, 179–201 (1986).
9. Lin, L., Xia, X., Liu, W., Wang, Y. & Hua, Z. Clinical characteristics of neonatal fulminant necrotizing enterocolitis in a tertiary Children’s hospital in the last 10 years. PloS One 14, e0224880 (2019).

10. Lambert, D. K. et al. Fulminant necrotizing enterocolitis in a multihospital healthcare system. J. Perinatol. Off. J. Calif. Perinat. Assoc. 32, 194–198 (2012).

11. Lee, J. S. & Polin, R. A. Treatment and prevention of necrotizing enterocolitis. Semin. Neonatol. 8, 449–459 (2003).

12. Bazacliu, C. & Neu, J. Necrotizing Enterocolitis: Long Term Complications. Curr. Pediatr. Rev. 15, 115–124 (2019).

13. Ganapathy, V., Hay, J. W., Kim, J. H., Lee, M. L. & Rechtman, D. J. Long term healthcare costs of infants who survived neonatal necrotizing enterocolitis: a retrospective longitudinal study among infants enrolled in Texas Medicaid. BMC Pediatr. 13, 127 (2013).

14. Patel, R. M., Ferguson, J., McElroy, S. J., Khashu, M. & Caplan, M. S. Defining necrotizing enterocolitis: current difficulties and future opportunities. Pediatr. Res. 88, 10–15 (2020).

15. Niño, D. F., Sodhi, C. P. & Hackam, D. J. Necrotizing enterocolitis: new insights into pathogenesis and mechanisms. Nat. Rev. Gastroenterol. Hepatol. 13, 590–600 (2016).

16. Cacho, N. T., Parker, L. A. & Neu, J. Necrotizing Enterocolitis and Human Milk Feeding. Clin. Perinatol. 44, 49–67 (2017).

17. Kosloske, A. M. & Musemeche, C. A. Necrotizing enterocolitis of the neonate. Clin. Perinatol. 16, 97–111 (1989).

18. Kilic, N., Büyükünal, C., Dervisoglu, S., Erdil, T. Y. & Altiok, E. Maternal cocaine abuse resulting in necrotizing enterocolitis. An experimental study in a rat model. II. Results of perfusion studies. Pediatr. Surg. Int. 16, 176–178 (2000).

19. Berseth, C. L. Feeding strategies and necrotizing enterocolitis. Curr. Opin. Pediatr. 17, 170–173 (2005).

20. Burrin, D. et al. Translational Advances in Pediatric Nutrition and Gastroenterology: New Insights from Pig Models. Annu. Rev. Anim. Biosci. 8, 321–354 (2020).

21. Lu, P. et al. Animal models of gastrointestinal and liver diseases. Animal models of necrotizing enterocolitis: pathophysiology, translational relevance, and challenges. Am. J. Physiol. Gastrointest. Liver Physiol. 306, G917-928 (2014).

22. Lucas, A. & Cole, T. J. Breast milk and neonatal necrotising enterocolitis. Lancet Lond. Engl. 336, 1519–1523 (1990).

23. Freedman, B. Equipoise and the ethics of clinical research. N. Engl. J. Med. 317, 141–145 (1987).

24. Colaizy, T. T. et al. Neurodevelopmental Outcomes of Extremely Preterm Infants Fed Donor Milk or Preterm Infant Formula: A Randomized Clinical Trial. JAMA (2024) doi:10.1001/jama.2023.27693.

25. Lopez, C. M. et al. Models of necrotizing enterocolitis. Semin. Perinatol. 47, 151695 (2023).

26. Kovler, M. L., Sodhi, C. P. & Hackam, D. J. Precision-based modeling approaches for necrotizing enterocolitis. Dis. Model. Mech. 13, dmm044388 (2020).

27. Bautista, G. M., Cera, A. J., Chaaban, H. & McElroy, S. J. State-of-the-art review and update of in vivo models of necrotizing enterocolitis. Front. Pediatr. 11, 1161342 (2023).

28. Jensen, G. B. et al. Effect of human milk-based fortification in extremely preterm infants fed exclusively with breast milk: a randomised controlled trial. EClinicalMedicine 68, 102375 (2024).

29. Singh, P. et al. Maltodextrin-induced intestinal injury in a neonatal mouse model. Dis. Model. Mech. dmm.044776 (2020) doi:10.1242/dmm.044776.

30. Barlow, B. & Santulli, T. V. Importance of multiple episodes of hypoxia or cold stress on the development of enterocolitis in an animal model. Surgery 77, 687–690 (1975).

31. Perinatal Physiology - Pediatrics. Merck Manual Professional Edition https://www.merckmanuals.com/professional/pediatrics/perinatal-physiology/perinatal-physiology.

32. Kiewiet, M. B. G. et al. Toll-like receptor mediated activation is possibly involved in immunoregulating properties of cow's milk hydrolysates. PloS One 12, e0178191 (2017).

33. Penn, A. H. et al. Digested formula but not digested fresh human milk causes death of intestinal cells in vitro: implications for necrotizing enterocolitis. Pediatr. Res. 72, 560–567 (2012).

34. Barlow, B. et al. An experimental study of acute neonatal enterocolitis--the importance of breast milk. J. Pediatr. Surg. 9, 587–595 (1974).

35. Jilling, T., Lu, J., Jackson, M. & Caplan, M. S. Intestinal epithelial apoptosis initiates gross bowel necrosis in an experimental rat model of neonatal necrotizing enterocolitis. Pediatr. Res. 55, 622–629 (2004).

36. Jilling, T. et al. The roles of bacteria and TLR4 in rat and murine models of necrotizing enterocolitis. J. Immunol. Baltim. Md 1950 177, 3273–3282 (2006).

37. Dvorak, B. et al. Maternal Milk Reduces Severity of Necrotizing Enterocolitis and Increases Intestinal IL-10 in a Neonatal Rat Model. Pediatr. Res. 53, 426–433 (2003).

38. Caplan, M. S. & Jilling, T. The role of polyunsaturated fatty acid supplementation in intestinal inflammation and neonatal necrotizing enterocolitis. Lipids 36, 1053–1057 (2001).

39. Buddington, R. K., Davis, S. L. & Buddington, K. K. The Risk of Necrotizing Enterocolitis Differs Among Preterm Pigs Fed Formulas With Either Lactose or Maltodextrin. J. Pediatr. Gastroenterol. Nutr. 66, e61–e66 (2018).

40. Al Tamimi, M. I. et al. Comparative Study on the Exacerbating Effects of Casein-Rich vs. Gluten-Rich Diets on Biochemical-Induced Features in Rodent Model of Autism. J. Mol. Neurosci. MN 72, 359–371 (2022).

41. Sangild, P. T. et al. Invited Review: The preterm pig as a model in pediatric gastroenterology. J. Anim. Sci. 91, 4713–4729 (2013).

42. Namachivayam, K. et al. Smad7 inhibits autocrine expression of TGF-β2 in intestinal epithelial cells in baboon necrotizing enterocolitis. Am. J. Physiol. Gastrointest. Liver Physiol. 304, G167-180 (2013).

43. Butel, M. J. et al. Clostridial pathogenicity in experimental necrotising enterocolitis in gnotobiotic quails and protective role of bifidobacteria. J. Med. Microbiol. 47, 391–399 (1998).

44. Ferraris, L. et al. Neonatal necrotizing enterocolitis: Clostridium butyricum and Clostridium neonatale fermentation metabolism and enteropathogenicity. Gut Microbes 15, 2172666 (2023).

45. Buddington, R. K., Bering, S. B., Thymann, T. & Sangild, P. T. Aldohexose Malabsorption in Preterm Pigs Is Directly Related to the Severity of Necrotizing Enterocolitis. Pediatr. Res. 63, 382–387 (2008).

46. Kennedy, J. F., Knill, C. J. & Taylor, D. W. Maltodextrins. in Handbook of Starch Hydrolysis Products and their Derivatives (eds. Kearsley, M. W. & Dziedzic, S. Z.) 65–82 (Springer US, Boston, MA, 1995). doi:10.1007/978-1-4615-2159-4_3.

47. des Gachons, C. P. & Breslin, P. A. S. Salivary Amylase: Digestion and Metabolic Syndrome. Curr. Diab. Rep. 16, 102 (2016).

48. Arnold, A. R. & Chassaing, B. Maltodextrin, Modern Stressor of the Intestinal Environment. Cell. Mol. Gastroenterol. Hepatol. 7, 475–476 (2018).

49. Boos, W. & Shuman, H. Maltose/Maltodextrin System of Escherichia coli: Transport, Metabolism, and Regulation. Microbiol. Mol. Biol. Rev. 62, 204–229 (1998).

50. Mobassaleh, M., Montgomery, R. K., Biller, J. A. & Grand, R. J. Development of carbohydrate absorption in the fetus and neonate. Pediatrics 75, 160–166 (1985).

51. Underwood, M. A. Human Milk for the Premature Infant. Pediatr. Clin. North Am. 60, 189–207 (2013).

52. Gidrewicz, D. A. & Fenton, T. R. A systematic review and meta-analysis of the nutrient content of preterm and term breast milk. BMC Pediatr. 14, 216 (2014).

53. Thymann, T. et al. Carbohydrate maldigestion induces necrotizing enterocolitis in preterm pigs. Am. J. Physiol. Gastrointest. Liver Physiol. 297, G1115-1125 (2009).

54. Human Milk Proteins - an overview | ScienceDirect Topics. https://www.sciencedirect.com/topics/food-science/human-milk-proteins.

55. Kamiński, S., Cieślińska, A. & Kostyra, E. Polymorphism of bovine beta-casein and its potential effect on human health. J. Appl. Genet. 48, 189–198 (2007).

56. Dallas, D. C. & German, J. B. Enzymes in human milk. Nestle Nutr. Inst. Workshop Ser. 88, 129–136 (2017).

57. Sodhi, C. P. et al. Fat composition in infant formula contributes to the severity of necrotising enterocolitis. Br. J. Nutr. 120, 665–680 (2018).

58. Sodhi, C. P. et al. The administration of a pre-digested fat-enriched formula prevents necrotising enterocolitis-induced lung injury in mice. Br. J. Nutr. 128, 1050–1063 (2022).

59. Taylor, S. N., Basile, L. A., Ebeling, M. & Wagner, C. L. Intestinal Permeability in Preterm Infants by Feeding Type: Mother's Milk Versus Formula. Breastfeed. Med. 4, 11–15 (2009).

60. Jenkinson, A. et al. Pancreatic Insufficiency, Digestive Enzyme Supplementation, and Postnatal Growth in Preterm Babies. Neonatology 121, 283–287 (2024).

61. Hamosh, M. Digestion in the Newborn. Clin. Perinatol. 23, 191–209 (1996).

62. Lindquist, S. & Hernell, O. Lipid digestion and absorption in early life: an update. Curr. Opin. Clin. Nutr. Metab. Care 13, 314–320 (2010).

63. Burge, K., Vieira, F., Eckert, J. & Chaaban, H. Lipid Composition, Digestion, and Absorption Differences among Neonatal Feeding Strategies: Potential Implications for Intestinal Inflammation in Preterm Infants. Nutrients 13, 550 (2021).

64. Gribar, S. C. et al. Reciprocal Expression and Signaling of TLR4 and TLR9 in the Pathogenesis and Treatment of Necrotizing Enterocolitis1. J. Immunol. 182, 636–646 (2009).

65. Leaphart, C. L. et al. A critical role for TLR4 in the pathogenesis of necrotizing enterocolitis by modulating intestinal injury and repair. J. Immunol. Baltim. Md 1950 179, 4808–4820 (2007).

66. Sodhi, C. P. et al. Intestinal epithelial Toll-like receptor 4 regulates goblet cell development and is required for necrotizing enterocolitis in mice. Gastroenterology 143, 708-718.e5 (2012).

67. Bell, E. TLR4 signalling. Nat. Rev. Immunol. 8, 241–241 (2008).

68. Hackam, D. J., Good, M. & Sodhi, C. P. Mechanisms of gut barrier failure in the pathogenesis of necrotizing enterocolitis: Toll-like receptors throw the switch. Semin. Pediatr. Surg. 22, 76–82 (2013).

69. Hackam, D. J. & Sodhi, C. P. Toll-Like Receptor–Mediated Intestinal Inflammatory Imbalance in the Pathogenesis of Necrotizing Enterocolitis. Cell. Mol. Gastroenterol. Hepatol. 6, 229 (2018).

70. Managlia, E., Yan, X. & De Plaen, I. G. Intestinal Epithelial Barrier Function and Necrotizing Enterocolitis. Newborn Clarksville Md 1, 32–43 (2022).

71. Ginglen, J. G. & Butki, N. Necrotizing Enterocolitis. in StatPearls (StatPearls Publishing, Treasure Island (FL), 2024).

72. Demers-Mathieu, V., Qu, Y., Underwood, M. A., Borghese, R. & Dallas, D. C. Premature infants have lower gastric digestion capacity for human milk proteins than term infants. J. Pediatr. Gastroenterol. Nutr. 66, 816–821 (2018).

73. Antonowicz, I. & Lebenthal, E. Developmental Pattern of Small Intestinal Enterokinase and Disaccharidase Activities in the Human Fetus. Gastroenterology 72, 1299–1303 (1977).

74. Halpern, M. D. et al. Bile acids induce ileal damage during experimental necrotizing enterocolitis. Gastroenterology 130, 359–372 (2006).

75. Davis, M. M., Hodes, M. E., Munsick, R. A., Ulbright, T. M. & Goldstein, D. J. Pancreatic amylase expression in human pancreatic development. Hybridoma 5, 137–145 (1986).

76. Ravisankar, S. et al. Necrotizing enterocolitis leads to disruption of tight junctions and increase in gut permeability in a mouse model. BMC Pediatr. 18, 372 (2018).

77. Mihi, B. & Good, M. Impact of Toll-like receptor 4 signaling in necrotizing enterocolitis: The state of the science. Clin. Perinatol. 46, 145–157 (2019).

78. Good, M. et al. Breast milk protects against the development of necrotizing enterocolitis through inhibition of Toll-like receptor 4 in the intestinal epithelium via activation of the epidermal growth factor receptor. Mucosal Immunol. 8, 1166–1179 (2015).

79. Chokshi, N. K. et al. The role of nitric oxide in intestinal epithelial injury and restitution in neonatal necrotizing enterocolitis. Semin. Perinatol. 32, 92–99 (2008).

80. Ciftçi, I., Dilsiz, A., Aktan, T. M., Gürbilek, M. & Duman, S. Effects of nitric oxide synthase inhibition on intestinal damage in rats with experimental necrotizing enterocolitis. Eur. J. Pediatr. Surg. Off. J. Austrian Assoc. Pediatr. Surg. Al Z. Kinderchir. 14, 398–403 (2004).

81. Drucker, N. A., Jensen, A. R., Te Winkel, J. P., Ferkowicz, M. J. & Markel, T. A. Loss of endothelial nitric oxide synthase exacerbates intestinal and lung injury in experimental necrotizing enterocolitis. J. Pediatr. Surg. 53, 1208–1214 (2018).

82. Yazji I, Sodhi CP, Lee EK, Good M, Egan CE, Afrazi A, et al. Endothelial TLR4 activation impairs intestinal microcirculatory perfusion in necrotizing enterocolitis via eNOS-NO-nitrite signaling. Proceedings of the National Academy of Sciences of the United States of America. 2013; 110(23): 9451–6. [PubMed: 23650378]

83. Kumbhare, S. V. et al. Source of human milk (mother or donor) is more important than fortifier type (human or bovine) in shaping the preterm infant microbiome. Cell Rep. Med. 100712 (2022) doi:10.1016/j.xcrm.2022.100712.

84. Beghetti, I. et al. Probiotics for Preventing Necrotizing Enterocolitis in Preterm Infants: A Network Meta-Analysis. Nutrients 13, E192 (2021).

85. Thänert, R., Keen, E. C., Dantas, G., Warner, B. B. & Tarr, P. I. Necrotizing Enterocolitis and the Microbiome: Current Status and Future Directions. J. Infect. Dis. 223, S257–S263 (2021).

86. Warner, B. B. et al. Gut bacteria dysbiosis and necrotising enterocolitis in very low birthweight infants: a prospective case-control study. Lancet Lond. Engl. 387, 1928–1936 (2016).

87. Tarracchini, C. et al. Unraveling the Microbiome of Necrotizing Enterocolitis: Insights in Novel Microbial and Metabolomic Biomarkers. Microbiol. Spectr. 9, e01176-21 (2021).

88. Diether N. et al. Microbial Fermentation of Dietary Protein: An Important Factor in Diet⁻Microbe⁻Host Interaction. Microorganisms. 2019 Jan 13;7(1):19 doi: 10.3390/microorganisms7010019.