# Exhibit 33

Case: 1:22-cv-03737 Document #: 175-5 Filed: 07/08/26 Page 2 of 16 PageID #:11348

CLINICAL REPORT Guidance for the Clinician in Rendering Pediatric Care

American Academy of Pediatrics
DEDICATED TO THE HEALTH OF ALL CHILDREN™

# Promoting Human Milk and Breastfeeding for the Very Low Birth Weight Infant

Margaret G. Parker, MD, MPH,[a] Lisa M. Stellwagen, MD,[b,c] Lawrence Noble, MD,[d,e] Jae H. Kim, MD, PhD,[f] Brenda B. Poindexter, MD,[g] Karen M. Puopolo, MD, PhD,[h] SECTION ON BREASTFEEDING, COMMITTEE ON NUTRITION, COMMITTEE ON FETUS AND NEWBORN

## abstract

Provision of mother's own milk for hospitalized very low birth weight (VLBW) (≤1500 g) infants in the NICU provides short- and long-term health benefits. Mother's own milk, appropriately fortified, is the optimal nutrition source for VLBW infants. Every mother should receive information about the critical importance of mother's own milk to the health of a VLBW infant. Pasteurized human donor milk is recommended when mother's own milk is not available or sufficient. Neonatal health care providers can support lactation in the NICU and potentially reduce disparities in the provision of mother's own milk by providing institutional supports for early and frequent milk expression and by promoting skin-to-skin contact and direct breastfeeding, when appropriate. Promotion of human milk and breastfeeding for VLBW infants requires multidisciplinary and system-wide adoption of lactation support practices.

[a]*Department of Pediatrics, Boston Medical Center, School of Medicine, Boston University, Boston, Massachusetts;* [b]*University of California Health Milk Bank, San Diego, California;* [c]*Department of Pediatrics, University of California, San Diego, Health, San Diego, California;* [d]*Department of Pediatrics, Icahn School of Medicine at Mount Sinai, New York, New York;* [e]*New York City Health + Hospitals/Elmhurst, Elmhurst, New York;* [f]*Division of Neonatology, Perinatal Institute, Cincinnati Children's Hospital Medical Center and College of Medicine, University of Cincinnati, Cincinnati, Ohio;* [g]*Children's Healthcare of Atlanta and School of Medicine, Emory University, Atlanta, Georgia; and* [h]*Department of Pediatrics, Perelman School of Medicine, University of Pennsylvania, and Children's Hospital of Philadelphia, Philadelphia, Pennsylvania*

Drs Parker, Stellwagen, and Puopolo drafted the original manuscript; and all authors provided intellectual insight and reviewed, edited, and approved the final manuscript as submitted.

This document is copyrighted and is property of the American Academy of Pediatrics and its Board of Directors. All authors have filed conflict of interest statements with the American Academy of Pediatrics. Any conflicts have been resolved through a process approved by the Board of Directors. The American Academy of Pediatrics has neither solicited nor accepted any commercial involvement in the development of the content of this publication.

Clinical reports from the American Academy of Pediatrics benefit from expertise and resources of liaisons and internal (AAP) and external reviewers. However, clinical reports from the American Academy of Pediatrics may not reflect the views of the liaisons or the organizations or government agencies that they represent.

**To cite:** Parker MG, Stellwagen LM, Noble L, et al; AAP Section on Breastfeeding, Committee on Nutrition, Committee on Fetus and Newborn. Promoting Human Milk and Breastfeeding for the Very Low Birth Weight Infant. *Pediatrics*. 2021;148(5):e2021054272

## STATEMENT OF PROBLEM

Provision of mother's own milk for hospitalized very low birth weight (VLBW) (≤1500 g) infants in the NICU provides short- and long-term health benefits. Mothers of very preterm infants face many challenges in the provision of breast milk. The goal of this clinical report is to provide neonatal clinicians up-to-date information regarding NICU lactation support for mothers of VLBW infants.



Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf by guest

## BACKGROUND INFORMATION

### Epidemiology

National data from more than 800 NICUs that participate in the Vermont Oxford Network Quality Collaborative showed that provision of human milk at discharge among VLBW infants has increased from 44% in 2008 to 52% in 2017, but disparities persist according to maternal race and ethnicity and US census region.[1] Human milk provision is lowest among non-Hispanic Black and American Indian/Alaska Native populations and within the southern region of the United States (Fig 1). Currently, there is no mechanism for national surveillance of hospital-based practices known to support breastfeeding among VLBW infants, although such surveillance has been conducted intermittently at the state[2,3] or individual NICU level.[4–7] Hereafter, breast milk terminology is used according to definitions in Table 1.

### Health Outcomes

Mother's own milk contains macronutrients and micronutrients as well as active biological components, including immunoglobulins, cytokines, growth factors, hormones, antimicrobial agents, immune cells, stem cells, and prebiotic oligosaccharides.[8] A substantial portion of the breast milk microbiome comprises probiotic bacteria.[9] Mother's own milk has been associated with multiple health benefits for VLBW infants, including lower incidences of necrotizing enterocolitis (NEC), late-onset sepsis, chronic lung disease, retinopathy of prematurity, and neurodevelopmental impairment (Tables 2 and 3). Generally, higher doses of mother's own milk are associated with increased health benefits; however, exposures of human milk are highly variable among studies (Table 2) and there is a paucity of data comparing infants exclusively fed mother's own milk, pasteurized donor milk, or preterm formula.

Pasteurized donor milk is recommended for VLBW infants when mother's own milk is not available[10]; however, pasteurization, freeze-thaw cycles, multiple container changes, and prolonged storage times required for donor milk processing reduce bioactivity.[11] When provided as an exclusive diet or in combination with mother's own milk feeding, pasteurized donor milk is protective against NEC but does not appear to confer the additional health benefits that have been reported with mother's own milk, such as reduction in late-onset sepsis or improvements in neurodevelopment.[12] Pasteurized donor milk may be considered a "bridge" until a full supply of mother's own milk is available.

Although the benefits of a human milk-based diet for preterm infants are established, studies examining the impact of an exclusive human milk diet on the risk of NEC versus a diet with any bovine components (preterm formula or bovine-derived human milk fortifier [HMF]) have had mixed results (Table 3). Several randomized control trials (RCTs) and observational studies reported reductions in NEC when very preterm infants received an exclusive human milk diet versus a diet with any bovine formula or bovine-derived HMF.[13–16] These data are countered by the largest RCT of an exclusive human milk diet of 127 infants with birth weight <1250 g who received bovine- versus human-derived HMF as a supplement to mother's own milk or pasteurized donor milk, which found no difference between groups in feeding tolerance or NEC.[17] Studies comparing human-derived HMF with hydrolyzed bovine protein HMF are not available at the time of this report.




**FIGURE 1** Any human milk at discharge among VLBW infants in the United States, 2008–2017. A, Any human milk at discharge among VLBW infants according to US region. B, any human milk at discharge according to maternal race/ethnicity. Adapted with permission from Parker et al.[1]



Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf
by guest

**TABLE 1** Breast Milk Terms

| Term | Definition |
|---|---|
| Mother's own milk | Milk from an infant's own mother |
| Pasteurized donor milk | Breast milk donated to a milk bank and pasteurized to eliminate pathogens |
| Informally shared milk | Unpasteurized milk from another infant's mother |
| Human milk | Mother's own milk or pasteurized donor milk |
| Bovine-derived HMF | Cow's milk protein–based nutritional fortifier for human milk |
| Human-derived HMF | Human milk protein–based nutritional fortifier for human milk |
| Exclusive human milk diet | Mother's own milk or pasteurized donor milk with a human-derived HMF |

## LACTATION CARE FOR THE VLBW INFANT

### Institutional Lactation Supports

Mothers of very preterm infants are more likely to initiate lactation compared with mothers of term infants,[18] yet many of these mothers do not meet their intended feeding goals.[19] Mothers of VLBW infants face several challenges, including (1) preexisting and pregnancy-related medical morbidities that may contribute to delayed lactogenesis and/or reduced milk production[20–22]; (2) prolonged mother–infant separation; (3) dependence on pumping to maintain milk production, rather than direct breastfeeding; and (4) competing demands on their time that impede frequent milk expression and NICU visitation, such as requirements to return to work and care for other children and family members, among other factors.[23,24] Multidisciplinary NICU teams can play a critical role in ongoing lactation support by providing education, institutional supports for milk provision, and medical practices that support lactation.[4,5,25,26]

### Lactation Education and Consultation

Family education has been shown to increase breastfeeding intent and reduce maternal anxiety.[27–30] Staff lactation education increases staff knowledge about breastfeeding and changes attitudes toward the use of human milk among preterm infants.[31] Readily available lactation consultants with NICU expertise improves maternal support in lacation.[25,32] However, bedside nurses also provide significant lactation education and education reinforcement.[4] Family education may include information on the health benefits of mother's own milk for VLBW infants, the need for early and frequent milk expression, the role of skin-to-skin contact (SSC), nonnutritive suckling and direct breastfeeding when physiologically appropriate, and technical information on proper milk handling, storage, and transport. NICU staff need familiarity with the technical skills of hand expression, pumping, and stepwise progression from enteral tube to oral feedings at the breast.[25,32] Family-centered care models promote family integration in medical care and improve duration of lactation.[33,34]

### Milk Expression: Timing, Frequency, and Modality

Initiating milk expression soon after birth is important to stimulate milk production and provide early feedings with beneficial effects on the VLBW infant[35]; however, the optimal timing is unclear. A multisite observational study of 1157 mother-VLBW dyads found that first milk expression within 8 hours after birth predicted the highest likelihood of lactation until hospital discharge.[36] An RCT of 180 mothers who first expressed milk 1 to 60 minutes, 61 to 180 minutes, and 181 to 360 minutes after birth found no difference in lactation at 6 weeks or mother's milk feeding at discharge but found a greater volume of milk production over the first 6 weeks within the group expressing milk at 181 to 360 minutes.[35] It remains unclear whether hand expression or use of a breast pump is best for initial milk expression. One study of 11 mothers reported that hand expression in the first 48 hours was superior,[36] but a larger RCT of hand expression versus pumping for the first 7 days after birth reported that pumping was superior.[37]

Frequent milk expression is associated with a longer duration of milk production and greater milk volumes throughout the NICU hospitalization in observational studies[38–43]; however, the optimal frequency of milk expression is difficult to ascertain because studies differ in pumping frequency cut-points (≥4 to 7 times per day).[38–44] Frequent milk expression is needed to maintain ongoing milk supply. Milk production ≥500 mL per day by day 14 after birth has been shown to predict a longer duration of milk production during the NICU hospitalization among mothers of VLBW infants.[42,43] Mothers should pump with an effective and efficient double electric breast pump at home and in the hospital when possible because these pumps are superior to manual pumps.[37,45,46] It is useful



Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf
by guest

**TABLE 2** Dose-Response Studies Examining Health Benefits of Human Milk for VLBW Infants

| | | Outcomes | | | | | |
|---|---|---|---|---|---|---|---|
| Study | Exposure | NEC | Late-Onset Sepsis | Chronic Lung Disease | Retinopathy of Prematurity | Neurodevelopment | Hospital Growth |
| O'Connor et al, 2003 (*n* = 463)[127] | Mostly HM versus some HM versus mostly PF | — | — | — | — | Favors HM | Favors PF |
| Furman et al, 2003 (*n* = 119)[128] | 1–24, 25–49, and ≥50 mL/kg of MM versus PF | — | Favors MM | — | — | — | — |
| Feldman et al, 2003 (*n* = 86)[129] | <25%, 25% to 75%, and >75% MM | — | — | — | — | Favors MM | — |
| Vohr et al, 2006 (*n* = 1035),[130] 2007 (*n* = 773)[131] | 10 mL per day increments of MM | — | — | — | — | Favors MM | — |
| Meinzen-Derr et al, 2009 (*n* = 1272)[132] | 10% of total diet increments of HM | Favors HM | — | — | — | — | — |
| Colaizy et al, 2012 (*n* = 171)[133] | >75% HM versus <75% HM | — | — | — | — | — | Favors less HM |
| Patel et al, 2013 (*n* = 175)[134] | Continuous mL/kg per day increments of HM | — | Favors HM | — | — | — | — |
| Belfort et al, 2016 (*n* = 180)[135] | Continuous days of >50% diet of MM | — | — | — | — | Favors MM | — |
| Assad et al, 2016 (*n* = 293)[16] | Exclusive HM versus MM + bovine HMF versus MM + PF + bovine HMF | Favors exclusive HM | — | Favors exclusive HM | Favors exclusive HM | — | — |
| Chowning et al, 2016 (*n* = 550)[136] | <50% days HM versus ≥50% days HM | Favors HM | — | — | — | — | Favors less HM |
| Hair et al, 2016 (*n* = 1587)[13] | Exclusive HM versus MM + PF + bovine HMF | Favors exclusive HM | Favors exclusive HM | Favors exclusive HM | Favors exclusive HM | — | — |
| Jacobi-Pollishook et al, 2016 (*n* = 611)[137] | 25 mL/kg per day increments of MM | — | — | — | — | No difference | — |
| Patel et al, 2017 (*n* = 254)[138] | 10% of total diet increments of MM | — | — | Favors MM | — | — | — |
| Sisk et al, 2017 (*n* = 551)[138] | ≥50% MM versus ≥50% DM versus ≥50% PF | Favors HM | — | — | — | — | — |
| Madore et al, 2017 (*n* = 81)[139] | 100% MM versus >50% DM versus >50% PF | — | — | — | — | Favors PF and MM | Favors PF and MM |
| Patra et al, 2017 (*n* = 430)[140] | 10 mL per day increments of MM | — | — | — | — | Favors MM | — |
| Brownell et al, 2018 (*n* = 314)[77] | 10% of total diet increments of MM versus DM versus PF | — | — | — | — | — | Favors PF and MM |
| Belfort et al, 2019 (*n* = 263 367)[141] | HM versus mixed HM and formula versus formula | — | — | — | — | — | Favors formula |
| Hoban et al, 2019 (*n* = 321)[142] | 10% of total diet increments of DM and PF versus 100% MM diet | — | — | — | — | — | Favors PF versus MM; DM versus MM no difference |
| Miller et al, 2018,[143] meta-analysis of dose-response observational studies (risk ratio [95% confidence interval]) | Varied | Favors HM (0.53 [0.42–0.67]) | Favors HM (0.7 [0.56–0.90]) | Favors HM (0.84 [0.73–0.96]) | Favors HM (0.82 [0.70–0.96]) | No difference in subcategories of childhood neurodevelopment | Not assessed |

DM, donor milk; HM, human milk (combination of mother's milk and donor milk); MM, mother's milk; PF, preterm formula; —, not applicable.

for mothers to be trained in pump use by hospital staff before they are discharged, helping them navigate common technical issues such as suction strength, pain with pumping, and proper flange fit. Mothers may be encouraged to pump at the infants' bedside with accommodations to protect privacy, because greater milk volumes have been reported when mothers pump in close contact with their infants[47]; however, the design of certain centers may mean that a central lactation room is more comfortable for some women. A single-center observational study showed increased milk volume among mothers of infants born at <31 weeks' gestation after training in hand expression while pumping (ie, "hands on pumping"), but this finding has not been examined in an RCT.[39] Mothers need training in appropriate techniques for milk storage and transport and to be provided with rigid, food-grade



Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf
by guest

**TABLE 3** RCTs Examining Health Benefits of Human Milk for VLBW Infants

| | | | Outcomes | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Study | Intervention | Control | NEC | Late-Onset Sepsis | Feeding Tolerance | Chronic Lung Disease | Retinopathy of Prematurity | Neurodevelopment | Hospital Growth |
| RCT of PF versus DM as a supplement to MM | | | | | | | | | |
| Schanler et al, 2005 ($n = 243$)[144] | MM + PF and MM + DM | MM | No difference | Favors MM | — | — | — | — | Varied[a] |
| RCTs of exclusive human milk versus not | | | | | | | | | |
| Cristofalo et al, 2013 ($n = 43$)[14] | DM + human HMF | PF + bovine HMF (powder) | Favors DM + human HMF | No difference | Favors DM + human HMF | — | No difference | — | Favors PF + bovine HMF |
| Sullivan et al, 2010 ($n = 207$)[15] | Exclusive HM (MM + DM + human HMF) | MM + PF + bovine HMF (powder) | Favors exclusive HM | No difference | No difference | No difference | No difference | — | No difference |
| Corpeleijn et al, 2016 ($n = 373$)[145] | MM + DM[b] | MM + PF[b] | No difference | No difference | — | No difference | No difference | — | — |
| O'Connor et al, 2016 ($n = 363$)[146] | MM + DM + bovine HMF (powder) | MM + PF + bovine HMF (powder) | Favors MM + DM + bovine HMF | No difference | — | No difference | No difference | No difference | No difference |
| RCTs of exclusive human milk examining fortifier types | | | | | | | | | |
| Moya[c,d] et al, 2012 ($n = 150$)[84] | MM + DM + bovine HMF (powder) | MM + DM + bovine HMF (liquid) | — | — | — | — | — | — | Favors bovine liquid HMF |
| Kim[c,e] et al, 2015 ($n = 147$)[82] | MM + DM + bovine HMF (powder) | MM + DM + bovine HMF (liquid) | — | — | No difference | — | — | — | No difference |
| O'Connor et al, 2018 ($n = 127$)[17] | MM + DM + human HMF | MM + DM + bovine HMF (powder) | No difference | No difference | No difference | No difference | Favors human HMF | — | No difference |

DM, donor milk; MM, mother's milk; —, not applicable.

[a] Regarding wt gain, MM only was favorable over MM + DM; Regarding length gain, combined MM + PF and MM + was favorable over MM only.

[b] Intervention delivered in first 10 d of hospitalization before fortifier introduction.

[c] In this trial, intact protein was used for the powder fortifier and hydrolyzed protein was used for the liquid fortifier.

[d] In this trial, the powder HMF had 2.6 g per 100 mL and the liquid HMF had 3.2 g per 100 mL.

[e] In this trial, the powder HMF had 3 g per 100 mL and the liquid HMF had 3.6 g per 100 mL.



Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf
by guest

human milk collection containers.[32,48] Individualized plans for milk production after maternal hospital discharge may be developed with staff and lactation consultants.

### NICU Practices Supporting Lactation

Recent reviews of studies examining SSC among mother-VLBW infant dyads found a positive effect of SSC on duration of mother's own milk production[49] as well as other important neonatal outcomes.[50] Early SSC has been associated with changes to the oral infant microbiome,[51] which may have implications for immune health. A previous American Academy of Pediatrics report provides guidance for SSC.[52] Family members can be encouraged to engage in SSC as often as possible and for as long as desired, depending on the infant's clinical condition. SSC can be safely performed among ventilated infants, infants receiving continuous positive airway pressure, and infants with securely placed central catheters. Facilitation of SSC may require the help of multiple hospital providers, including respiratory therapists. Continuous cardiovascular monitoring and monitoring for correct head positioning to maintain airway patency is needed.

Oral colostrum care consists of placing small amounts of colostrum on the infant buccal mucosa, often in the first hours after birth before beginning enteral feeding. Most mothers are able to provide colostrum for this purpose, even if the mother herself is significantly ill. Research in this area is emerging; a recent Cochrane meta-analysis of 6 small studies reported that oral colostrum care was associated with reduced days to enteral feedings (mean difference: −2.58 [95% confidence interval: −4.01 to −1.14]) but was not associated with reduction of NEC, late-onset sepsis, or mortality.[53] No adverse effects have been reported.[53] Research has not yet examined the impact of oral colostrum care in mother's own milk provision or family engagement later in the NICU hospitalization.

### Transition to Direct Breastfeeding

Observational studies demonstrate that initial oral feedings at the breast, more frequent breastfeeding episodes, and earlier gestational age at the time of first breastfeeding attempt are associated with longer duration of breastfeeding during the hospital and postdischarge time periods.[54–58] Despite these potential benefits, significant barriers impede breastfeeding in the NICU, such as prolonged immature oromotor coordination, mother-infant separation, and the need for fortification of mother's own milk to optimize growth. Mothers can be encouraged to begin oral feeding at the breast as soon as the infant shows physiologic readiness (ie, feeding cues), and the infant's level of respiratory support allows for oral feeding. Oral feedings at the breast have been studied as early as 31 to 33 weeks' postmenstrual age.[54,55,57–59] Direct breastfeeding can occur as often as the infant's condition and mother's presence allows. Pre- and post-breastfeeding weight measurements may be used to monitor milk transfer.[60,61]

### Multidisciplinary Team–Based Approaches

Multidisciplinary teams, including nursing, lactation, physicians, dietitians, and feeding therapists may best support lactating mothers.[4] Structured local and statewide quality improvement initiatives focused on adoption of hospital lactation support practices by multidisciplinary teams have successfully increased lactation rates.[3] Facilitators of effective multidisciplinary NICU lactation support teams include the following: consistent communication to families and among hospital staff members, physician buy-in, integration of lactation support practices into daily workflow, and ongoing data-driven feedback.[4,62]

### Health Equity

Racial and ethnic disparities in the provision of mother's milk and pasteurized donor milk for VLBW infants are well-described; human milk use is lower among VLBW infants with non-Hispanic Black mothers, compared with those with non-Hispanic White mothers.[1,43,63,64] In addition to adherence to evidenced-based breastfeeding support practices described above for all mothers, several additional approaches have been shown to reduce Black and White disparities in breastfeeding in the NICU setting, including peer-counselor programs and support groups,[65,66] assistance with breast pump acquisition,[67] and transportation for mothers to visit the hospital.[28,30,64]

### Growth and Fortification Needs for Human Milk–Fed VLBW Infants

The nutritional objective for hospitalized preterm infants is to match the fetal accretion of nutrients; nonetheless, poor growth continues to affect the majority of hospitalized VLBW infants.[68,69] Nutritional requirements cannot be met with human milk alone in the volumes of milk that are generally tolerated by VLBW infants because requirements exceed those of healthy term newborn infants in protein, energy, fatty acids, minerals, and micronutrients.[70] Multinutrient fortifiers are, therefore, added to human milk–fed to hospitalized VLBW infants.[71] It may be helpful to provide mothers with information on the use of HMFs, emphasizing the critical role of human milk despite



Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf
by guest

the need for fortification to optimize growth and development.

The macronutrient composition of preterm, term, and pasteurized donor milk is variable (Fig 2),[72–76] as are the needs of individual infants, and therefore, routine growth and nutrition monitoring is needed. Generally, the milk of mothers of preterm infants has higher protein content than the milk of mothers of term infants until about 10 to 12 weeks after birth[75] but still contains less than what is recommended for preterm infants (Fig 2).[70] The macronutrient content of pasteurized donor milk is often lower than that of milk provided by mothers of preterm infants,[74] such that infants supplemented with pasteurized donor milk, even with the addition of fortifiers, have a greater risk of growth failure.[77] Holder pasteurization used for donor milk processing results in a loss of lipase activity,[78] which reduces fat digestibility, which further adds to the risk of poor growth. Retort processing, another pasteurization method used to make shelf-stable donor milk, has been shown to significantly reduce lysozyme and secretory immunoglobulin A.[79] Overall, pasteurized donor milk is nutritionally suboptimal to a mother's own milk, reinforcing the importance of supporting mothers in maximal lactation.

Bovine- and human-derived HMFs are commercially available and vary in macronutrient content and degree to which proteins are hydrolyzed.[80–82] Bovine HMFs exist in powdered and liquid forms. In the United States, there has been a transition to use of liquid fortifier because of reports of bacterial contamination of infant formula powder and transmission of *Cronobacter (Enterobacter) sakazakii* during the hospital time period.[83] The liquid forms are supplied in sterile, single-use aliquots. Newer bovine HMFs provide hydrolyzed protein at higher protein concentrations than previous powder HMFs with intact proteins, which has been associated with improved growth.[80,84] Bovine liquid HMFs may be acidified as part of the sterilization process. A trial comparing acidified to nonacidified liquid HMFs showed similar growth but increased transient metabolic acidosis among VLBW infants receiving acidified liquid HMFs.[85] Optimal timing of fortification remains unclear, but several recent RCTs of fortification at feeding volumes less than 80 mL/kg per day showed no associations with feeding intolerance or NEC.[15,86,87] Adjustable fortification algorithms based on markers such as serum urea nitrogen may improve growth.[88,89] Rapid point-of-care milk analyzers that measure the macronutrient content of milk to facilitate individualized fortification strategies are emerging and have become available for clinical use.[90]

## HUMAN MILK SAFETY

### Milk Preparation and Storage

NICUs should optimally have institutional protocols and parent education addressing breast pump and pump kit cleaning as well as milk storage, handling, and transportation practices.[48,91,92] Guidelines for milk storage are provided in Table 4.[92–96] Fresh milk feedings maximize bioactive properties that are decreased with freezing.[97–99] Errors in administration of milk (feeding milk to an infant from an unrelated mother) are well-documented, and NICUs are best served by clear site-specific protocols for decreasing the risk of such errors. Two-provider verification as well as the use of systems similar to electronic medication administration bar coding are possible practices for preventing milk misadministration.[100,101] The Centers for Disease Control and Prevention provides guidance for instances when milk




**FIGURE 2** Comparison of macronutrient content of preterm, term, and pasteurized donor milk. Error bars indicated 1 SD. A, Protein content (g per 100 mL). B, Fat (g per 100 mL). C, Energy content (kcal per 100 mL). Preterm and term milk results modified from Gidrewicz et al.[75] Donor milk results modified from the mature donor milk category (milk from mothers obtained 4 to 52 weeks after birth) from John et al.[76]



Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf
by guest

misadministration has occurred (https://www.cdc.gov/breastfeeding/recommendations/other_mothers_milk.htm).[102] Temperature-controlled milk warmers can be used to facilitate safe warming practices.[48]

## Informal Milk Sharing

Informal milk sharing is the noncommercial sharing of human milk between mothers for the purpose of infant feeding. This practice is increasing in the United States.[103] Health care providers may choose to discourage families from direct milk sharing and the purchase of human milk from Internet-based sources. Both practices are associated with risks of bacterial or viral contamination of nonpasteurized milk and the possibility of exposure to medications and other substances.[10,104] Informal milk sharing may involve suboptimal milk handling and storage practices that may increase the likelihood of bacterial contamination.[103] Despite counseling, some mothers of VLBW infants will continue to plan on informal milk sharing; mothers are encouraged to discuss this openly with the infant's care team. Some institutions require parents to sign informed consent for hospital use of informally shared milk to document knowledge of the associated risks.

## Contraindications

Contraindications to breastfeeding are described in detail in previous American Academy of Pediatrics publications related to breastfeeding.[104–107] Providers may use LactMed, a Web-based information source published by the National Library of Medicine and National Institutes of Health,[108] or other valid published sources of guidance in counseling mothers in provision of mother's own milk when receiving medications. Generally, studies examining effects of maternal medications in mother's own milk have not been performed among VLBW infants; thus, providers must weigh the risks of exposure to maternal medications with the benefits of the mother's own milk in clinical decision-making.

## Cytomegalovirus

Cytomegalovirus (CMV) is a ubiquitous double-stranded DNA virus with which 60% to 70% of American women are infected before pregnancy.[109] Most CMV immunoglobulin G–positive women shed the virus in breast milk during lactation. Mother's own milk is the primary source of CMV transmission among term newborn infants, and nearly all term infants who acquire CMV during breastfeeding are infected without signs of illness.[110] In contrast, postnatally acquired cytomegalovirus (pCMV) infection in preterm infants can be associated with a sepsis-like illness, increased morbidity, and, rarely, mortality.[111–113] Manifestations of pCMV infection can include apnea, pneumonitis, leukopenia, thrombocytopenia, hepatitis, cholestasis, and colitis.[114] Health care providers caring for VLBW infants fed mother's own milk and presenting with signs suggestive of late-onset sepsis may consider CMV testing as well as evaluation for bacterial infection. The freeze-thawing cycle has been shown to reduce, but not eliminate, the viral load of CMV in mother's own milk[115] and is associated with loss of bioactive components.[97–99] A recent meta-analysis estimated that rates of postnatally acquired CMV infection from consumption of mother's own milk was 19% (11% to 32%) for asymptomatic CMV infection and 4% (2% to 7%) for CMV sepsis-like syndrome.[112] Although the overall rate of acquiring pCMV is decreased among infants fed frozen mother's own milk (13% [7% to 24%]), freezing is not associated with a decreased risk of CMV sepsis-like syndrome (5% [2% to 12%]), suggesting that minimal viral exposure is required to infect the extremely low birth weight infants at the highest risk for symptomatic pCMV sepsis-like syndrome.[112] Two studies have found higher rates of bronchopulmonary dysplasia among VLBW infants with pCMV infection.[114,116] The long-term neurodevelopmental effect of breast milk–acquired pCMV among VLBW infants is unclear, with some studies finding no effect on neurodevelopment and several others attributing varying degrees of cognitive delay to pCMV infection.[117–124] Additional studies are needed to determine the relative impact of breast milk–acquired pCMV infection, given the many

**TABLE 4** Maximum Human Milk NICU Storage Recommendations

| Environment | Temperature | Freshly Expressed Mother's Milk | Frozen Mother's Milk | Frozen Pasteurized Donor Milk |
|---|---|---|---|---|
| Room temperature | 60°–85°F or 16°–29°C | 4 h | 4 h[a] | 4 h[a] |
| Refrigerator | 39°F or 4°C | 96 h | 48 h[a,b] | 48 h[a] |
| Freezer (2 door refrigerator and freezer) | 0°F or −18°C | 9 mo | 9 mo | 6–8 mo[c] |
| Deep freezer | 0°F or −18°C | 12 mo | 12 mo | 6–12 mo[c] |
| Laboratory freezer | −94°F or −70°C | 12 mo | 12 mo | 6–12 mo[c] |

[a] After thawing.
[b] Per expert opinion.
[c] Varies by milk bank; check expiration date.



Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf
by guest

benefits of mother's own milk among VLBW infants, particularly for decreasing the risk of NEC. At the current time, evidence is insufficient to support withholding mother's own milk because of the risk of pCMV.

## Discharge Planning

Postdischarge plans must be individualized to consider the mother's goals for breastfeeding, bottle-feeding with expressed milk, and/or formula as well as the infant's growth status and anticipated need for postdischarge milk fortification. It is optimal for health insurers to provide coverage for lactation support to mothers who continue to provide breast milk after the VLBW infant is discharged from the hospital. More than one-half of VLBW infants have extrauterine growth failure (weight for gestational age: less than 10th percentile) at discharge.[68] Postdischarge fortification may be considered among these infants. However, current evidence supporting the use of postdischarge fortification among VLBW infants fed mother's own milk is limited. In one small RCT ($n = 39$), researchers examined fortification of half of mother's own milk feedings for 12 weeks versus no fortification and found improved growth outcomes and bone mineral content in the fortification group,[125] and another larger Danish RCT found no growth benefit among very preterm infants who received less fortification (1 fortified mother's own milk feeding per day) versus no fortification.[126] Neither study showed differences in neurodevelopment. The duration and dose of postdischarge fortification to optimize postdischarge growth and neurodevelopment among former VLBW infants fed human milk requires further study. When developing postdischarge feeding plans, the NICU team should optimally balance the need for fortification (on the basis of existing evidence and the individual infant's nutritional and growth status) with the mother's breastfeeding goals. The logistic challenges of expressing and fortifying milk in the home environment should also be considered. It is helpful to communicate postdischarge lactation and nutrition plans to the infant's outpatient pediatric providers.

## Summary

Mother's own milk is the normative standard for VLBW infant nutrition and is associated with multiple health benefits. Neonatal staff and health care providers caring for VLBW infants and their mothers play a critical role in advocating and supporting mothers in NICU lactation.

## Key Points

1. Human milk is the optimal nutrition for VLBW infants and decreases the risk of significant complications of prematurity, most notably, NEC. Pasteurized donor milk feeding is recommended when mother's own milk is not available, is insufficient, or is contraindicated.
2. Culturally appropriate information on lactation and the health benefits of human milk should be provided to families of VLBW infants.
3. NICU care for VLBW infants includes determination and support of maternal lactation goals. Lactation consultation with expertise in the needs of preterm infants is an integral part of VLBW NICU care.
4. Racial and ethnic disparities in the provision of mother's own milk and pasteurized donor milk for VLBW infants exist and may be best addressed with center-specific efforts to identify and mitigate local disparities.
5. Effective and efficient double electric breast pumps for mothers of VLBW infants will maximally support mothers in milk expression at the hospital and at home.
6. Because of the need for early and frequent milk expression to maintain milk supply, technical assistance in early milk expression should be available to mothers within 6 to 8 hours of birth of any VLBW infant.
7. Mothers should be encouraged to express their milk as often as needed to maintain a milk supply for their infant(s), ideally every 3 to 4 hours.
8. Written protocols and maternal education addressing milk collection, storage, and transport will optimize infant feeding safety.
9. Centers may encourage and support families in SSC, nonnutritive suckling, and direct breastfeeding, when appropriate to the infant's medical condition.
10. Human milk frequently requires fortification to meet the nutritional needs of VLBW infants. Centers may provide mothers with information on the rationale for and the content of HMFs.
11. CMV infection can be acquired through mother's own milk feeding. Current evidence is insufficient to support withholding mother's own milk solely on the basis of this risk.
12. NICU discharge planning optimally includes defined feeding plans that consider and address the mother's breastfeeding goals in conjunction with the infant's need for milk fortification.

## Lead Authors

Margaret G. Parker, MD, MPH, FAAP
Lisa M. Stellwagen, MD, FAAP
Lawrence Noble, MD, FAAP
Jae H. Kim, MD, PhD, FAAP
Brenda B. Poindexter, MD, FAAP
Karen M. Puopolo, MD, PhD



Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf
by guest

### Section on Breastfeeding Executive Committee

Lori Feldman-Winter, MD, MPH, FAAP, Chairperson
Maya Bunik, MD, MSPH, FAAP
Ann Kellams, MD, FAAP
Lisa M. Stellwagen, MD, FAAP
Jennifer Peelen Thomas, MD, MPH, IBCLC, FAAP
Julie Ware, MD, FABM, IBCLC, FAAP

### Subcommittee Chairpersons

Joan Younger Meek, MD, MS, RD, FAAP, FABM, IBCLC
Lawrence Noble, MD, FAAP
Margaret G. Parker, MD, MPH, FAAP
Rose St. Fleur, MD, FAAP

### Staff

Ngozi Onyema-Melton, MPH, CHES

### Committee on Nutrition

Steven A. Abrams, MD, FAAP, Chairperson
Jae H. Kim, MD, PhD, FAAP
C. Wesley Lindsey, MD, FAAP
George Joseph Fuchs, III, MD, FAAP
Praveen Sundaraj Goday, MD, FAAP
Tamara S. Hannon, MD, FAAP
Ellen S. Rome, MD, MPH, FAAP

### Staff

Debra Burrowes, MHA

### Committee on Fetus and Newborn

James John Cummings, MD, FAAP
Susan Wright Aucott, MD, FAAP
Jay P. Goldsmith, MD, FAAP
Ivan Leslie Hand, MD, FAAP
Karen M. Puopolo, MD, PhD, FAAP
Ira S. Adams-Chapman, MD, FAAP
David Alan Kaufman, MD, FAAP
Camilia Rivera Martin, MD, FAAP

### Staff

Jim Couto, MA


### ABBREVIATIONS

CMV: cytomegalovirus
HMF: human milk fortifier
NEC: necrotizing enterocolitis
pCMV: postnatally acquired cytomegalovirus
RCT: randomized control trial
SSC: skin-to-skin contact
VLBW: very low birth weight

---

The guidance in this report does not indicate an exclusive course of treatment or serve as a standard of medical care. Variations, taking into account individual circumstances, may be appropriate.

All clinical reports from the American Academy of Pediatrics automatically expire 5 years after publication unless reaffirmed, revised, or retired at or before that time.

**DOI:** https://doi.org/10.1542/peds.2021-054272

Address correspondence to: Margaret G. Parker, MD, MPH. Email: margaret.parker@bmc.org

PEDIATRICS (ISSN Numbers: Print, 0031-4005; Online, 1098-4275).

Copyright © 2021 by the American Academy of Pediatrics

**FINANCIAL DISCLOSURE:** The authors have indicated they have no financial relationships relevant to this article to disclose.

**FUNDING:** No external funding.

**POTENTIAL CONFLICT OF INTEREST:** The authors have indicated they have no potential conflicts of interest to disclose.

---

### REFERENCES


1. Parker MG, Greenberg LT, Edwards EM, Ehret D, Belfort MB, Horbar JD. National trends in the provision of human milk at hospital discharge among very low-birth-weight infants. *JAMA Pediatr.* 2019;173(10): 961–968
2. Parker MG, Burnham LA, Melvin P, et al. Addressing disparities in mother's milk for VLBW infants through statewide quality improvement. *Pediatrics.* 2019;144(1):e20183809
3. Lee HC, Kurtin PS, Wight NE, et al. A quality improvement project to increase breast milk use in very low birth weight infants. *Pediatrics.* 2012;130(6):e1679–e1687
4. Bixby C, Baker-Fox C, Deming C, Dhar V, Steele C. A multidisciplinary quality improvement approach increases breastmilk availability at discharge from the neonatal intensive care unit for the very-low-birth weight infant. *Breastfeed Med.* 2016;11(2):75–79
5. Meier PP, Patel AL, Bigger HR, Rossman B, Engstrom JL. Supporting breastfeeding in the neonatal intensive care unit: Rush Mother's Milk Club as a case study of evidence-based care. *Pediatr Clin North Am.* 2013;60(1): 209–226
6. Spatz DL, Froh EB, Schwarz J, et al. Pump early, pump often: a continuous quality improvement project. *J Perinat Educ.* 2015;24(3):160–170
7. Alshaikh B, Kostecky L, Blachly N, Yee W. Effect of a quality improvement project to use exclusive mother's own milk on rate of necrotizing enterocolitis in preterm infants. *Breastfeed Med.* 2015;10(7):355–361
8. Ballard O, Morrow AL. Human milk composition: nutrients and bioactive factors. *Pediatr Clin North Am.* 2013; 60(1):49–74
9. Gomez-Gallego C, Garcia-Mantrana I, Salminen S, Collado MC. The human milk microbiome and factors influencing its composition and activity. *Semin Fetal Neonatal Med.* 2016;21(6):400–405
10. Committee on Nutrition; Section on Breastfeeding; Committee on Fetus




Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf
by guest

and Newborn. Donor human milk for the high-risk infant: preparation, safety, and usage options in the United States. *Pediatrics*. 2017;139(1): e20163440

11. Perrin MT, Belfort MB, Hagadorn JI, et al. The nutritional composition and energy content of donor human milk: a systematic review. *Adv Nutr*. 2020; 11(4):960–970
12. Quigley M, Embleton ND, McGuire W. Formula versus donor breast milk for feeding preterm or low birth weight infants. *Cochrane Database Syst Rev*. 2019;(7):CD002971
13. Hair AB, Peluso AM, Hawthorne KM, et al. Beyond necrotizing enterocolitis prevention: improving outcomes with an exclusive human milk-based diet. *Breastfeed Med*. 2016;11(2):70–74
14. Cristofalo EA, Schanler RJ, Blanco CL, et al. Randomized trial of exclusive human milk versus preterm formula diets in extremely premature infants. *J Pediatr*. 2013;163(6):1592–1595.e1
15. Sullivan S, Schanler RJ, Kim JH, et al. An exclusively human milk-based diet is associated with a lower rate of necrotizing enterocolitis than a diet of human milk and bovine milk-based products. *J Pediatr*. 2010;156(4): 562–567.e1
16. Assad M, Elliott MJ, Abraham JH. Decreased cost and improved feeding tolerance in VLBW infants fed an exclusive human milk diet. *J Perinatol*. 2016;36(3):216–220
17. O'Connor DL, Kiss A, Tomlinson C, et al; OptiMoM Feeding Group. Nutrient enrichment of human milk with human and bovine milk-based fortifiers for infants born weighing <1250 g: a randomized clinical trial. *Am J Clin Nutr*. 2018;108(1):108–116
18. Colaizy TT, Saftlas AF, Morriss FH Jr. Maternal intention to breast-feed and breast-feeding outcomes in term and preterm infants: Pregnancy Risk Assessment Monitoring System (PRAMS), 2000-2003. *Public Health Nutr*. 2012;15(4):702–710
19. Hoban R, Bigger H, Patel AL, Rossman B, Fogg LF, Meier P. Goals for human milk feeding in mothers of very low birth weight infants: how do goals change and are they achieved during the NICU hospitalization? *Breastfeed Med*. 2015;10(6):305–311
20. Henderson JJ, Hartmann PE, Newnham JP, Simmer K. Effect of preterm birth and antenatal corticosteroid treatment on lactogenesis II in women. *Pediatrics*. 2008;121(1):e92–e100
21. Chapman DJ, Pérez-Escamilla R. Identification of risk factors for delayed onset of lactation. *J Am Diet Assoc*. 1999;99(4):450–454
22. Matias SL, Dewey KG, Quesenberry CP Jr, Gunderson EP. Maternal prepregnancy obesity and insulin treatment during pregnancy are independently associated with delayed lactogenesis in women with recent gestational diabetes mellitus. *Am J Clin Nutr*. 2014; 99(1):115–121
23. Parker MG, Lopera AM, Kalluri NS, Kistin CJ. "I felt like I was a part of trying to keep my baby alive": perspectives of Hispanic and non-Hispanic black mothers in providing milk for their very preterm infants. *Breastfeed Med*. 2018;13(10):657–665
24. Sisk P, Quandt S, Parson N, Tucker J. Breast milk expression and maintenance in mothers of very low birth weight infants: supports and barriers. *J Hum Lact*. 2010;26(4):368–375
25. Gharib S, Fletcher M, Tucker R, Vohr B, Lechner BE. Effect of dedicated lactation support services on breastfeeding outcomes in extremely-low-birth-weight neonates. *J Hum Lact*. 2018;34(4):728–736
26. Hallowell SG, Spatz DL, Hanlon AL, Rogowski JA, Lake ET. Characteristics of the NICU work environment associated with breastfeeding support. *Adv Neonatal Care*. 2014;14(4):290–300
27. Sisk PM, Lovelady CA, Dillard RG, Gruber KJ. Lactation counseling for mothers of very low birth weight infants: effect on maternal anxiety and infant intake of human milk. *Pediatrics*. 2006;117(1). Available at: www.pediatrics.org/cgi/content/full/117/1/e67
28. Meier PP, Engstrom JL, Mingolelli SS, Miracle DJ, Kiesling S. The Rush Mothers' Milk Club: breastfeeding interventions for mothers with very-low-birth-weight infants. *J Obstet Gynecol Neonatal Nurs*. 2004;33(2):164–174
29. Miracle DJ, Meier PP, Bennett PA. Mothers' decisions to change from formula to mothers' milk for very-low-birth-weight infants. *J Obstet Gynecol Neonatal Nurs*. 2004;33(6):692–703
30. Briere C-E, McGrath J, Cong X, Cusson R. An integrative review of factors that influence breastfeeding duration for premature infants after NICU hospitalization. *J Obstet Gynecol Neonatal Nurs*. 2014;43(3):272–281
31. Bernaix LW, Schmidt CA, Arrizola M, Iovinelli D, Medina-Poelinez C. Success of a lactation education program on NICU nurses' knowledge and attitudes. *J Obstet Gynecol Neonatal Nurs*. 2008; 37(4):436–445
32. Kilpatrick SJ, Papile L, Macones GA, Watterberg KL, eds. *Guidelines for Perinatal Care*. 8th ed. Itasca, IL: American Academy of Pediatrics, Committee on Fetus and Newborn, and Washington, DC: American College of Obstetricians and Gynecologists; 2017
33. O'Brien K, Lui K, Tarnow-Mordi W, Lee SK. Breastfeeding data in the Family Integrated Care trial. *Lancet Child Adolesc Health*. 2018;2(4):e5
34. O'Brien K, Robson K, Bracht M, et al; FICare Study Group and FICare Parent Advisory Board. Effectiveness of family integrated care in neonatal intensive care units on infant and parent outcomes: a multicentre, multinational, cluster-randomised controlled trial. *Lancet Child Adolesc Health*. 2018;2(4): 245–254
35. Parker LA, Sullivan S, Kruger C, Mueller M. Timing of milk expression following delivery in mothers delivering preterm very low birth weight infants: a randomized trial. *J Perinatol*. 2020;40(8): 1236–1245
36. Ohyama M, Watabe H, Hayasaka Y. Manual expression and electric breast pumping in the first 48 h after delivery. *Pediatr Int*. 2010;52(1):39–43
37. Lussier MM, Brownell EA, Proulx TA, et al. Daily breastmilk volume in mothers of very low birth weight neonates: a repeated-measures randomized trial of hand expression versus electric breast pump expression. *Breastfeed Med*. 2015;10(6):312–317
38. Furman L, Minich N, Hack M. Correlates of lactation in mothers of very



Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf
by guest

low birth weight infants. *Pediatrics*. 2002;109(4):e57

39. Morton J, Hall JY, Wong RJ, Thairu L, Benitz WE, Rhine WD. Combining hand techniques with electric pumping increases milk production in mothers of preterm infants. *J Perinatol*. 2009; 29(11):757–764
40. Hill PD, Aldag JC, Chatterton RT. Initiation and frequency of pumping and milk production in mothers of non-nursing preterm infants. *J Hum Lact*. 2001;17(1):9–13
41. deCarvalho M, Anderson DM, Giangreco A, Pittard WB III. Frequency of milk expression and milk production by mothers of nonnursing premature neonates. *Am J Dis Child*. 1985;139(5): 483–485
42. Hoban R, Bigger H, Schoeny M, Engstrom J, Meier P, Patel AL. Milk volume at 2 weeks predicts mother's own milk feeding at neonatal intensive care unit discharge for very low birthweight infants. *Breastfeed Med*. 2018;13(2): 135–141
43. Patel AL, Schoeny ME, Hoban R, et al. Mediators of racial and ethnic disparity in mother's own milk feeding in very low birth weight infants. *Pediatr Res*. 2019;85(5):662–670
44. Hill PD, Aldag JC, Chatterton RT, Zinaman M. Primary and secondary mediators' influence on milk output in lactating mothers of preterm and term infants. *J Hum Lact*. 2005;21(2): 138–150
45. Meier PP, Engstrom JL, Hurst NM, et al. A comparison of the efficiency, efficacy, comfort, and convenience of two hospital-grade electric breast pumps for mothers of very low birthweight infants. *Breastfeed Med*. 2008;3(3): 141–150
46. Becker GE, Cooney F, Smith HA. Methods of milk expression for lactating women. *Cochrane Database Syst Rev*. 2011;(12):CD006170
47. Acuña-Muga J, Ureta-Velasco N, de la Cruz-Bértolo J, et al. Volume of milk obtained in relation to location and circumstances of expression in mothers of very low birth weight infants. *J Hum Lact*. 2014;30(1):41–46
48. Steele C, Collins E, eds; Pediatric Nutrition Dietetic Practice Group. *Infant and Pediatric Feedings: Guidelines for Preparation of Human Milk and Formula in Health Care Facilities*. 3rd ed. Chicago, IL: Academy of Nutrition and Dietetics; 2018
49. Sharma D, Farahbakhsh N, Sharma S, Sharma P, Sharma A. Role of kangaroo mother care in growth and breast feeding rates in very low birth weight (VLBW) neonates: a systematic review. *J Matern Fetal Neonatal Med*. 2019; 32(1):129–142
50. Boundy EO, Dastjerdi R, Spiegelman D, et al. Kangaroo mother care and neonatal outcomes: a meta-analysis. *Pediatrics*. 2016;137(1):e20152238
51. Hendricks-Muñoz KD, Xu J, Parikh HI, et al. Skin-to-skin care and the development of the preterm infant oral microbiome. *Am J Perinatol*. 2015; 32(13):1205–1216
52. Baley J; COMMITTEE ON FETUS AND NEWBORN. Skin-to-skin care for term and preterm infants in the neonatal ICU. *Pediatrics*. 2015;136(3):596–599
53. Nasuf AWA, Ojha S, Dorling J. Oropharyngeal colostrum in preventing mortality and morbidity in preterm infants. *Cochrane Database Syst Rev*. 2018; (9):CD011921
54. Briere CE, McGrath JM, Cong X, Brownell E, Cusson R. Direct-breastfeeding in the neonatal intensive care unit and breastfeeding duration for premature infants. *Appl Nurs Res*. 2016;32:47–51
55. Casavant SG, McGrath JM, Burke G, Briere C-E. Caregiving factors affecting breastfeeding duration within a neonatal intensive care unit. *Adv Neonatal Care*. 2015;15(6):421–428
56. Pineda R. Direct breast-feeding in the neonatal intensive care unit: is it important? *J Perinatol*. 2011;31(8): 540–545
57. Pinchevski-Kadir S, Shust-Barequet S, Zajicek M, et al. Direct feeding at the breast is associated with breast milk feeding duration among preterm infants. *Nutrients*. 2017;9(11):1202
58. Maastrup R, Hansen BM, Kronborg H, et al. Breastfeeding progression in preterm infants is influenced by factors in infants, mothers and clinical practice: the results of a national cohort study with high breastfeeding initiation rates. *PLoS One*. 2014;9(9): e108208
59. Pineda RG. Predictors of breastfeeding and breastmilk feeding among very low birth weight infants. *Breastfeed Med*. 2011;6(1):15–19
60. Meier PP, Engstrom JL, Fleming BA, Streeter PL, Lawrence PB. Estimating milk intake of hospitalized preterm infants who breastfeed. *J Hum Lact*. 1996;12(1):21–26
61. Rankin MW, Jimenez EY, Caraco M, Collinson M, Lostetter L, DuPont TL. Validation of test weighing protocol to estimate enteral feeding volumes in preterm infants. *J Pediatr*. 2016;178: 108–112
62. Lee HC, Martin-Anderson S, Lyndon A, Dudley RA. Perspectives on promoting breastmilk feedings for premature infants during a quality improvement project. *Breastfeed Med*. 2013;8(2): 176–180
63. Boundy EO, Perrine CG, Nelson JM, Hamner HC. Disparities in hospital-reported breast milk use in neonatal intensive care units - United States, 2015. *MMWR Morb Mortal Wkly Rep*. 2017;66(48):1313–1317
64. Patel AL, Johnson TJ, Meier PP. Racial and socioeconomic disparities in breast milk feedings in US neonatal intensive care units. *Pediatr Res*. 2021;89(2):344–352
65. Merewood A, Chamberlain LB, Cook JT, Philipp BL, Malone K, Bauchner H. The effect of peer counselors on breastfeeding rates in the neonatal intensive care unit: results of a randomized controlled trial. *Arch Pediatr Adolesc Med*. 2006;160(7):681–685
66. Meier PP, Engstrom JL, Rossman B. Breastfeeding peer counselors as direct lactation care providers in the neonatal intensive care unit. *J Hum Lact*. 2013;29(3):313–322
67. Chamberlain LB, McMahon M, Philipp BL, Merewood A. Breast pump access in the inner city: a hospital-based initiative to provide breast pumps for low-income women. *J Hum Lact*. 2006; 22(1):94–98
68. Horbar JD, Ehrenkranz RA, Badger GJ, et al. Weight growth velocity and postnatal growth failure in infants 501 to



Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf
by guest

1500 grams: 2000-2013. *Pediatrics.* 2015;136(1):e84–e92

69. Goldberg DL, Becker PJ, Brigham K, et al. Identifying malnutrition in preterm and neonatal populations: recommended indicators. *J Acad Nutr Diet.* 2018;118(9):1571–1582

70. Kleinman RE, Greer FR, eds; American Academy of Pediatrics Committee on Nutrition. *Pediatric Nutrition.* 8th ed. Itasca, IL: American Academy of Pediatrics; 2019

71. Brown JVE, Embleton ND, Harding JE, McGuire W. Multi-nutrient fortification of human milk for preterm infants. *Cochrane Database Syst Rev.* 2016;(5):CD000343

72. Sauer CW, Boutin MA, Kim JH. Wide variability in caloric density of expressed human milk can lead to major underestimation or overestimation of nutrient content. *J Hum Lact.* 2017;33(2):341–350

73. Zachariassen G, Fenger-Gron J, Hviid MV, Halken S. The content of macronutrients in milk from mothers of very preterm infants is highly variable. *Dan Med J.* 2013;60(6):A4631

74. Cooper AR, Barnett D, Gentles E, Cairns L, Simpson JH. Macronutrient content of donor human breast milk. *Arch Dis Child Fetal Neonatal Ed.* 2013;98(6):F539–F541

75. Gidrewicz DA, Fenton TR. A systematic review and meta-analysis of the nutrient content of preterm and term breast milk. *BMC Pediatr.* 2014;14:216

76. John A, Sun R, Maillart L, Schaefer A, Hamilton Spence E, Perrin MT. Macronutrient variability in human milk from donors to a milk bank: implications for feeding preterm infants. *PLoS One.* 2019;14(1):e0210610

77. Brownell EA, Matson AP, Smith KC, et al. Dose-response relationship between donor human milk, mother's own milk, preterm formula, and neonatal growth outcomes. *J Pediatr Gastroenterol Nutr.* 2018;67(1):90–96

78. Henderson TR, Fay TN, Hamosh M. Effect of pasteurization on long chain polyunsaturated fatty acid levels and enzyme activities of human milk. *J Pediatr.* 1998;132(5):876–878

79. Lima HK, Wagner-Gillespie M, Perrin MT, Fogleman AD. Bacteria and bioactivity in holder pasteurized and shelf-stable human milk products. *Curr Dev Nutr.* 2017;1(8):e001438

80. Liu T-T, Dang D, Lv X-M, Wang T-F, Du J-F, Wu H. Human milk fortifier with high versus standard protein content for promoting growth of preterm infants: a meta-analysis. *J Int Med Res.* 2015;43(3):279–289

81. Miller J, Makrides M, Gibson RA, et al. Effect of increasing protein content of human milk fortifier on growth in preterm infants born at <31 wk gestation: a randomized controlled trial. *Am J Clin Nutr.* 2012;95(3):648–655

82. Kim JH, Chan G, Schanler R, et al. Growth and tolerance of preterm infants fed a new extensively hydrolyzed liquid human milk fortifier. *J Pediatr Gastroenterol Nutr.* 2015;61(6):665–671

83. Baker RD. Infant formula safety. *Pediatrics.* 2002;110(4):833–835

84. Moya F, Sisk PM, Walsh KR, Berseth CL. A new liquid human milk fortifier and linear growth in preterm infants. *Pediatrics.* 2012;130(4) Available at: www.pediatrics.org/cgi/content/full/130/4/e928

85. Cordova EG, Soldateli B, Rosner B, et al. Growth and clinical outcomes of very low-birth weight infants receiving acidified vs nonacidified liquid human milk fortifiers [published online ahead of print August 25, 2020]. *Nutr Clin Pract.* doi: 10.1002/ncp.10569

86. Shah SD, Dereddy N, Jones TL, Dhanireddy R, Talati AJ. Early versus delayed human milk fortification in very low birth weight infants-a randomized controlled trial. *J Pediatr.* 2016;174:126–131.e1

87. Alizadeh Taheri P, Sajjadian N, Asgharyan Fargi M, Shariat M. Is early breast milk fortification more effective in preterm infants?: a clinical trial. *J Perinat Med.* 2017;45(8):953–957

88. Arslanoglu S, Moro GE, Ziegler EE. Adjustable fortification of human milk fed to preterm infants: does it make a difference? *J Perinatol.* 2006;26(10):614–621

89. Kadõoğlu Şimşek G, Alyamaç Dizdar E, Arayõcõ S, et al. Comparison of the effect of three different fortification methods on growth of very low birth weight infants. *Breastfeed Med.* 2019;14(1):63–68

90. Rochow N, Fusch G, Choi A, et al. Target fortification of breast milk with fat, protein, and carbohydrates for preterm infants. *J Pediatr.* 2013;163(4):1001–1007

91. Centers for Disease Control and Prevention. Proper storage and preparation of breast milk. Available at: https://www.cdc.gov/breastfeeding/recommendations/handling_breastmilk.htm. Accessed April 7, 2021

92. Human Milk Banking Association of North America. *Best Practice for Expressing, Storing and Handling Human Milk in Hospitals, Homes, and Child Care Settings.* 4th ed. Fort Worth, TX: Human Milk Banking Association of North America; 2019

93. Schlotterer HR, Perrin MT. Effects of refrigerated and frozen storage on holder-pasteurized donor human milk: a systematic review. *Breastfeed Med.* 2018;13(7):465–472

94. Vickers AM, Starks-Solis S, Hill DR, Newburg DS. Pasteurized donor human milk maintains microbiological purity for 4 days at 4°C. *J Hum Lact.* 2015;31(3):401–405

95. Eglash A, Simon L; Academy of Breastfeeding Medicine. ABM clinical protocol #8: human milk storage information for home use for full-term infants, revised 2017. *Breastfeed Med.* 2017;12(7):390–395

96. Ahrabi AF, Handa D, Codipilly CN, et al. Effects of extended freezer storage on the integrity of human milk. *J Pediatr.* 2016;177:140–143

97. Raoof NA, Adamkin DH, Radmacher PG, Telang S. Comparison of lactoferrin activity in fresh and stored human milk. *J Perinatol.* 2016;36(3):207–209

98. Lev HM, Ovental A, Mandel D, Mimouni FB, Marom R, Lubetzky R. Major losses of fat, carbohydrates and energy content of preterm human milk frozen at -80°C. *J Perinatol.* 2014;34(5):396–398

99. Miranda M, Muriach M, Almansa I, et al. Oxidative status of human milk and its variations during cold storage. *Biofactors.* 2004;20(3):129–137

100. Steele C, Bixby C. Centralized breastmilk handling and bar code scanning



Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf
by guest

improve safety and reduce breastmilk administration errors. *Breastfeed Med*. 2014;9(9):426–429

101. Oza-Frank R, Kachoria R, Dail J, Green J, Walls K, McClead RE Jr. A quality improvement project to decrease human milk errors in the NICU. *Pediatrics*. 2017;139(2):e20154451
102. Centers for Disease Control and Prevention. What to do if an infant or child is mistakenly fed another woman's expressed breast milk. Available at: https://www.cdc.gov/breastfeeding/recommendations/other_mothers_milk.htm. Accessed April 7, 2021
103. Reyes-Foster BM, Carter SK, Hinojosa MS. Human milk handling and storage practices among peer milk-sharing mothers. *J Hum Lact*. 2017;33(1):173–180
104. Meek YJ, Noble L; American Academy of Pediatrics Section on Breastfeeding. Policy statement: breastfeeding and the use of human milk. *Pediatrics*. 2021: in press
105. Ryan SA, Ammerman SD, O'Connor ME; Committee on Substance Use and Prevention; Section on Breastfeeding. Marijuana use during pregnancy and breastfeeding: implications for neonatal and childhood outcomes. *Pediatrics*. 2018;142(3):e20181889
106. Committee on Pediatric Aids. Infant feeding and transmission of human immunodeficiency virus in the United States. *Pediatrics*. 2013;131(2):391–396
107. Sachs HC; Committee on Drugs. The transfer of drugs and therapeutics into human breast milk: an update on selected topics. *Pediatrics*. 2013;132(3). Available at: www.pediatrics.org/cgi/content/full/132/3/e796
108. National Library of Medicine National Institutes of Health. Drugs and lactation database (LactMed). Available at: https://www.ncbi.nlm.nih.gov/books/NBK501922/. Accessed April 7, 2021
109. Staras SAS, Dollard SC, Radford KW, Flanders WD, Pass RF, Cannon MJ. Seroprevalence of cytomegalovirus infection in the United States, 1988-1994. *Clin Infect Dis*. 2006;43(9):1143–1151
110. Stagno S, Reynolds DW, Pass RF, Alford CA. Breast milk and the risk of cytomegalovirus infection. *N Engl J Med*. 1980;302(19):1073–1076
111. Capretti MG, Lanari M, Lazzarotto T, et al. Very low birth weight infants born to cytomegalovirus-seropositive mothers fed with their mother's milk: a prospective study. *J Pediatr*. 2009;154(6):842–848
112. Lanzieri TM, Dollard SC, Josephson CD, Schmid DS, Bialek SR. Breast milk-acquired cytomegalovirus infection and disease in VLBW and premature infants. *Pediatrics*. 2013;131(6). Available at: www.pediatrics.org/cgi/content/full/131/6/e1937
113. Hamele M, Flanagan R, Loomis CA, Stevens T, Fairchok MP. Severe morbidity and mortality with breast milk associated cytomegalovirus infection. *Pediatr Infect Dis J*. 2010;29(1):84–86
114. Mukhopadhyay S, Meyer SA, Permar SR, Puopolo KM. Symptomatic postnatal cytomegalovirus testing among very low-birth weight infants: indications and outcomes. *Am J Perinatol*. 2016;33(9):894–902
115. Hosseini M, Esmaili HA, Abdoli Oskouei S, et al. Evaluation of the freeze-thawing method in reducing viral load of cytomegalovirus in breast milk of mothers of preterm infants. *Breastfeed Med*. 2016;11:557–560
116. Kelly MS, Benjamin DK, Puopolo KM, et al. Postnatal cytomegalovirus infection and the risk for bronchopulmonary dysplasia. *JAMA Pediatr*. 2015;169(12):e153785
117. Jim WT, Shu CH, Chiu NC, et al. High cytomegalovirus load and prolonged virus excretion in breast milk increase risk for viral acquisition by very low birth weight infants. *Pediatr Infect Dis J*. 2009;28(10):891–894
118. Vollmer B, Seibold-Weiger K, Schmitz-Salue C, et al. Postnatally acquired cytomegalovirus infection via breast milk: effects on hearing and development in preterm infants. *Pediatr Infect Dis J*. 2004;23(4):322–327
119. Bevot A, Hamprecht K, Krägeloh-Mann I, Brosch S, Goelz R, Vollmer B. Long-term outcome in preterm children with human cytomegalovirus infection transmitted via breast milk. *Acta Paediatr*. 2012;101(4):e167–e172
120. Goelz R, Meisner C, Bevot A, Hamprecht K, Kraegeloh-Mann I, Poets CF. Long-term cognitive and neurological outcome of preterm infants with postnatally acquired CMV infection through breast milk. *Arch Dis Child Fetal Neonatal Ed*. 2013;98(5):F430–F433
121. Nijman J, Gunkel J, de Vries LS, et al. Reduced occipital fractional anisotropy on cerebral diffusion tensor imaging in preterm infants with postnatally acquired cytomegalovirus infection. *Neonatology*. 2013;104(2):143–150
122. Dorn M, Lidzba K, Bevot A, Goelz R, Hauser T-K, Wilke M. Long-term neurobiological consequences of early postnatal hCMV-infection in former preterms: a functional MRI study. *Hum Brain Mapp*. 2014;35(6):2594–2606
123. Brecht KF, Goelz R, Bevot A, Krägeloh-Mann I, Wilke M, Lidzba K. Postnatal human cytomegalovirus infection in preterm infants has long-term neuropsychological sequelae. *J Pediatr*. 2015;166(4):834–839.e1
124. Gunkel J, de Vries LS, Jongmans M, et al. Outcome of preterm infants with postnatal cytomegalovirus infection. *Pediatrics*. 2018;141(2):e20170635
125. O'Connor DL, Khan S, Weishuhn K, et al; Postdischarge Feeding Study Group. Growth and nutrient intakes of human milk-fed preterm infants provided with extra energy and nutrients after hospital discharge. *Pediatrics*. 2008;121(4):766–776
126. Zachariassen G, Faerk J, Grytter C, et al. Nutrient enrichment of mother's milk and growth of very preterm infants after hospital discharge. *Pediatrics*. 2011;127(4). Available at: www.pediatrics.org/cgi/content/full/127/4/e995
127. O'Connor DL, Jacobs J, Hall R, et al. Growth and development of premature infants fed predominantly human milk, predominantly premature infant formula, or a combination of human milk and premature formula. *J Pediatr Gastroenterol Nutr*. 2003;37(4):437–446
128. Furman L, Taylor G, Minich N, Hack M. The effect of maternal milk on neonatal morbidity of very low-birth-weight infants. *Arch Pediatr Adolesc Med*. 2003;157(1):66–71



Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf
by guest

129. Feldman R, Eidelman AI. Direct and indirect effects of breast milk on the neurobehavioral and cognitive development of premature infants. *Dev Psychobiol*. 2003;43(2):109–119

130. Vohr BR, Poindexter BB, Dusick AM, et al; NICHD Neonatal Research Network. Beneficial effects of breast milk in the neonatal intensive care unit on the developmental outcome of extremely low birth weight infants at 18 months of age. *Pediatrics*. 2006; 118(1). Available at: www.pediatrics.org/cgi/content/full/118/1/e115

131. Vohr BR, Poindexter BB, Dusick AM, et al; National Institute of Child Health and Human Development National Research Network. Persistent beneficial effects of breast milk ingested in the neonatal intensive care unit on outcomes of extremely low birth weight infants at 30 months of age. *Pediatrics*. 2007;120(4). Available at: www.pediatrics.org/cgi/content/full/120/4/e953

132. Meinzen-Derr J, Poindexter B, Wrage L, Morrow AL, Stoll B, Donovan EF. Role of human milk in extremely low birth weight infants' risk of necrotizing enterocolitis or death. *J Perinatol*. 2009;29(1):57–62

133. Colaizy TT, Carlson S, Saftlas AF, Morriss FH Jr. Growth in VLBW infants fed predominantly fortified maternal and donor human milk diets: a retrospective cohort study. *BMC Pediatr*. 2012; 12:124

134. Patel AL, Johnson TJ, Engstrom JL, et al. Impact of early human milk on sepsis and health-care costs in very low birth weight infants. *J Perinatol*. 2013;33(7):514–519

135. Belfort MB, Anderson PJ, Nowak VA, et al. Breast milk feeding, brain development, and neurocognitive outcomes: a 7-year longitudinal study in infants born at less than 30 weeks' gestation. *J Pediatr*. 2016;177:133–139.e1

136. Chowning R, Radmacher P, Lewis S, Serke L, Pettit N, Adamkin DH. A retrospective analysis of the effect of human milk on prevention of necrotizing enterocolitis and postnatal growth. *J Perinatol*. 2016;36(3):221–224

137. Jacobi-Polishook T, Collins CT, Sullivan TR, et al. Human milk intake in preterm infants and neurodevelopment at 18 months corrected age. *Pediatr Res*. 2016;80(4):486–492

138. Sisk PM, Lambeth TM, Rojas MA, et al. Necrotizing enterocolitis and growth in preterm infants fed predominantly maternal milk, pasteurized donor milk, or preterm formula: a retrospective study. *Am J Perinatol*. 2017;34(7):676–683

139. Madore LS, Bora S, Erdei C, Jumani T, Dengos AR, Sen S. Effects of donor breastmilk feeding on growth and early neurodevelopmental outcomes in preterm infants: an observational study. *Clin Ther*. 2017;39(6):1210–1220

140. Patra K, Hamilton M, Johnson TJ, et al. NICU human milk dose and 20-month neurodevelopmental outcome in very low birth weight infants. *Neonatology*. 2017;112(4):330–336

141. Belfort MB, Edwards EM, Greenberg LT, Parker MG, Ehret DY, Horbar JD. Diet, weight gain, and head growth in hospitalized US very preterm infants: a 10-year observational study. *Am J Clin Nutr*. 2019;109(5):1373–1379

142. Hoban R, Schoeny ME, Esquerra-Zwiers A, et al. Impact of donor milk on short- and long-term growth of very low birth weight infants. *Nutrients*. 2019; 11(2):241

143. Miller J, Tonkin E, Damarell RA, et al. A systematic review and meta-analysis of human milk feeding and morbidity in very low birth weight infants. *Nutrients*. 2018;10(6):707

144. Schanler RJ, Lau C, Hurst NM, Smith EO. Randomized trial of donor human milk versus preterm formula as substitutes for mothers' own milk in the feeding of extremely premature infants. *Pediatrics*. 2005;116(2):400–406

145. Corpeleijn WE, de Waard M, Christmann V, et al. Effect of donor milk on severe infections and mortality in very low-birth-weight infants: the Early Nutrition Study Randomized Clinical Trial. *JAMA Pediatr*. 2016;170(7):654–661

146. O'Connor DL, Gibbins S, Kiss A, et al; GTA DoMINO Feeding Group. Effect of supplemental donor human milk compared with preterm formula on neurodevelopment of very low-birth-weight infants at 18 months: a randomized clinical trial. *JAMA*. 2016;316(18):1897–1905




Downloaded from http://publications.aap.org/pediatrics/article-pdf/148/5/e2021054272/1353757/peds_2021054272.pdf
by guest