**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Alexis Inman, et al.

Plaintiff,

v.

Case No.: 1:22−cv−03737
Honorable Rebecca R. Pallmeyer

Mead Johnson & Company LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 24, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Jury trial held on 8/24/2026 and continued to 8/25/2026 at 9:00 a.m. in Courtroom 2503. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.