**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| *In Re Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation* | MDL No. 3026<br>Master Docket No. 1:22-cv-00071<br>Hon. Rebecca R. Pallmeyer |
| **This Document Relates to:**<br>*Inman v. Mead Johnson & Company, LLC et al.* | Cause No. 1:22-cv-03737 |

**<u>Defendant's Rule 50(a) Motion for Judgement as a Matter of Law at the Close of Evidence</u>**

Defendant Mead Johnson & Co., LLC ("Mead Johnson") already moved for a directed verdict on all of Plaintiff's claims at the close of Plaintiff's case, ECF Doc. # 242, and now moves for the same at the close of all the evidence. None of the evidence admitted during Mead Johnson's case or in Plaintiff's rebuttal case fixes the previously identified flaws undermining her claims.

If anything, Dr. Claud's unrebutted testimony should be the last word on Plaintiff's design-defect claim. As the Court will recall, under North Carolina law, a proposed alternative design cannot "substantially impair[] the usefulness, practicality, or desirability of the product." N.C. Gen. Stat. § 99B-6(a)(1). In this case, the only alternative design at issue is a lactose-based preterm formula, and Dr. Claud testified that "the medical and scientific community already studied whether a purely lactose-based formula will be better for preterm infants," and "found that there's better feeding tolerance with low lactose than high lactose." Trial Tr. at 1622:4-17. Because Plaintiff has not rebutted this testimony from Dr. Claud at all, much less rebutted it with competent expert testimony, there would be no legally sufficient basis for the jury to return a verdict for Plaintiff on her design-defect claim, so a directed verdict on that claim in particular—along with, for reasons already briefed, a directed verdict on her failure-to-warn claim—is appropriate.

## CONCLUSION

Mead Johnson therefore requests that the Court direct a verdict in its favor on both of Plaintiff's claims.

Dated: August 28, 2026

By: */s/ Rachel M. Cannon*

Phyllis A. Jones
Nicole M. Antoine
Elizabeth T. Fouhey
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
202-662-6000
pajones@cov.com
nantoine@cov.com
efouhey@cov.com

Anthony J. Anscombe
Rachel M. Cannon
STEPTOE LLP
227 West Monroe, Suite 4700
Chicago, IL 60606
312.577.1270
aanscombe@steptoe.com
rcannon@steptoe.com

Joel D. Bertocchi
AKERMAN LLP
71 South Wacker Drive
47th floor
Chicago, IL 60606
(312) 634-5700
joel.bertocchi@akerman.com

*Attorneys for Defendant Mead Johnson & Co., LLC*